UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05 11419 MLW

| | |
|---|---|
| SALVATORE VACIRCA,<br>Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY<br>AND NATIONAL MACHINERY, LLC,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NOTICE OF REMOVAL OF ACTION |

65420
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MAGISTRATE JUDGE Dein
MCF ISSUED ___
BY DPTY. CLK. ___
DATE the 7/6/05

Now comes the defendant herein, National Machinery LLC, pursuant to the provisions of Title 28, U.S.C., §§ 1441(b) and 1446 and hereby gives notice of removal of a certain civil action as more fully set forth below, and prays that this Court accept jurisdiction thereof and adjudicate the dispute between the parties, as provided for by law:

1. There was commenced, and is now pending in the Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, a certain civil action bearing Civil Action No. MICV2004-03022, in which the above-named Salvatore Vacirca is the plaintiff and National Machinery Company and National Machinery LLC are the defendants.

2. Said action is a civil tort action that contains claims alleging negligence and breach of implied warranty against the defendants. As set forth in the plaintiff's amended complaint, the plaintiff is a citizen of Massachusetts and the defendants are citizens of a state other than Massachusetts. More specifically, defendants are foreign corporations, i.e., Ohio corporations, with their principal places of business in Ohio. The plaintiff has claimed damages in the amount of $258,500.00 in connection with the alleged permanent amputation of his dominant right hand. (See Plaintiff's Civil Action Cover Sheet, contained in Exhibit D).

3. As such, said civil action, is one of which the District Court of the United States is given diversity jurisdiction pursuant to 28 U.S.C., § 1332.

4. This notice is filed in this Court within thirty (30) days after the receipt by the defendant National Machinery LLC of a copy of the plaintiff's amended complaint setting forth a claim for relief upon which the action is based, and the time for removal under 28 U.S.C., § 1446 has not expired.

5. National Machinery LLC was not named as a defendant in the plaintiff's original complaint. The defendant National Machinery Company was never served with, and has not answered, the original complaint that was filed by the plaintiff in this matter. The plaintiff attempted to serve National Machinery Company with the original complaint on October 24, 2004 at the address of "161 Greenfield Street, Tiffin, OH 44883-2471." (See Summons, Affidavit of Richard J. Sullivan, and attached return receipt annexed hereto as Exhibit A). However, since February of 2002, the address of 161 Greenfield Street, Tiffin, OH has not been a valid street address or place of business for National Machinery Company (See Certification of John H. Bolte, III, attached hereto as Exhibit B.) As such, the plaintiff's original complaint was not served upon the only named defendant therein, National Machinery Company.

6. While National Machinery Company is a named defendant in the plaintiff's amended complaint, it has not been served with, and has not answered, the amended complaint that was filed by plaintiff in this matter. The plaintiff attempted to serve National Machinery Company with the amended complaint on June 6, 2005 at the address of P.O. Box 747, Tiffin, Ohio 44883. (See Summons, Affidavit of Richard J. Sullivan, and attached return receipt annexed hereto as Exhibit C). However, since February 2002, P.O. Box 747 has not been the post office box address nor has it been the principal place of business for The National Machinery Company (See Certification

of John Bolte, III, attached hereto as Exhibit B.) As such, the plaintiff's amended complaint has not been served upon defendant National Machinery Company.

7. Written notice of the filing of this Notice will be provided to all adverse parties as required by law.

8. A certified copy of this Notice will be filed with the Clerk of the Middlesex Superior Court.

9. There is, attached as Exhibit D and by reference made a part hereof, a true and accurate copy of the Summons (against National Machinery, LLC), Amended Complaint, and Civil Action Cover Sheet filed by the plaintiff in this action.

WHEREFORE, the petitioning defendants pray that this action be removed to this Court.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

Michael B. Newman (632222)
William F. Ahern, Jr. (013365)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action by first class mail.

Michael B. Newman

PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT)— MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-3022

Salvatore Vacirca, Plaintiff(s)

v.

National Machinery Co. and Doe Company, Defendant(s)

### SUMMONS

To the above-named Defendant: National Machinery Co.

You are hereby summoned and required to serve upon Richard Sullivan of Sullivan & Sullivan, LLP plaintiff's attorney, whose address is 31 Washington St., Wellesley, MA 02481, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell, MA either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge the First day of September, in the year of our Lord 2004.

*Edward J. Sullivan*
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                        SUPERIOR COURT
                                                      C.A. # MICV2004-03022

SALVATORE VACIRCA,                )
       Plaintiff                  )
                                  )
v.                                )
                                  )
NATIONAL MACHINERY COMPANY,       )
And DOE COMPANY,                  )
       Defendants                 )

AFFIDAVIT OF RICHARD J. SULLIVAN PURSUANT TO
MASSACHUSETTS RULE OF CIVIL PROCEDURE 4(f)

I, Richard J. Sullivan, on oath and state that:

1. Pursuant to Mass. R. Civ. P. 4(e)(3), I served the defendant, National Machinery Company service of process by mailing a copy of the following by United States Express Mail, Return Receipt Requested:

   Copy of Plaintiff's Complaint
   Copy of Plaintiff's Summons

2. As proof of service I attach the signed return receipt, # EU 803338837 US, date of delivery October 21, 2004.

Signed under the pains and penalties of perjury this 27th day of October 2004

                                                      _____
                                                      Richard J. Sullivan



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                   SUPERIOR COURT
                                                C.A. #MICV2004-03022

SALVATORE VACIRCA,                  )
                                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
NATIONAL MACHINERY COMPANY,         )
and NATIONAL MACHINERY, LLC,        )
                                    )
        Defendants                  )

### CERTIFICATION OF JOHN H. BOLTE, III

I, John H. Bolte, III, certify that:

1.  I am a Senior Vice President of National Machinery LLC, defendant in the above matter and have held that position since February 2002.

2.  Since February 2002, P.O. Box 747, Tiffin, Ohio 44883, has been owned and controlled by National Machinery LLC. Since February 2002, the aforesaid post office box address has not been the post office box address nor has it been a place of business for The National Machinery Company.

3.  Since February 2002, 161 Greenfield Street, Tiffin, Ohio has been owned and controlled by National Machinery LLC. Since February 2002, 161 Greenfield Street, Tiffin, Ohio has not been the street address nor has it been a place of business for The National Machinery Company.

4.  On information and belief, the correct mailing address for The National Machinery Company is P.O. Box 648, Tiffin, Ohio 44883.

5.  Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed on: July 6, 2005

_____
John H. Bolte

209664/0002/763060/Version #:.1

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
(TORT) — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-3022L2

Salvatore Vacirca, Plaintiff(s)

v.

National Machinery Co. and National Machinery, LLC, Defendant(s)

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUN 13 2005
CLERK

## SUMMONS

To the above-named Defendant: National Machinery Co.

You are hereby summoned and required to serve upon Richard J. Sullivan of Sullivan & Sullivan, LLP plaintiff's attorney, whose address is 31 Washington St., Welles MAssachusetts 02481, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. Delvecchio, Esquire, at Cambridge

the First day of June

..................., in the year of our Lord 2005.

*[signature]* Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                             SUPERIOR COURT
                                                           C.A. # MICV2004-03022

SALVATORE VACIRCA,                    )
    Plaintiff                         )
                                      )
v.                                    )
                                      )
NATIONAL MACHINERY COMPANY,           )
and NATIONAL MACHINERY, LLC,          )
    Defendants                        )



FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUN 13 2005

AFFIDAVIT OF RICHARD J. SULLIVAN PURSUANT TO
MASSACHUSETTS RULE OF CIVIL PROCEDURE 4(f)

I, Richard J. Sullivan, on oath and state that:

1. Pursuant to Mass. R. Civ. P. 4(e)(3), I served the defendant, National Machinery Company service of process by mailing a copy of the following by United States Express Mail, Return Receipt Requested:

   Copy of Plaintiff's Amended Complaint
   Copy of Plaintiff's Summons
   Plaintiff's First Request for the Production of Documents
   Plaintiff's First Set of Interrogatories

2. As proof of service I attach the signed return receipts,
       # EU 955161775 US, date of delivery June 6, 2005
       # EU 955161789 US, date of delivery June 6, 2005

Signed under the pains and penalties of perjury this 13th day of June 2005

                                        Richard J. Sullivan



# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Salvatore Vacirca

## DEFENDANTS
National Machinery Company and National Machinery, LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard J. Sullivan, Sullivan & Sullivan, LLP,
31 Washington St., Wellesley, MA 02481
(781) 263-9400

ATTORNEYS (IF KNOWN)
William F. Ahern, Jr. and Michael B. Newman
Clark, Hunt & Embry, 55 Cambridge Parkway
Cambridge, MA 02142  (617) 494-1920

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Where plaintiff is a citizen of MA and defendants are foreign corporations with principal places of business in OH and amount in controversy exceeds $75,000.00, diversity jurisdiction is appropriate under 28 U.S.C. § 1332.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $ 258,500.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 7/6/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Vacirca v. National Machinery Company__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___   II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
                740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

    _X_   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___   V.    150, 152, 153.

    *05 11419 MLW*

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
    _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
    __No__

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __No__
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __No__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES __No__ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES __No__

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES __No__ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Eastern__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION _____ OR WESTERN SECTION _____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Michael B. Newman__
ADDRESS __Clark, Hunt & Embry, 55 Cambridge Parkway, Cambridge, MA 02142__
TELEPHONE NO. __(617) 494-1920__

(Category.frm - 09/92)