**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DOCKET NO. 05-11419-MLW**

| | | |
|---|---|---|
| SALVATORE VACIRCA, | ) | |
| Plaintiff | ) | ANSWER OF DEFENDANT, |
| | ) | NATIONAL MACHINERY, LLC, |
| v. | ) | MORE PROPERLY NATIONAL |
| | ) | MACHINERY LLC, TO PLAINTIFF'S |
| NATIONAL MACHINERY COMPANY | ) | AMENDED COMPLAINT |
| AND NATIONAL MACHINERY, LLC, | ) | |
| Defendants | ) | |

1.      The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 1 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

2.      The defendant admits that National Machinery Company is a foreign corporation with its principal place of business in Ohio.  The defendant denies the remaining allegations contained in paragraph 2.

3.      The defendant admits that it is a foreign corporation with a principal place of business located at 161 Greenfield Street, Tiffin, OH 44883-2471.  The defendant denies the remainder of the allegations contained in this paragraph.

4.      The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 4 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

5.      The defendant denies the allegations contained in paragraph 5 of the plaintiff's amended complaint.

6.      The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 6 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

7.      The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 7 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

8.      The defendant denies the allegations contained in paragraph 8 of the plaintiff's amended complaint.

## COUNT I

9.      The defendant restates, reasserts, and incorporates by reference its responses to the allegations contained in paragraphs 1 through 8 of the plaintiff's amended complaint as if specifically set forth herein.

10-12.  The allegations contained in paragraphs 10 through 12 of the plaintiff's amended complaint are not directed at the defendant, National Machinery, LLC, more properly National Machinery LLC, and, therefore, do not require a responsive answer. To the extent that any allegations in these paragraphs may be construed as allegations against the defendant, the defendant denies such allegations.

## COUNT II

13.     The defendant restates, reasserts, and incorporates by reference its responses to the allegations contained in paragraphs 1 through 12 of the plaintiff's amended complaint as if specifically set forth herein.

14-16.  The allegations contained in paragraphs 14 through 16 of the plaintiff's amended complaint are not directed at the defendant, National Machinery, LLC, more properly National Machinery LLC, and, therefore, do not require a responsive answer. To the extent that any allegations in these paragraphs may be construed as allegations against the defendant, the defendant denies such allegations.

## COUNT III

17.    The defendant restates, reasserts, and incorporates by reference its responses to the allegations contained in paragraphs 1 through 16 of the plaintiff's amended complaint as if specifically set forth herein.

18.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 18 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

19.    The defendant denies the allegations contained in paragraph 19 of the plaintiff's amended complaint.

20.    The defendant denies the allegations contained in paragraph 20 of the plaintiff's amended complaint.

## COUNT II (SIC)

21.    The defendant restates, reasserts, and incorporates by reference its responses to the allegations contained in paragraphs 1 through 20 of the plaintiff's amended complaint as if specifically set forth herein.

22.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 22 of the plaintiff's amended complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

23.    The defendant denies the allegations contained in paragraph 23 of the plaintiff's amended complaint.

24.    The defendant denies the allegations contained in paragraph 24 of the plaintiff's amended complaint.

WHEREFORE, having answer the plaintiff's complaint in full, the defendant hereby demands judgment in its favor and against the plaintiff, together with costs, attorneys fees, and any other relief as this Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff filed its complaint beyond the applicable statute of limitations and, therefore, is barred from recovery.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff voluntarily assumed the risk of the injuries or damage complained of.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused by others over whom this defendant had no control.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused by an Act of God.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recovery by virtue of the Doctrine of Contributory Negligence.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to recover because its negligence exceeds that of defendant under the Laws of Comparative Damages.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to recover from this defendant due to the Doctrine of Laches.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to join as parties one or more persons or entities needed for a complete adjudication of the matter in controversy

## TENTH AFFIRMATIVE DEFENSE

The defendant denies that any servant or agent of the defendant caused or contributed to the accident alleged in the Plaintiffs' complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

Due notice was not given by the plaintiff to the defendant as required by statute.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering the defendant says that the plaintiff used the product in an unreasonable manner and that this conduct by the plaintiff caused the plaintiff's injuries.

## THIRTEENTH AFFIRMATIVE DEFENSE

The defendant says that if the defendant and/or its agents or servants made any express and implied warranties (which the defendant specifically denies), then the plaintiff did not rely on the express warranties.

## JURY DEMAND

The defendant, National Machinery, LLC, more properly National Machinery

LLC, respectfully demands a trial by jury on all issues so triable.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ Michael B. Newman

_____

Michael B. Newman (632222)
William F. Ahern, Jr. (013365)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July, 2005, I caused copies of the

foregoing document to be served on counsel to the parties to this action by first class

mail.

_____

Michael B. Newman