# SULLIVAN & SULLIVAN, LLP
Attorneys at Law
40 Washington Street
Wellesley, Massachusetts 02481

Richard J. Sullivan
Mark D. Sullivan
Eugene F. Sullivan, Jr.
Ralph J. Cafarelli
Owen R. O'Neill

Telephone (781) 263-9400
Fax (781) 239-1360

October 19, 2005

**Via Fax: 617-748-9096 and Regular Mail**

Ms. Kathleen Boyce
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Salvatore Vacirca v. National Machinery Co., et al
C.A. No. 05-11419-MLW

Dear Ms. Boyce:

Please accept this as the response of the plaintiff to the Order of Judge Wolf dated September 28, 2005.

The plaintiff respectfully declines to consent to the reassignment of this matter to a Magistrate Judge.

Thank you for your cooperation in this matter. Please let me know if the Court needs anything further.

Very truly yours,

Richard J. Sullivan

Cc: William F. Ahern, Jr.