UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11419-MLW

SALVATORE VACIRCA,
  Plaintiff

v.

NATIONAL MACHINERY COMPANY
AND NATIONAL MACHINERY, LLC,
  Defendants

**MOTION FOR LEAVE TO ADMIT, *PRO HAC VICE*, DANIEL E. MORRISON
TO THE BAR OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

  Pursuant to Local Rule 83.5.3, now comes Michael B. Newman, counsel for the defendant, National Machinery LLC, and respectfully moves this Honorable Court for leave to admit, *pro hac vice*, Daniel E. Morrison, Esq., a member in good standing of the bar of the State of Illinois to appear and practice in this Court on behalf of defendant, National Machinery LLC, as Attorney Morrison is their local counsel in Illinois. In support of this Motion, Attorney Newman states the following:

  1. Mr. Newman is a member, in good standing, of the bars of the Commonwealth of Massachusetts, the State of Rhode Island, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit;

  2. Mr. Newman has entered his appearance in this matter; and

  3. Attached, in support of this Motion, is the Affidavit of Daniel E. Morrison.

WHEREFORE, the requisite fifty dollar ($50) fee having been paid, and Local Rule 83.5.3 having been abided by, Michael B. Newman, hereby moves this Honorable Court for leave to admit Daniel E. Morrison, Esq. to this bar *pro hac vice*.

Respectfully Submitted,

**CLARK, HUNT & EMBRY**

_____
Michael B. Newman (632222)
William F. Ahern, Jr. (013365)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON  11/22/05

_____

## CERTIFICATE OF CONSULTATION

Counsel to the defendant, National Machinery LLC, hereby certify that, pursuant to Local Rule 7.1(A)(2) of this Court, said counsel has conferred with all counsel for the parties, regarding the foregoing Motion for Leave to Admit *Pro Hac Vice*, Daniel E. Morrison to the Bar of the United States District Court for the District of Massachusetts.

_____
Michael B. Newman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11419-MLW

| | |
|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY<br>AND NATIONAL MACHINERY, LLC,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF DANIEL E. MORRISON, ESQ.
IN SUPPORT OF MOTION FOR LEAVE TO BE ADMITTED *PRO HAC VICE***

I, Daniel E. Morrison, hereby certify that:

1. I am a member of the Bar of the State of Illinois.

2. I am in good standing in every jurisdiction where I have been admitted to practice law.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction to which I am admitted.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

5. This affidavit is in support of my application for leave to practice in this Court on the motion of Attorneys Michael B. Newman and William F. Ahern, Jr., members of the Bar of this Court who have filed an appearance in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF September, 2005.

                                                /s/ Daniel E. Morrison
                                              Daniel E. Morrison
                                              Sachnoff & Weaver, Ltd.
                                              10 South Wacker Dr., 40th Floor
                                              Chicago, IL 60606-7507
                                              (312) 207-1000