UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11419-MLW

SALVATORE VACIRCA,
    Plaintiff

v.

NATIONAL MACHINERY COMPANY
AND NATIONAL MACHINERY, LLC,
    Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 16 (D) (3)**

Pursuant to Local Rule 16.1 (D) (3), National Machinery LLC, and their counsel hereby certify that they have conferred with a view to establishing a budget for the cost of conducting this litigation and have also discussed resolution of the litigation through use of alternative dispute resolution programs.

Robert J. Foster   V.P.

_____
A duly authorized representative of
NATIONAL MACHINERY LLC

Date: 12/6/05

CLARK, HUNT & EMBRY

_____
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA 02142
Tel. (617) 494-1920
Date: 12/7/05