## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-11419-MLW**

_____
)
**SALVATORE VACIRCA,**           )
    **Plaintiff**          )
)
**v.**                            )
)
**NATIONAL MACHINERY COMPANY**    )
**AND NATIONAL MACHINERY, LLC,**  )
    **Defendants**         )
_____)

### DEFENDANT'S RULE 26(a)(1) DISCLOSURES

Defendant National Machinery, LLC ("National Machinery"), by and through its

undersigned counsel, hereby submit its Initial Disclosures pursuant to Federal Rule of

Civil Procedure 26(a)(1).

1.   **Rule 26(a)(1)(A)**— the the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| Name | Address and Phone Number (if known) | Subject Matter |
|------|------------------------------------|----------------|
| Don Calhoun | C/o John P. Cardosi | The allegations in the Complaint, plaintiff's employment history and plaintiff's medical history. |
| Robert Foster | c/o Daniel E. Morrison Sachnoff & Weaver Ltd. 10 South Wacker Drive 40th Floor Chicago, Illinois 60606 | Facts surrounding insolvency and foreclosure of National Machinery Co.; the subsequent acquisition of National Machinery Co.'s contracts and assets pursuant to public sale under Article 9 of the Ohio Uniform Commercial Code by NMC Acquisition LLC; and the subsequent assignment by NMC Acquisition LLC of its rights to National Machinery. |

| Name | Address and Phone Number (if known) | Subject Matter |
|---|---|---|
| Robert Loy | c/o Daniel E. Morrison<br>Sachnoff & Weaver Ltd.<br>10 South Wacker Drive<br>40th Floor<br>Chicago, Illinois 60606 | Sales history of machine identified by plaintiff in his Amended Complaint and fact that National Machinery has not serviced that machine since the transactions described above. |
| Thermo Electron Corporation, corporate representative | unknown at this time | The incident alleged by plaintiff in his Complaint; any investigation of that incident; the status of and records relating to the machine alleged to have been involved in the incident; plaintiff's employment records. |

By making the above disclosures, Defendant does not waive any applicable privileges or other objections to the use or production of information or knowledge held by these people or entities.  Defendant's investigation continues.

2.    **Rule 26(a)(1)(B)**— a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

National Machinery hereby identifies the following categories of documents, located at the offices of Sachnoff & Weaver, Ltd.:

Documents showing the foreclosure on National Machinery Co. the subsequent acquisition of National Machinery Co.'s contracts and assets pursuant to public sale under Article 9 of the Ohio Uniform Commercial Code by NMC Acquisition LLC; and the subsequent assignment by NMC Acquisition LLC of its rights to National Machinery.

National Machinery hereby identifies the following categories of documents, located at the offices of National Machinery:

Documents showing the sale of the machine identified by plaintiff in his Amended Complaint by National Machinery Co. in or around 1946.

By identifying such documents, defendant does not waive any applicable privileges or other objections to the use or production of such documents.  Defendant's investigation continues.

3.    **Rule 26(a)(1)(C)**—a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Defendant claims no damages in this case and therefore makes no disclosure under Rule 26(a)(1)(C).

4.    **Rule 26(a)(1)(D)—** Insurance agreements.

National Machinery will make any applicable primary insurance policy available for inspection and copying upon entry of a mutually agreeable protective order.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

*/s/ Michael B. Newman*

_____
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2005, a true and correct copy of Defendant's Rule 26(a)(1) Disclosure was served on all counsel of record in this matter.

*/s/ Michael B. Newman*

_____
Michael B. Newman