UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff | ) ) ) | |
| v. | ) ) | C.A. No. 05-11419-MLW |
| NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,<br>    Defendants | ) ) ) ) | |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the parties to the above case, by their attorneys, and hereby jointly move that the scheduling conference scheduled for December 14, 2005 be continued until January 18, 2006 or thereafter. The parties cite their reasons as follows:

1. Defendant NATIONAL MACHINERY, LLC, has answered the amended complaint in the above case.

2. Defendant, NATIONAL MACHINERY COMPANY has not yet answered the amended complaint and whether service of the complaint has been made is disputed by plaintiff and defendant, NATIONAL MACHINERY, LLC.

3. Plaintiff contends that defendant, NATIONAL MACHINERY COMPANY is an indispensable party to the case. It has been represented to NATIONAL MACHINERY, LLC, that there was a policy of insurance in place for the NATIONAL MACHINERY COMPANY at the time of this accident.

4. Out of state counsel has petitioned the court for permission to appear before the court, *Pro Hac Vice*, in the instant case on behalf of NATIONAL MACHINERY, LLC,.

5. The parties agree that extension of the Scheduling Conference for thirty (30) days in order to address the purported service and appearance of NATIONAL MACHINERY COMPANY will be beneficial to the Court and the parties in addressing the scope and sequence of discovery.

2

WHEREFORE, the parties move that the scheduling conference scheduled for December 14, 2005 in the above case be continued.

Respectfully submitted,
SALVATORE VACIRCA
By his Attorney,

_____
Richard J. Sullivan
BBO # 554085
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
(781) 263-9400

NATIONAL MACHINERY, LLC,
By its Attorney,

_____
William F. Ahern Jr., Esq.
BBO#
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: December 13, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALVATORE VACIRCA,          )
    Plaintiff          )
              )
v.          )          C.A. No. 05-11419-MLW
              )
NATIONAL MACHINERY COMPANY,   )
and NATIONAL MACHINERY, LLC,   )
    Defendants          )

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the parties to the above case, by their attorneys, and hereby jointly move that the scheduling conference scheduled for December 14, 2005 be continued until January 18, 2006 or thereafter. The parties cite their reasons as follows:

1. Defendant NATIONAL MACHINERY, LLC, has answered the amended complaint in the above case.

2. Defendant, NATIONAL MACHINERY COMPANY has not yet answered the amended complaint and whether service of the complaint has been made is disputed by plaintiff and defendant, NATIONAL MACHINERY, LLC.

3. Plaintiff contends that defendant, NATIONAL MACHINERY COMPANY is an indispensable party to the case. It has been represented to NATIONAL MACHINERY, LLC, that there was a policy of insurance in place for the NATIONAL MACHINERY COMPANY at the time of this accident.

4. Out of state counsel has petitioned the court for permission to appear before the court, *Pro Hac Vice*, in the instant case on behalf of NATIONAL MACHINERY, LLC,.

5. The parties agree that extension of the Scheduling Conference for thirty (30) days in order to address the purported service and appearance of NATIONAL MACHINERY COMPANY will be beneficial to the Court and the parties in addressing the scope and sequence of discovery.

2

WHEREFORE, the parties move that the scheduling conference scheduled for December 14, 2005 in the above case be continued.

Respectfully submitted,
SALVATORE VACIRCA
By his Attorney,


/s/ Richard J. Sullivan
Richard J. Sullivan
BBO # 554085
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
(781) 263-9400


NATIONAL MACHINERY, LLC,
By its Attorney,


William F. Ahern Jr., Esq.
BBO#
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920


Dated: December 14, 2005