# CLARK, HUNT & EMBRY
ATTORNEYS AT LAW

BRUCE J. EMBRY
WILLIAM J. HUNT
WILLIAM F. AHERN, JR.
HENRY W. CLARK
JAMES T. BUCHANAN
DAVID GRAY HANSON

MICHAEL B. NEWMAN
DIANE SWIERCZYNSKI
JOSHUA D. KRELL
DAVID J. BURBRIDGE
CHRISTOPHER A. MYER
MANDI JO HANNEKE
STACEY A. WARD
SARAH M. ALLEN
DOUGLAS A. LEVINE
MARISA S. GREGG

December 13, 2005

Civil Clerk's Office
United States District Court
For the District of Massachusetts
Attention: Kathleen Boyce
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re: **Salvatore Vacirca v. National Machinery Company and National Machinery, LLC**
Docket No. 05-11419-MLW

Dear Ms. Boyce:

Enclosed please a check in the amount of $100.00 which was inadvertently not sent with the two Motions for Leave to Admit, *Pro Hac Vice* filed on November 22, 2005 with respect to the above-captioned matter (docket entries 8 and 9).

Please do not hesitate to contact me should you have any questions or concerns. Thank you.

Very truly yours,

Michael B. Newman

MBN/jh
Enclosure

| | | |
|---|---|---|
| **CLARK, HUNT AND EMBRY**<br>OPERATING ACCOUNT<br>55 CAMBRIDGE PARKWAY<br>SUITE 401<br>CAMBRIDGE, MA 02142<br>(617) 494-1920 | **CAMBRIDGE SAVINGS BANK**<br>CAMBRIDGE, MA  02238   0<br>53-7112-2113 | **4705**<br><br>12/13/2005 |

PAY TO THE
ORDER OF      Clerk of Courts                                                             $  **100.00

One Hundred and 00/100***************************************************************************  DOLLARS

Clerk of Courts

MEMO   National Machinery

⑈⑈0 0 4 7 0 5⑈⑈   ⑆2 1 1 3 7 1 1 2 0⑆:   5 6 4 8 3 2 3 3 3⑈⑈

Boston, MA  02110

Re:   **Salvatore Vacirca v. National Machinery Company and National Machinery, LLC**
Docket No. 05-11419-MLW

Dear Ms. Boyce:

Enclosed please a check in the amount of $100.00 which was inadvertently not sent with the two Motions for Leave to Admit, *Pro Hac Vice* filed on November 22, 2005 with respect to the above-captioned matter (docket entries 8 and 9).

Please do not hesitate to contact me should you have any questions or concerns.  Thank you.

Very truly yours,

Michael B. Newman

MBN/jh
Enclosure