FILED
**UNITED STATES DISTRICT COURT FOR THE** S OFFICE
**DISTRICT OF MASSACHUSETTS**

2006 JAN 12 P 2:55

|  |  |
|---|---|
| **SALVATORE VACIRCA,**<br>Plaintiff | DISTRICT COURT<br>DISTRICT OF MASS |
| v.<br><br>**NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,**<br>Defendants. | **CIVIL ACTION NO. 05-11419-MLW** |

## MOTION OF DEFENDANT, NATIONAL MACHINERY COMPANY, TO DISMISS COUNTS I and II OF PLAINTIFF'S AMENDED COMPLAINT

Defendant, National Machinery Company ("NMC"), hereby appears in this matter solely for the purpose of moving, pursuant to Fed. R. Civ. P. 12(b), for an order dismissing Count I and Count II of Plaintiff's Amended Complaint on the grounds that NMC is not subject to the jurisdiction of this Court and because process has not been properly served on NMC.

In support of this motion, NMC incorporates, as if fully set forth herein, the accompanying memorandum of law and exhibits thereto.

✓

## REQUEST FOR ORAL ARGUMENT

NMC hereby requests a hearing to present oral argument to the Court regarding the above

Motion.

**Dated:**   January 12, 2006

Respectfully submitted,

Mark E. Cohen                    [BBO #089800]
Robert J. Maselek              [BBO #564690]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA    02110
(617) 951-2929 Phone
(617) 951-2672 Fax

*Attorneys for Defendant*
*National Machinery Company*

2

## Certificate of Service

I hereby certify that on January 12, 2006, a copy of the foregoing DEFENDANT'S, NATIONAL MACHINERY COMPANY'S, MOTION TO DISMISS COUNTS I and II OF PLAINTIFF'S AMENDED COMPLAINT has been served upon all counsel of record by regular mail:

William F. Ahern, Jr., Esq.
**Clark, Hunt & Embry**
55 Cambridge Parkway
Cambridge, MA    02142

Richard J. Sullivan, Esq.
**Sullivan & Sullivan, LLP**
31 Washington Street
Wellesley, MA 02481

Daniel E. Morrison
**Sachnoff & Weaver, Ltd.**
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507

DATED this 12th day of JANUARY , 2006.

Mark E. Cohen, Esq.

#80629v1< MEBOS:> -vacirca v NMC- Motion to Dismiss

3