UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALVATORE VACIRCA, )
                               )
       Plaintiff,      )
  v.                           )         CIVIL ACTION
                               )         NO. 05-11419-MLW
NATIONAL MACHINERY CO  )
NATIONAL MACHINERY, LLC)
       Defendants.     )

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The time by which the plaintiff is to respond to the motion to dismiss is extended to **February 19, 2006**. The parties shall confer before the opposition is filed to determine if the defendant intends to pursue the motion to dismiss.

2. The parties shall complete all fact discovery by **July 21, 2006**.

3. The next status conference shall take place on **July 10, 2006 at 10:00 a.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) the use of alternative dispute resolution ("ADR") programs; and
    (d) consent to trial by the Magistrate Judge.

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above. The parties shall indicate if an agreement has been reached to use ADR or to have the matter tried by a Magistrate Judge, but the respective positions of each party do not need to be identified.

                                                     / s / Judith Gail Dein
                                                     Judith Gail Dein
DATED: January 19, 2006               United States Magistrate Judge