UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>　　　　　　　Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>　　　　　　　Defendants. | CIVIL ACTION NO. 05-11419-MLW |

**NOTICE OF ADDITIONAL APPEARANCE**
_____

To the Clerk:

　　Kindly enter the additional appearance of Eric L. Brodie on behalf of the defendant, National Machinery Company.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*National Machinery Company*

　　　　　　　　　　　　　　　　　　　　*Eric L. Brodie*

**Dated:**　February 16, 2006　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mark E. Cohen　　　　[BBO #089800]
　　　　　　　　　　　　　　　　　　　　Robert J. Maselek　　[BBO #564690]
　　　　　　　　　　　　　　　　　　　　Eric L. Brodie　　　　[BBO #639833]
　　　　　　　　　　　　　　　　　　　　**The McCormack Firm, LLC**
　　　　　　　　　　　　　　　　　　　　One International Place - 7th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA　　02110
　　　　　　　　　　　　　　　　　　　　(617) 951-2929 Phone
　　　　　　　　　　　　　　　　　　　　(617) 951-2672 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Additional Appearance, which is being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2006. Because there are no non-registered participants, no paper copies will be mailed.

                                                  *Eric L. Brodie*
                                                  Eric L. Brodie