UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>　　　　　Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>　　　　　Defendants. | CIVIL ACTION NO.  05-11419-MLW |

**ASSENTED-TO MOTION TO WITHDRAW DEFENDANT NATIONAL MACHINERY
COMPANY'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S AMENDED
COMPLAINT, AND STIPULATION OF ADDITIONAL TIME TO ANSWER**
_____

Defendant National Machinery Company ("NMC") hereby moves to withdraw its previously filed Motion to Dismiss Count I and Count II of Plaintiff's Amended Complaint (Document #15), which argued that NMC is not subject to the jurisdiction of this Court and challenged the adequacy of service on NMC.  Pursuant to the Scheduling Order dated January 19, 2006, the parties were to confer to determine if NMC intended to pursue its motion to dismiss.  The parties have conferred, and  NMC has determined not to pursue the motion to dismiss, thus prompting the instant withdrawal.  In addition, the Plaintiff and NMC have stipulated that NMC may have until March 3, 2006, to serve an Answer to the Amended Complaint, and therefore request this Court's endorsement of said stipulation.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*National Machinery Company*

**Dated:**   February 16, 2006　　　　　　　　*Eric L. Brodie*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Mark E. Cohen　　　　[BBO  #089800]
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Maselek　　[BBO  #564690]
　　　　　　　　　　　　　　　　　　　　　　　　Eric L. Brodie　　　　[BBO  #639833]
Assented to and Stipulated by:　　　　　　**The McCormack Firm, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　One International Place - 7th Floor
*Richard J. Sullivan*  /elb　　　　　　　　Boston, MA    02110
_____
Richard J. Sullivan　　　　　　　　　　　　(617) 951-2929 Phone
Counsel for Plaintiff　　　　　　　　　　　(617) 951-2672 Fax

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Assented-To Motion to Withdraw Defendant National Machinery Company's Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint, and Stipulation of Additional Time to Answer, plus its accompanying Rule 7.1 Certification, all of which are being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2006. Because there are no non-registered participants, no paper copies will be mailed.

                                               *Eric L. Brodie*
                                               Eric L. Brodie

#81707v1<MEBOS> -vacirca v NMC- Withdraw Motion to Dismiss