UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>        Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>        Defendants. | CIVIL ACTION NO.  05-11419-MLW |

**LOCAL RULE 7.1(A)(2) CERTIFICATION REGARDING ASSENTED-TO MOTION TO WITHDRAW DEFENDANT NATIONAL MACHINERY COMPANY'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S AMENDED COMPLAINT, AND STIPULATION OF ADDITIONAL TIME TO ANSWER**

_____

Pursuant to Local Rule 7.1(A)(2), the undersigned attorney certifies that counsel for Plaintiff Salvatore Vacirca and Defendant National Machinery Company ("NMC") have conferred and have attempted in good faith to resolve or narrow the issues presented by the accompanying motion, and as a result they have agreed that NMC should be permitted to withdraw its previously filed motion to dismiss (document #15) and stipulated that NMC should be given leave to file its answer to the Amended Complaint on or before March 3, 2006.

Respectfully submitted,

*Attorneys for Defendant*
*National Machinery Company*

**Dated:**   February 16, 2006

*Eric L. Brodie*
_____
Mark E. Cohen         [BBO  #089800]
Robert J. Maselek     [BBO  #564690]
Eric L. Brodie        [BBO  #639833]
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA     02110
(617) 951-2929 Phone
(617) 951-2672 Fax

81757.1