UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA,<br>           Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,<br>           Defendants. | CIVIL ACTION NO. 05-11419-MLW |

### ANSWER AND JURY DEMAND OF DEFENDANT, NATIONAL MACHINERY COMPANY, TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Defendant, National Machinery Company ("NMC"), and files this Original Answer to Plaintiff's, Salvatore Vacirca's, Amended Complaint, as follows**:**

1. NMC is without sufficient knowledge to admit or deny the allegations contained in paragraph 1 of the plaintiff's amended complaint and calls upon the plaintiff to prove same.

2. NMC denies the allegations contained in paragraph 2 of the plaintiff's amended complaint.

3. No response is required by NMC to paragraph 3 of the plaintiff's amended complaint because the allegations contained in paragraph 3 do not pertain to NMC. To the extent a response is required, NMC is without sufficient knowledge to admit or deny the allegations contained in paragraph 3 of the plaintiff's amended complaint and calls upon the plaintiff to prove same.

4. NMC denies the allegations contained in paragraph 4 of the plaintiff's amended complain.

5. No response is required by NMC to paragraph 5 of the plaintiff's amended complaint because the allegations contained in paragraph 5 do not pertain to NMC. To the extent a response is required, NMC is without sufficient knowledge to admit or deny the allegations contained in paragraph 5 of the plaintiff's amended complaint and calls upon the plaintiff to prove same.

6. NMC denies the allegations contained in paragraph 6 of the plaintiff's amended complaint.

7. NMC denies the allegations of paragraph 7 of plaintiff's amended complaint, and demands strict proof thereof.

8. No response is required by NMC to paragraph 8 of the plaintiff's amended complaint because the allegations contained in paragraph 8 set forth conclusions of law and because these allegations do not pertain to NMC and therefore no response by NMC is required. To the extent that a response is required, NMC says that it is without sufficient knowledge to admit or deny the allegations contained in paragraph 8 of the plaintiff's amended complaint and calls upon the plaintiff to prove same.

**COUNT I**

9. NMC repeats and re-avers its responses to paragraphs 1 through 8 of its Answer, as if fully set forth herein.

10. The allegations of paragraph 10 of the plaintiff's amended complaint are a preamble to which no response is required. To the extent that a response is required, NMC denies the allegations of paragraph 10 of the plaintiff's amended complaint and demands strict proof thereof.

11. NMC denies the allegations contained in paragraph 11 of the plaintiff's amended complaint.

12. NMC denies the allegations contained in paragraph 12 of the plaintiff's amended complaint.

## COUNT II

13. NMC repeats and re-avers its responses to paragraphs 1 through 12 of its Answer, as if fully set forth herein.

14. The allegations of paragraph 14 of the plaintiff's amended complaint are a preamble to which no response is required. To the extent that a response is required, NMC denies the allegations of paragraph 14 of the plaintiff's amended complaint and demands strict proof thereof.

15. NMC denies the allegations contained in paragraph 15 of the plaintiff's amended complaint.

16. NMC denies the allegations contained in paragraph 16 of the plaintiff's amended complaint.

## COUNT III and COUNT II [sic. IV]

17-24. These counts do not relate to this defendant and therefore no response by NMC is required.

## FIRST AFFIRMATIVE DEFENSE

If the plaintiff suffered injuries or damages as alleged, such damages were caused by the acts or omissions of someone for whose conduct NMC was not and is not legally responsible and over whom NMC had no control.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff's Complaint should be dismissed due to insufficiency of service of process as to NMC.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff's Complaint should be dismissed due to insufficiency of process as to NMC.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Mass. R Civ. P. 12 (b)(6).

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate his damages.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff was negligent and the damages, if any, recovered by or on behalf of the plaintiff should be reduced in proportion to the said negligence of the plaintiff in accordance with M.G.L. c. 231, §85.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff was negligent, which negligence exceeded any negligence of the defendants, and therefore the plaintiff is precluded from recovery pursuant to M.G.L. c. 231, §85.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred by the applicable statute of limitations

### NINTH AFFIRMATIVE DEFENSE

The plaintiff's action is barred by operation of the statute of repose, G. L. c. 260, §2B.

### TENTH AFFIRMATIVE DEFENSE

The plaintiff knowingly and voluntarily encountered a known danger while operating the subject machine.

### ELEVENTH AFFIRMATIVE DEFENSE

The plaintiff misused the subject machine.

### TWELFTH AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred because this court lacks jurisdiction over NMC.

### THIRTEENTH AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred because the plaintiff complied with the state of the art at the time that the machine was manufactured.

### NMC DEMANDS TRIAL BY JURY

**WHEREFORE**, NMC demands that the plaintiff's Complaint be dismissed with prejudice, and that costs and attorney's fees be awarded to the answering defendant in the defense of this action.

**Dated:**   March 2, 2006

Respectfully submitted,

*Robert J. Maselek*

Mark E. Cohen             [BBO #089800]
Robert J. Maselek         [BBO #564690]
**The McCormack Firm**
One International Place - 7th Floor
Boston, MA    02110
(617) 951-2929 Phone
(617) 951-2672 Fax

*Attorneys for Defendant*
*National Machinery Company*

## Certificate of Service

I hereby certify that the foregoing **ANSWER OF DEFENDANT, NATIONAL MACHINERY COMPANY TO PLAINTIFF'S AMENDED COMPLAINT**, which will be filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 2, 2006. Because there are no non-registered participants, no paper copies will be mailed.

DATED this 2nd day of March, 2006.

*Robert J. Maselek*
Robert J. Maselek, Esq.

#82142v1<MEBOS> -vacirca v NMC- Answer