UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11419-MLW

| | |
|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY<br>AND NATIONAL MACHINERY, LLC,<br>    Defendants | NOTICE OF APPEARANCE OF<br>MANDI JO HANNEKE, ESQ. |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendant, National Machinery, LLC, with respect to the above-captioned matter.

    Respectfully submitted,

**CLARK, HUNT & EMBRY**

*/s/ Mandi Jo Hanneke*

_____
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

### CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of June, a true and correct copy of the Notice of Appearance of Mandi Jo Hanneke, Esq. was served on all counsel of record in this matter.

*/s/ Mandi Jo Hanneke*

_____
Mandi Jo Hanneke