UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 05-11419-MLW |
| NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,<br>    Defendants | )<br>)<br>)<br>) | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties and move this Honorable Court continue the Status Conference presently scheduled for Monday, July 10, 2006 to a date convenient for the Court on or after September 14, 2006.

As grounds therefore, the parties state that this motion is assented to by all parties, and that they are continuing to conduct discovery herein. Furthermore, plaintiff's trial counsel is scheduled to attend a Status Conference and a deposition in New Hampshire on July 10, 2006, and defense counsel are, respectively engaged in a mediation session and an appearance in another court.

The parties assert that the interests of justice will be served by allowing this continuance so that all trial counsel may appear on the next scheduled date.

Respectfully submitted,

The Plaintiff,
By his Attorney,

/s/ Richard J. Sullivan
Richard J. Sullivan
BBO # 554085
Sullivan and Sullivan LLP
40 Washington Street
Wellesley, MA 02481
Ph: 781-263-9400

Defendant
National Machinery Company
By its attorneys,


/s/ Robert J. Maselek
Robert J. Maselek [BBO #564690]
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA  02110
Ph: 617·951·2929

Defendant,
National Machinery, LLC,
By its attorneys,


/s/ William F. Ahern, Jr.
William F. Ahern, Jr. (BBO#013365)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Ph: 617-494-1920


## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July, 2006, I served, by first-class mail, postage prepaid, a copy of the foregoing to:

Robert J. Maselek, Esq.
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA  02110

William F. Ahern, Jr.
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

\s\ Richard J. Sullivan
Richard J. Sullivan

2