UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>      Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>      Defendants. | CIVIL ACTION NO. 05-11419-MLW |

NOTICE OF APPEARANCE OF GERALD S. FRIM
AS COUNSEL FOR
DEFENDANT NATIONAL MACHINERY COMPANY

To the Clerk:

Please enter the appearance of GERALD S. FRIM as counsel for the defendant, NATIONAL MACHINERY COMPANY.

Respectfully submitted,

**Dated:** May 18, 2006          /s/ *Gerald S. Frim*
                                 Gerald S. Frim    [BBO #656204
                                 **THE MCCORMACK FIRM, LLC**
                                 One International Place - 7th Floor
                                 Boston, MA    02110
                                 Ph:    617•951•2929
                                 Fax:   617•951•2672

CERTIFICATE OF SERVICE

I, Gerald S. Frim, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2006.

**Dated:** November 1, 2006                    /s/ *Gerald S. Frim*

#90756v1<MEBOS> -Vacirca v NMC- Notice of Appearance by GSF