UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff | )<br>)<br>) |
| v. | )   C.A. No. 05-11419-MLW<br>) |
| NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,<br>    Defendants | )<br>)<br>)<br>) |

### JOINT STATEMENT REGARDING STATUS CONFERENCE

Now come the parties and, in furtherance of the Scheduling Order dated January 19, 2006, state the following:

1. STATUS OF CASE

The case is still in the fact discovery phase. Delays have been encountered in completing necessary depositions, although depositions have been noticed (except for expert depositions and those which may become necessary as a result of further discovery). The depositions of Mr. and Mrs. Vacirca have been completed. Depositions of representatives of the defendants were noticed for July of this year, but could not be conducted at that time. Counsel for all parties have agreed to travel to Ohio for purposes of completing these depositions, and it is anticipated that they will occur in early December. Similarly, plaintiff's employer has been subpoenaed and its deposition is expected to occur as soon as practicable.

2. SCHEDULING

The parties anticipate that all non-expert depositions can be completed by December 31st and request that a schedule for expert disclosure be set by the Court. The parties suggest that plaintiff's expert disclosure occur by January 31, 2007, and that defendants complete their disclosure by March 2, 2007.

3. ALTERNATIVE DISPUTE RESOLUTION

Plaintiff is amenable to mediation in this matter.

4. CONSENT TO TRIAL BY MAGISTRATE JUDGE

Plaintiff will consent to trial by a Magistrate Judge

Respectfully submitted,

The Plaintiff,
By his Attorney,

/s/ Richard J. Sullivan
Richard J. Sullivan
BBO # 554085
Sullivan and Sullivan LLP
40 Washington Street
Wellesley, MA 02481
Ph: 781-263-9400

Defendant
National Machinery Company
By its attorneys,

/s/ Gerald Frim
Gerald Frim BBO # 656204
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA  02110
Ph: 617·951·2929

Defendant,
National Machinery, LLC,
By its attorneys,

/s/ William F. Ahern, Jr.
William F. Ahern, Jr. (BBO#013365)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Ph: 617-494-1920