UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA, )<br>)<br>    Plaintiff,  )<br>v.                     )<br>)<br>NATIONAL MACHINERY CO.  )<br>and NATIONAL MACHINERY, LLC,  )<br>)<br>    Defendants.  ) | CIVIL ACTION<br>NO. 05-11419-MLW |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The court adopts the following deadlines proposed by the parties in their Joint Statement:

    (a) The parties shall complete fact discovery by **December 31, 2006**.

    (b) The plaintiff shall serve any expert disclosures pursuant to Fed. R. Civ. P 26(a)(2) by **January 31, 2007**.

    (c) The defendants shall serve any expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by **March 2, 2007**.

2. Defendant National Machinery, LLC shall file any motion for summary judgment on the issue of successor liability by **January 12, 2007**.

3. Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's

concise statement of material facts.

    4.    The next status conference shall take place on **February 15, 2007 at 3:00 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

        i.    the status of the case;
        ii.    scheduling for the remainder of the case through trial;
        iii.    the use of alternative dispute resolution ("ADR") programs; and
        iv.    consent to trial before the Magistrate Judge.

    5.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 4 above. With respect to the use of ADR and having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

    / s / Judith Gail Dein
    Judith Gail Dein
    United States Magistrate Judge

DATED: November 2, 2006