UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY<br>AND NATIONAL MACHINERY, LLC,<br>    Defendants | )<br>)<br>)<br>)<br>)   DOCKET NO. 05-11419-MLW<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT NATIONAL MACHINERY LLC'S
### MOTION FOR SUMMARY JUDGMENT

Defendant National Machinery LLC ("NMLLC"), pursuant to Rule 56 of the Federal Rules of Civil procedure, moves for summary judgment. In support of this motion, NMLLC submits its "Memorandum in Support of Defendant National Machinery LLC's Motion for Summary Judgment."

### ORAL ARGUMENT REQUESTED

Defendant NMLLC requests the opportunity to present oral argument on its motion for summary judgment.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies pursuant to Local Rule 7.1(a)(2) that they have conferred with counsel for the plaintiffs in good faith to attempt to resolve or narrow the issues

in dispute, and that these efforts were not successful.

        Respectfully submitted,

        **CLARK, HUNT & EMBRY**

        ___/s/ Mandi Jo Hanneke____
        William F. Ahern, Jr. (013365)
        Mandi Jo Hanneke (657349)
        55 Cambridge Parkway
        Cambridge, MA  02142
        (617) 494-1920

        ___/s/ Jeffrey B. Whitt_____
        Jeffrey B. Whitt
        William P. Robison
        Sachnoff & Weaver, Ltd.
        10 S. Wacker Drive
        Chicago, IL 60606
        (312) 207-1000