# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALVATORE VACIRCA,   )<br>    Plaintiff   )<br>   )<br>v.   )<br>   )<br>NATIONAL MACHINERY COMPANY )<br>AND NATIONAL MACHINERY, LLC, )<br>    Defendants   )<br>   ) | DOCKET NO. 05-11419-MLW |

## ORDER

The Court, having considered Defendant National Machinery LLC's Motion for Summary Judgment, orders as follows:

IT IS ORDERED that Defendant National Machinery LLC's Motion for Summary Judgment is GRANTED.

_____
Judith Gail Dein
United States Magistrate Judge

DATED: _____