UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
**SALVATORE VACIRCA,**                      )
    **Plaintiff**                        )
                                            )
**v.**                                      )   DOCKET NO. 05-11419-MLW
                                            )
**NATIONAL MACHINERY COMPANY**              )
**AND NATIONAL MACHINERY, LLC,**            )
    **Defendants**                       )
_____         )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2007 a true and correct copy of the foregoing **Defendant, National Machinery, LLC's Motion For Summary Judgment**, **Memorandum Of Law In Support Of Defendant, National Machinery, LLC's Motion For Summary Judgment**, **Defendant, National Machinery, LLC's Statement Of Undisputed Material Facts** and **Referenced Exhibits In The Statement Of Undisputed Material Facts**, and **Proposed Order** were served via electronic transmission and/or U.S. mail, first class postage prepaid, upon the following:

| | |
|---|---|
| Richard J. Sullivan, Esq. | Gerald Frim, Esq. |
| Sullivan & Sullivan, LLP | The McCormack Firm |
| 31 Washington St. | One International Place, 7th Floor |
| Wellesley, MA  02481 | Boston, MA 02110 |

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date:  January 12, 2007