UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALVATORE VACIRCA,                          )
      Plaintiff                                  )
                                  )
                                  )
v.                                          )          C.A. No. 05-11419-MLW
                                  )
NATIONAL MACHINERY COMPANY,  )
and NATIONAL MACHINERY, LLC,     )
      Defendants                              )

## ASSENTED TO MOTION FOR EXTENSION OF TIME REGARDING EXPERT DISCLOSURES

Now come the parties and move this Honorable Court grant them additional time within which to complete their expert witness disclosures. Specifically, the parties ask that the deadline for plaintiff's disclosure be extended from January 31, 2007, up through and including February 7, 2007, and that defendants' deadline be extended up through and including March 9, 2007.

As grounds therefore, it is asserted that plaintiff's counsel is one of five members of a small law firm. Over the past two months one of the members of the firm has been dealing with the ongoing hospitalization of a child and another member of the firm has been dealing with the impending death of his father. The latter event has occurred: The firm member's father has died and his funeral is scheduled for Thursday, February 1, 2007. As a result of these personal matters, the other members of the firm have had to cover a number of appointments and appearances and the day-to-day operation of the firm has been somewhat disrupted. As such, the

plaintiff's counsel has been unable to spend the necessary time to complete the expert disclosure in this matter.

Respectfully submitted,

The Plaintiff,
By his Attorney,

/s/ Richard J. Sullivan
Richard J. Sullivan
BBO # 554085
Sullivan and Sullivan LLP
40 Washington Street
Wellesley, MA 02481
Ph: 781-263–9400

**ASSENTED TO BY:**

Defendant
National Machinery Company
By its attorneys,

/s/ Gerald Frim
Gerald Frim BBO # 656204
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA  02110
Ph: 617·951·2929

Defendant,
National Machinery, LLC,
By its attorneys,

/s/ William F. Ahern, Jr.
William F. Ahern, Jr. (BBO#013365)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Ph: 617-494-1920