UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA,          )<br>     Plaintiff                              )<br>                                              )<br>v.                                           )<br>                                              )<br>NATIONAL MACHINERY COMPANY,  )<br>and NATIONAL MACHINERY, LLC,  )<br>     Defendants                         ) | C.A. No. 05-11419-MLW |

### JOINT STATEMENT REGARDING STATUS CONFERENCE

Now come the parties and, in furtherance of the Scheduling Order dated November 2, 2006, state the following:

**1. STATUS OF CASE**

    a. <u>Discovery</u>

In December, 2006, counsel for the parties conducted depositions of some of defendants' representatives in Tiffin, Ohio. However, due to severe weather warnings and other travel and scheduling concerns, the plaintiff was not able to conduct the deposition of defendant's National Machinery, LLC's Safety Officer, nor was the plaintiff able to examine documents which the defendant, National Machinery, LLC indicated for the first time that it possessed. Therefore, plaintiff seeks to schedule a deposition in Ohio, or such other location as the parties may agree upon, and – prior to said deposition – seeks reasonable time within which to review said documents.

Except for this deposition, all other non-expert discovery is complete.

    b. <u>National Machinery, LLC's Motion for Summary Judgment</u>

The plaintiff has informed defendants' counsel that the plaintiff will not oppose the defendant's, National Machinery, LLC, Motion for Summary Judgment, and the plaintiff will stipulate to the dismissal of his claim against this defendant.

    c. <u>National Machinery Company's Current Position</u>

Defendant National Machinery Company wishes to file a Motion for Summary Judgment, based on legal defenses to plaintiff's claim, within a reasonable amount of time after the close of non-expert discovery.  As indicated below, the remaining parties to this case are in the process of

exploring the possibility of engaging in mediation in the hope of resolving this matter. National Machinery Company feels that the mediation will be most effective if it is conducted after the close of expert discovery and after National Machinery Company files its Motion for Summary Judgment.  If the mediation process is not successful, National Machinery Company would like to proceed to obtain a ruling on its motion.  If it does not prevail on its Motion for Summary Judgment, National Machinery Company will then be prepared to try the case.

    d. Plaintiff's Current Position

Plaintiff served defendants with his Expert Disclosure on February 7, 2007. He awaits the receipt of Defendant's, National Machinery Company's, Expert Disclosure on or before March 9, 2007.

Plaintiff, as set forth above, would like to take one more deposition. Depending upon the information received in the form of testimony or documents produced at or in connection with the deposition, plaintiff would like to reserve a thirty-day period after the close of the deposition within which to supplement his expert's opinion.

Following these events, the plaintiff will be ready to try the case.

    **2. SCHEDULING**

Plaintiff respectfully requests that the deposition take place no later than April 1, 2007, his expert supplementation be completed no later than May 1, 2007, and that the defendant's expert supplementation, if any, be completed by June 1, 2007.  If the defendant wishes to file a Motion for Summary Judgment, said Motion will be filed on or before July 1, 2007. Plaintiff respectfully requests that, if trial is necessary, that the trial date be on or after October 8, 2007.

    **3. ALTERNATIVE DISPUTE RESOLUTION**

The parties are amenable to mediation in this matter. The parties are in the process of discussing the hiring of an independent mediator, and plaintiff hopes that mediation could be accomplished before April 15, 2007.  National Machinery Company feels that the mediation would be more effective if conducted after the filing of its Motion for Summary Judgment and suggests that the mediation be scheduled accordingly.

**4. CONSENT TO TRIAL BY MAGISTRATE JUDGE**

Plaintiff and defendant National Machinery Company will consent to trial before the Magistrate Judge.

Respectfully submitted,

The Plaintiff,
By his Attorney,

/s/ Richard J. Sullivan
Richard J. Sullivan
BBO # 554085
Sullivan and Sullivan LLP
40 Washington Street
Wellesley, MA 02481
Ph: 781-263–9400

Defendant
National Machinery Company
By its attorneys,

/s/ Gerald S. Frim
Gerald S. Frim BBO # 656204
The McCormack Firm, LLC
One International Place
Boston, MA   02110
Ph: 617·951·2929

Defendant,
National Machinery, LLC,
By its attorneys,

/s/ William F. Ahern, Jr.
William F. Ahern, Jr. (BBO#013365)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Ph: 617-494-1920