UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALVATORE VACIRCA, )
                                      )
      Plaintiff,            )
v.                              )      CIVIL ACTION
                                      )      NO. 05-11419-JGD
NATIONAL MACHINERY CO.     )
and NATIONAL MACHINERY, LLC,  )
                                      )
      Defendants.       )

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall disclose any expert reports concerning damages, pursuant to Fed. R. Civ. P. 26(a)(2), by **April 1, 2007**.

2. Any depositions of the parties' experts on liability shall be completed by **April 30, 2007**.

3. The parties shall complete mediation prior to **May 25, 2007**.

4. The next status conference shall take place on **May 25, 2007 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

      i. the status of the case; and
      ii. scheduling for the remainder of the case through trial.

5. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 4 above.

6.      Trial is set for **October 9, 2007**. A final pretrial conference shall take place on **October 2, 2007 at 2:30 p.m.** in Courtroom #15 on the 5th floor. A separate pretrial order shall be issued.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED: March 2, 2007