UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>        Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>        Defendants. | CIVIL ACTION NO.  05-11419-MLW |

## JOINT MOTION OF DEFENDANT NATIONAL MACHINERY COMPANY AND PLAINTIFF SALVATORE VACIRCA TO EXTEND TIME FOR EXPERT DEPOSITIONS

Defendant National Machinery Company ("NMC") and Plaintiff Salvatore Vacirca ("Vacirca") (collectively, the "Parties") respectfully request that the Court extend the deadlines in its March 3, 2007 Scheduling Order (the "Scheduling Order") to allow the parties to conduct expert depositions until July 31, 2007.

As grounds for this request, the Parties state as follows:

1.  The Scheduling Order provides that, "any depositions of the parties' experts on liability shall be completed by **April 30, 2007**."  The Scheduling Order further provides that the Parties are to complete mediation by May 25, 2007.

2.  Mediation has been scheduled before Charles Goddard, Esq., as mediator on May 7, 2007.

3.  Because of various scheduling conflicts among counsel and the experts, and in the interest of minimizing costs in this matter, the Parties have agreed that it would be in their interests to postpone the depositions of liability experts until after the mediation.

4.  Trial in this matter is set for October 9, 2007.

5. In the event that this matter is not settled at the May 7, 2007 mediation, the Parties hereby request that the depositions of experts on liability be allowed to take place before July 31, 2007, together with depositions of experts on damages.

6. The extension of time sought by the Parties will contribute to the efficient resolution of this matter. It will not cause any delay of the trial or other matters herein, including the filing and hearing of any dispositive motions.

7. The Parties agree to the proposed schedule and join in this motion. No party will be prejudiced by this extension.

**WHEREFORE,** the Parties request that the Court grant this joint motion.

Respectfully submitted,

Dated: April 25, 2007

Plaintiff Salvatore Vacirca
By his Attorney

/s/ Richard J. Sullivan
Richard J. Sullivan BBO # 554085
Sullivan and Sullivan LLP
40 Washington Street
Wellesley, MA 02481
Ph: 781-263–9400

Dated: April 25, 2007

Defendant National Machinery Company
By its Attorneys,

/s/ Gerald S. Frim
Gerald S. Frim BBO # 656204
The McCormack Firm, LLC
One International Place
Boston, MA  02110
Ph: 617·951·2929

97190.1