UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA,<br>Plaintiff,<br><br>v.<br><br>NATIONAL MACHINERY COMPANY<br>Defendant. | DOCKET NO. 05-11419-MLW |

### AGREED PROTECTIVE ORDER

THIS CAUSE COMING ON TO BE HEARD pursuant to the agreement of the parties that an order should be entered limiting the disclosure of certain information and documents produced by non-party National Machinery LLC in connection with discovery in this matter, and in order to expedite discovery and to protect confidential information of non-party National Machinery LLC,

IT IS HEREBY ORDERED as follows:

1. Non-party National Machinery LLC may designate items of discovery as "confidential" subject to the provisions of this Order. Items of discovery which may be designated as confidential under the terms of this Order include, but are not limited to, the following information: private information regarding current or past employees; trade secrets; proprietary commercial and financial information; research, development, and-control procedures and processes; product and material specifications; any process, mechanism, compound or information used or developed by or for any party in its business operations; testing procedures and results; and, product formulas and product designs.

2. Copies of documents produced or information disclosed for which confidential status is claimed shall be stamped or labeled "Confidential", or otherwise identified as such, and maintained in confidential status subject to the provisions of this Order.

3. Information and documents designated confidential in accordance with the Order shall be used solely for the purpose of this litigation, and unless the Court for good cause shown rules otherwise, such information shall not be disclosed to any person other than: (a) counsel of record in this litigation; (b) the clerical and paralegal staff of counsel of record in this litigation employed during the preparation for and trial of this action; (c) the employees of the parties to this litigation who need to know the information in order to litigate this suit; and (d) persons retained by any party to furnish expert services or advice or to give expert testimony in this litigation. Confidential information or documents disclosed to any such person shall not be disclosed by him or her to any other person not included within the foregoing subparagraphs (a) through (d) of this paragraph 3, nor shall any such information be used by any such person for any purpose other than the preparation and trial of this litigation.

4. By accepting copies of or access to documents or information designated by non-party National Machinery LLC as confidential under this Order, said person submits to the jurisdiction of this Court and agrees to be bound by the terms of this Order.

5. If counsel for any party objects to the designation of any information as confidential, he or she shall notify William Ahern, counsel for non-party National Machinery LLC, of the objection, and if disputes regarding the objection cannot be resolved by agreement, the objecting party may move this Court for an order denying confidential treatment to the information or documents in question. If such a motion is filed, the information and documents shall be kept confidential pending ruling on the motion.

6. The termination of proceedings in this litigation shall not relieve any person to whom confidential material has been disclosed from the obligations of this Order, unless the Court orders otherwise.

7. Any evidence marked "Confidential" in accordance with this Order, and which is otherwise admissible, may be used at the trial of this litigation, provided that any such information made a part of the record in that case is filed under seal if allowed by the Court or, if not allowed by the Court, provided that such information is otherwise maintained in as confidential a manner as it can reasonably be maintained by the parties.

ENTER:

By: _____
                Judge

Dated: _____

AGREED:

_____
One of the Attorneys for Plaintiff

_____
One of the Attorneys for Defendant
The National Machinery Company

CHILIB-959074.1-323775-00002