**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>            Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,**<br>            Defendants. | Civil Action No.  05-11419-MLW |

**MOTION OF DEFENDANT, NATIONAL MACHINERY COMPANY
FOR SUMMARY JUDGMENT**

Defendant National Machinery Company ("NMC") hereby moves for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.  As more fully set forth in the accompanying Memorandum of Law, NMC is entitled to Summary Judgment on the grounds that:

1.  The cause of plaintiff's injuries was an open and obvious condition that plaintiff failed to avoid;

2. The "end user" of the machine that caused plaintiff's injuries was a sophisticated user of the machine and was aware of the alleged dangerous condition that caused plaintiff's injuries;

3.  Plaintiff violated his duty to act reasonably with respect to the machine that caused his injuries, despite his knowledge that the machine was dangerous, and such conduct by plaintiff caused plaintiff's injuries; and

4. Any duty NMC had to warn plaintiff or his employer of any allegedly dangerous condition of the machine that caused plaintiff's injuries was excused by plaintiff's and his employer's knowledge of the dangerous condition and their failure to protect against it.

Defendant attaches hereto, and incorporates by reference herein, the following:

(a)     Memorandum of Law in Support of Motion of Defendant, National Machinery Company, for Summary Judgment ;

(b) Statement of Undisputed Material Facts in Support of Motion of Defendant, National Machinery Company, for Summary Judgment to Local Rule 12.1;

(c) Declaration of Gerald S. Frim in Support of Motion of Defendant, National Machinery Company, for Summary Judgment ;

(d) Exhibits 1 to 12 to the Statement of Undisputed Facts in Support of Motion for Summary Judgment Brought by Defendant, National Machinery Company.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), National Machinery Company requests this Court entertain oral argument.

**WHEREFORE**, the defendant's Motion for Summary Judgment should be allowed and judgment should be entered for the defendant National Machinery Company on the Amended Complaint herein.

Respectfully submitted,

Dated: May 4, 2007                    Defendant National Machinery Company
                                      By its Attorneys,

                                      /s/ Gerald S. Frim
                                      Mark E. Cohen         [BBO #089800]
                                      Robert J. Maselek     [BBO #564690]
                                      Gerald S. Frim        [BBO # 656204]
                                      THE MCCORMACK FIRM, LLC
                                      One International Place
                                      Boston, MA  02110
                                      Ph: 617-951-2929

### CERTIFICATE OF SERVICE

I, Gerald S. Frim, hereby certify that the foregoing document and all exhibits thereto, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.

**Dated:** May 4, 2007                                        */s/ Gerald S. Frim*
97480.1