**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>         Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,<br>and NATIONAL MACHINERY, LLC,**<br>         Defendants. | **CIVIL ACTION NO. 05-11419-MLW** |

**DECLARATION OF GERALD S. FRIM
IN SUPPORT OF MOTION OF DEFENDANT, NATIONAL MACHINERY COMPANY,
FOR SUMMARY JUDGMENT**

I, Gerald S. Frim, declare and say:

1. I am an attorney at law duly licensed to practice before this and all courts of the Commonwealth of Massachusetts. I am an associate in The McCormack Firm, counsel of record for defendant National Machinery Company ("NMC") in the above-captioned matter. I have had primary responsibility in the firm for managing the file in this matter and I am familiar with the documents that have been filed and that have been produced in discovery. This Declaration is submitted in support of NMC's Motion for Summary Judgment in this matter.

2. The following documents attached to NMC's Statement of Undisputed Material Facts in support of its Motion for Summary Judgment are true and correct copies of documents that were produced in discovery herein pursuant to duly served subpoenas on the parties indicated:

| *Exhibit No.* | *Description* |
|---|---|
| 1. | Purchase documentation for 700 ton MaxiPres produced by Tecomet, Inc. |
| 2. | Operator's Instructions and Maintenance Manual for 700 Ton MaxiPres, pp. 1-6, produced by Tecomet, Inc. |
| 3. | Correspondence dated Sept. 1, 2000 from NMC to Thermo Electron, produced by NMC. |

3.  The following documents attached to NMC's Statement of Undisputed Material Facts in support of its Motion for Summary Judgment are true and correct copies of excerpts from depositions taken in the above-captioned matter:

| *Exhibit No.* | *Description* |
|---|---|
| 4. | Select pages from the deposition transcript of Salvatore Vacirca, taken on October 24, 2006 |
| 5. | Exhibits B1 thru B7 to the deposition transcript of Salvatore Vacirca |
| 6. | Select pages from the deposition transcript of Gary Stroup, taken on December 6, 2006 |
| 7. | Exhibit 5 to the deposition transcript of Gary Stroup |
| 8. | Exhibit 10 to the deposition transcript of Gary Stroup |
| 9. | Select pages from the deposition transcript of Werner Fehmel, taken on December 11, 2006 |
| 10. | Exhibit H to the deposition transcript of Werner Fehmel |
| 11. | Exhibit Q to the deposition transcript of Werner Fehmel |
| 12. | Select pages from the deposition transcript of Manuel Rodriguez, taken on December |

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct and that this declaration was executed in Boston, Massachusetts on May 4, 2007.



    /s/    Gerald S. Frim
Gerald S. Frim

### CERTIFICATE OF SERVICE

I, Gerald S. Frim, hereby certify that the foregoing document and all exhibits thereto, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.

**Dated:** May 4, 2007                                                       */s/ Gerald S. Frim*

97528.1