**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

**SALVATORE VACIRCA,**
               Plaintiff

v.

**NATIONAL MACHINERY COMPANY,
and NATIONAL MACHINERY, LLC,**
               Defendants.

CIVIL ACTION No. 05-11419-MLW

---

### STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION OF DEFENDANT, NATIONAL MACHINERY COMPANY FOR SUMMARY JUDGMENT

---

Defendant National Machinery Company ("NMC") submits the following Statement of Undisputed Material Facts in support of its Motion for Summary Judgment:

1. Plaintiff Salvatore Vacirca ("Vacirca") was hired by Thermo Electron Corporation in 1986 and worked there continuously until 2001, as a general laborer.
   **Supporting Evidence**: Transcript of deposition of plaintiff Salvatore Vacirca, taken on October 3, 2006 ("Vacirca depo."), p. 32, lines 7-9; p. 33, lines 17-20, p. 37, lines 1-12.

2. Thermo Electron (now called Tecomet, Inc.), located in Wilmington, Massachusetts, is in the business of manufacturing metal parts for artificial joints and limbs.
   **Supporting Evidence**: Vacirca depo., p. 35. line 22 to p. 36, line 9.

3. Over the course of his employment at Tecomet, Vacirca operated several different types of metal forming machines, including a Swager Machine, a belt grinder and a 700 ton hot forge MaxiPres metal stamping press.
   **Supporting Evidence:** Vacirca depo., p. 37, line 13 to p. 38, line 9; p. 64 line 21 to p. 65, line 22.

4. For five or six years, from at least 1996 until August, 2001, Vacirca spent between 75 percent and 90 percent of his time at work operating the MaxiPres.
   **Supporting Evidence:** Vacirca depo., p. 62, line 14 to p. 63, line 11.

5. The MaxiPres had two metal "dies" inside the machine, one above and one below, that had a molded impression that came together to stamp out parts
   **Supporting Evidence:** Vacirca depo., p. 67, line 1 to p. 69, line 7.

6.    The MaxiPres was operated by using tongs to place a metal "slug" into the lower die inside the machine, removing the tongs, and then stepping on a pedal to actuate the MaxiPres.
       **Supporting Evidence:** Vacirca depo., p. 67, line 14 to p. 69, line 12; p. 120, lines 4-24.

7.    The MaxiPres had a large "ram", that was propelled downward, causing the dies to stamp the metal slug.
       **Supporting Evidence:** Vacirca depo., p. 93, lines 6-11.; p. 120, lines 4-24.

8.    The pedal was attached to the machine on the floor below the opening in the machine that gave access to the dies.
       **Supporting Evidence:** Vacirca depo., p. 70, lines 2-7.

9.    After the machine cycled and stamped the piece, the operator used tongs to remove the piece from the die and placed it into a cooling basket.
       **Supporting Evidence:** Vacirca depo., p. 121, lines 1-19.

10.   The pedal was covered by a metal "shroud", which had several inches of clearance above and beside the pedal, and which did not impede the MaxiPres operator's access to the pedal.
       **Supporting Evidence:** Vacirca depo., p. 78, lines 3-9; p. 102, lines 4 to p. 103, line 22, and Exhibit B3, B4 and B5 thereto; p. 208, line 18 to p. 209, line 8 and Exhibit B4 thereto.

11.   The pedal had a lever on its side which, when flipped, locked the pedal and prevented anyone from actuating the machine by stepping on the pedal.
       **Supporting Evidence:** Transcript of the deposition of Werner Fehmel taken on December 11, 2006 ("Fehmel depo."), p. 15, line 2 to p. 16, line 6.

12.   The MaxiPres had a "brake" setting that prevented the machine cycling, that was engaged by means of a lever on the face of the machine.
       **Supporting Evidence:** Fehmel depo., p. 16, lines 6-16; p. 48, lines 13-16; p. 71, lines 5-22.

13.   As of August 2, 2001, the MaxiPres had a button switch on the face of the machine that turned the electrical power on and off.
       **Supporting Evidence:** Vacirca depo., p. 78, lines 10-18; p. 106, lines 9-24, and Exhibit B6 thereto.

14.   After turning off the electrical power, the MaxiPres required up to one minute until the machine's motor and flywheel came to a stop.
       **Supporting Evidence:** Vacirca depo., p. 78, line 19 to p. 80, line 8.

15.   On August 2, 2001, Vacirca was operating the machine to stamp a run of parts, together with a co-worker, Manuel Rodriguez ("Rodriguez").
       **Supporting Evidence:** Vacirca depo., p. 128, line 6 to p. 130, line 14.

16.   After the last piece in the run of parts was stamped, it became stuck in the die and was knocked loose with a long screwdriver.

**Supporting Evidence:** [Vacirca depo., p. 131, line 11 to p. 133, line 1; Transcript of the deposition of Manuel Rodriguez taken on December 11, 2006 ("Rodriguez depo."), p._47, line 23 to p. 48, line 10.

17. Vacirca, without locking the pedal, setting the brake on the MaxiPres or turning off the power, then reached his right hand into the MaxiPres to remove the piece.
**Supporting Evidence:** Vacirca depo., p. 131, line 11 to p. 134, line 9.

18. While his hand was in the machine, Vacirca accidentally stepped on the pedal, triggering the operation of the MaxiPres.
**Supporting Evidence:** Vacirca depo., p. 134, lines 6-13.

19. Vacirca could did not remove his hand in time, and it was crushed between the dies inside the machine.
**Supporting Evidence:** Vacirca depo., p. 134, line 6 to p. 135, line 5.

20. Vacirca was aware that if he placed his hand inside the MaxiPres while the power was on, stepping on the trigger pedal could cause him injury.
**Supporting Evidence:** Vacirca depo., p. 76, line 16 to p. 77, line 14; p. 78, lines 19-22.

21. Vacirca was aware that the pedal was attached to the MaxiPres below the MaxiPres' point of operation.
**Supporting Evidence:** Vacirca depo., p. 70, lines 2-7; p. 94, line 18 to p. 95, line 3 and Exhibit B2 thereto.

22. Vacirca was also aware that no physical guard was present that would prevent his foot from stepping on the pedal or prevent him from reaching his hand into the MaxiPres while the power was on.
**Supporting Evidence:** Vacirca depo., p. 78, lines 3-9; p. 102, lines 4 to p. 103, line 22, and Exhibit B3, B4 and B5 thereto; p. 208, line 18 to p. 209, line 8 and Exhibit B4 thereto.; p. 94, line 18 to p. 95, line 3 and Exhibit B2 thereto.

23. Vacirca knew of the electrical power switch and brake lever on the machine.
**Supporting Evidence:** Vacirca depo., p. 78, lines 10-18; p. 106, lines 9-24, and Exhibit B6 thereto; Rodriguez depo., p. 79, lines 14-18.

24. Prior to the accident in which he was injured, Vacirca had regularly worked inside the MaxiPres, routinely shutting off the power to the machine while changing the dies in between runs of parts to be stamped.
**Supporting Evidence:** Vacirca depo., p. 114, line 19 to p. 117, line 4.

25. Other operators and the maintenance supervisor at Tecomet were aware of the lock lever on the MaxiPres pedal, the brake lever on the MaxiPres and the electrical power switch and used them each time they performed work in inside the MaxiPres.
**Supporting Evidence:** Fehmel Depo., p. 89, line 3 to p. 90, line 2; p. 96, line 18 to p. 97, line 7; p. 37, line 23 to p. 38, line 3; p. 17, line 6 to p. 18, line 21.

26.    Prior to accident in which Vacirca was injured by the MaxiPres, when performing work on the MaxiPres, before reaching inside the MaxiPres, the maintenance staff at Tecomet first "locked down" the machine by setting the brake, setting the trigger pedal's lock lever in a locked position, turning off the electrical power and placing a block under the ram inside the machine.
       **Supporting Evidence:** Fehmel depo., p. 15, line 2 to p. 16, line 15; p. 89, line 6 to p. 90, line 2; p. 96, line 18 to p. 97, line 7.

27.    The MaxiPres had been manufactured by NMC in 1946.
       **Supporting Evidence:** Transcript of the Deposition of Gary Stroup, taken on December 6, 2006 ("Stroup depo."), p. 100, line 17 to p. 101, line 18 and Exhibit 10 thereto.

28.    The MaxiPres was purchased by Tecomet from another owner in 1981.
       **Supporting Evidence:** Exhibit 1 to the Statement of Facts

29.    At the time of Vacirca's injury in August 2001, the MaxiPres was operating properly.
       **Supporting Evidence;** Vacirca depo., p. 82, line 23 to p. 83, line 16.

30.    At some point between 1996 and 1998, Tecomet's maintenance chief, Werner Fehmel, met with a representative of a company called Banner Safety to discuss possible safety upgrades to various machines at Tecomet, including the MaxiPres.
       **Supporting Evidence:** Fehmel depo., p. 56, line 12 to p. 60, line 5; p. 64, lines 4-11; p. 92, line 21 to p. 93, line 3.

31.    These possible safety upgrades to the MaxiPres included installation of a light curtain, cutoff mats or a railing.
       **Supporting Evidence:** Fehmel depo., p. 56, line 12 to p. 60, line 5.

32.    A light curtain is a sensor that prevents the machine from cycling if a light beam emitted by the device is interrupted.
       **Supporting Evidence:** Fehmel depo., p. 57, lines 10-16.

33.    Mr. Fehmel informed the plant manager of these potential safety upgrades.
       **Supporting Evidence:** Fehmel depo., p. 58, lines 1-5; p. 74, lines 9-21.

34.    Prior to August 2, 2001, despite Mr. Fehmel's concerns regarding the safety of these machines and despite his and the plant manager's knowledge of possible safety ugrades, Tecomet never ordered or installed any such safety upgrades on the MaxiPres.
       **Supporting Evidence:** Fehmel depo., p. 56, line 12 to p. 61, line 17.

35.    At least as early as 1994, NMC was aware that Tecomet owned the MaxiPres.
       **Supporting Evidence:** Stroup, depo., p. 103 lines 16 to p. 104, line 4 and Exhibit 10 thereto.

36.    Prior to 2001, NMC had provided Tecomet with an Operation Manual for the MaxiPres, which included a list of warnings regarding hazards connected with the MaxiPres. These warnings included the following:

**!WARNING**

**NEVER . . .**

**[. . .]**

**Leave foot trip unlocked when not using**

**Reach into machine when power is on –**
**USE TONGS**

**Work in machine before disconnecting**
**power, and blocking ram**

**Reach in machine when flywheel is moving**

**Supporting Evidence:** Fehmel Depo., p. 39, lines 6-17; Exhibit 2 to Statement of Facts.

37.    On and before August 2, 2001, the MaxiPres had a sign affixed to its front, immediately above the opening in the machine that provided access to the dies. The sign, in large red letters, read as follows:

**SHUT OFF POWER**
**AT MAIN PANEL**
**BEFORE SERVICING**
**MACHINE OR**
**CHANGING TOOLS**

**Supporting Evidence:** Fehmel depo., p. 44, line 14 to p. 45, line 10 and Exhibit H thereto; Vacirca depo., p. 205, line 14 to p. 206, line 21 and Exhibit B7 thereto.

38.    Periodically, NMC sent mailings to MaxiPres owners regarding safety warnings for machines manufactured by NMC.  Prior to 2001, NMC had sent at least one such a mailing to Tecomet.
**Supporting Evidence:** Exhibit 3 to Statement of Facts.

39.    A warning label sent from NMC to Tecomet was affixed to the MaxiPres prior to August 2, 2001 and was on the machine at the time of the accident.   The label showed, in graphic form, a hand being crushed by a die in the MaxiPres.
**Supporting Evidence:** Fehmel depo., p. 44, line 14 to p. 45, line 10 and Exhibit H thereto.

40.    In 1999, Tecomet contacted NMC to request a mechanical evaluation of the MaxiPres.
**Supporting Evidence:** Fehmel depo., p. 23, line 7 to p. 25, line 21.

41.    Tecomet specifically did not request that NMC perform a safety evaluation at the time it contacted NMC.
**Supporting Evidence:** Stroup depo., p. 99, line 10 to p. 100, line 8; Fehmel depo., p. 23, line 7 to p. 25, line 21.

42.    In addition, NMC did not understand Tecomet's request for a mechanical evaluation to include a request for a safety evaluation.
**Supporting Evidence:** Stroup depo., p.99, line 10 to p. 100, line 8.

43.     After NMC's technician, Michael Wise, inspected the MaxiPres, NMC provided Tecomet with a written evaluation and proposal to repair various mechanical problems with the MaxiPres.
        **Supporting Evidence:** Fehmel depo., p. 25, line 22 to p. 26, line 12 and Exhibit Q thereto; Stroup depo., p. 60, line 10 to p. 68, line 2 and Exhibit 5 thereto; Stroup depo., p. 94, lines 21-24.

44.     As part of the evaluation provided by NMC to Tecomet, NMC noted that the MaxiPres did not have a two-handed jog control.
        **Supporting Evidence:**  Stroup depo., p. 60, line 10 to p. 68, line 2 and Exhibit 5 thereto.

45.     NMC was not hired to do the work described in the quotation given by NMC to Tecomet for the MaxiPres.
        **Supporting Evidence:**  Stroup depo., p. 81, line 4 to p. 86, line 23.


                                    Respectfully submitted,

Dated: May 4, 2007                  **National Machinery Company**, Defendant
                                    By its Attorneys,


                                    /s/ Gerald S. Frim
                                    Mark E. Cohen          [BBO #089800]
                                    Robert J. Maselek      [BBO #564690]
                                    Gerald S. Frim         [BBO # 656204]
                                    **The McCormack Firm, LLC**
                                    One International Place
                                    Boston, MA   02110
                                    Ph: 617-951-2929

                          CERTIFICATE OF SERVICE

        I, Gerald S. Frim, hereby certify that the foregoing document and all exhibits thereto, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.


**Dated:** May 4, 2007                              */s/ Gerald S. Frim*

97339.1



# FORGE PRESS INQUIRIES

1. Original 700T Forge Press

    - Purchased April 1981
    - No known major rebuild/repairs
    - NMC rebuild quote Nov. 1999 not acted upon
    - Traded in towards purchase of new rebuilt 700T & 1300T presses in January 2005
    - Current status via letter from Metalist Inc.

2. Original 1300T Forge Press

    - Purchased February 1986
    - No known major repair/rebuild
    - NMC rebuild quote Nov. 1999 not acted upon

3. New Rebuilt 700T Forge Press

    - Purchased October 2004 (quote attached)

4. New Rebuilt 1300T Forge Press

    - Purchased October 2004 (quote attached)

After 2001 incident two button controls (Banner Safety Products purchased via Walker Industrial installed by All Service Electric were added to the following equipment:

Original 1300T press
Original 700T press
1600T press
Siemplekamp press
Upsetter

# MACHINERY EXCHANGE, INC.

72 ROANOKE AVENUE, NEWARK, NEW JERSEY 07105
201-344-6100 ☐ TELEX· 1-38466 ☐ CABLE· NATL MACHEX NEWK

*Henry Nixon*
*1-419-447-5-211*
*Toledo, OH*

April 22, 1981

MACHINERY WHOLESALERS CORP.
820 Pearl Street
Brockton, MA.   02401

ATTENTION:  Mr. James C. Nevins

Dear Jim:

We thank you for your Purchase Order which we have received from your Miami headquarters on the National 700 ton Maxi-Press.

Per your request we are herewith pleased to enclose the following drawings which we have obtained from National Machinery:

      1) Die Space
      2)  (2) Foundation Drawings
      3) Assembly
      4) Plain View

We trust that this will give you the desired information and trust that we will have the opportunity to serve you further in the near future.

Best regards,

NATIONAL MACHINERY EXCHANGE, INC.

Herbert Epstein/yr

cc:  Machinery Wholesalers - Miami

Enclosure

*TECO #24*





# OPERATOR'S INSTRUCTIONS AND MAINTENANCE MANUAL I-185 B

# MAXIPRES

## CAUTION!

If this manual is <u>not</u> stamped with the specific machine serial number that you are working on, then it should not be used with this machine. For information on machine settings and instructions, consult the manuals that were supplied for your machine with the correct machine serial number stamped on the front cover.

MACHINE SERIAL NUMBER
_18730_





National Machinery ®

②

# SAFETY INSTRUCTIONS

## FOR

## Warm Former Fire Protection System

The fire protection system on National Machinery's Warm Formers is designed to protect against oil fires in the die area and National supplied conveyors. On machines where a sound enclosure is supplied, the system floods the whole enclosure with carbon dioxide.

The carbon dioxide system is designed by a certified contractor using National Fire Protection Association's Standard 12. Any modifications should be approved by a certified contractor and comply with the NFPA 12 standards.

The system sounds an alarm when a sensor reaches 225 degrees Fahrenheit. Carbon dioxide will automatically be released into the machine 30 seconds after the alarm sounds.

The system cannot work automatically if the "Abort" switch on the fire protection panel is on, or if the "Parking Lock" switch is actuated (indicates the die door may be open).

The "Manual Release" switch releases the carbon dioxide regardless of the position of the "Abort" switch or "Parking Lock" switch.

Complete immobilization of the system can only be accomplished by shutting off the power (including the battery).

**Read and abide by all safety signs pertaining to this system.**

# SAFETY INSTRUCTIONS

## FOR

## National Machinery's Warm Forming Machines




**Stay away from electrical connections.**

**Guard electrical areas.**

**Interlock heater to shut off with machine.**

**Have CO2 fire extinguisher system available.**

**Use water mist system for flash fires at face of dies if part size requires.**

**Have a means of shutting off exhaust system.**

**Use high-flash-point die coolant.**







**Use an exhaust system for smoke and mist removal.**

**Coolant fluids may be hot.**

**Do not touch hot workpieces, tooling and related machine parts.**




**Remove blanks in machine before starting.**

**After starting, drop blanks until reaching proper forming temperature.**



National Machinery ®

Form GA 1808

# SAFETY

## FOR HOT FORGING MACHINES



Don't just TALK
IT!
PRACTICE
IT!



**MANUAL 171E**

# SAFETY INSTRUCTIONS

### For
## National Machinery's Hot Forging Machines





## NEVER . . .

**Work on machine before reading manual**

**Operate or service unless qualified and authorized**

**Operate unless familiar with employer's safety procedures**

⚠WARNING

## NEVER. . .

Jog at high speeds

Form cold stock in tooling designed for hot forging

Cold form parts without proper safeguards

Service air or hydraulic systems without relieving pressure

Exceed machine specifications



**Any operation or maintenance point(s) not completely understood should be clarified by contacting:**

NATIONAL  SUPPORT SERVICES
**National Machinery Co.**
161 Greenfield St.
Tiffin, Ohio U.S.A., 44883-2471
Tel:  (419) 443-4800
Fax: (419) 443-2384
 E-mail: customersupport@nationalmachinery.com

**NME National Machinery Europe GmbH**
Klingenhofstrasse 57
D 90411 Nürnberg, Deutschland
Tel:  (0911) 5198-250
Fax: (0911) 5198-260
E-mail: service@nationalmachinery.de

## WORLD  HEADQUARTERS

 

National Machinery Company
161 Greenfield St.
Tiffin, Ohio 44883-2471, U.S.A.
Phone 419-447-5211, (Fax 419-443-2379)

http://www.nationalmachinery.com

**INFORMATION AND TECHNICAL RESOURCES**
National prides itself in offering forming solutions worldwide. For more information or technical assistance, please call the National Machinery Co. office nearest you.

FORMAX® and Boltmaker® are registered trademarks of National Machinery Company

As we are constantly striving to improve our products, discrepancies may exist between the actual product and the descriptions or photographs here, resulting from design modifications, specification changes and special or optional features which are extra as quoted.

©2000    National Machinery Co.          Printed in U.S.A.      All Rights Reserved





**National Machine** ®

**125 YEARS**

**Tiffin**

September 1, 2000
CERTIFIED MAIL

**Attention:**    **Management**

**Reference:**    **Safety**

**Dear Sir or Madam:**

<u>SAFETY</u> is important to <u>us</u> and we assume to <u>YOU</u> also. That is why we are sending this letter.

**If machinery <u>is not maintained and operated properly HAZARDS</u> may present themselves. National Machinery Co. machines are no exception. In order to protect your employees from <u>SERIOUS INJURY</u> and/or <u>DEATH</u> we request that you do the following on a regular basis:**

. Keep your employees educated on all SAFETY PROCEDURES and HAZARDS including:
  - Your in-house SAFETY POLICIES <u>(example LOCKOUT-TAGOUT)</u>.
  - <u>OSHA</u> SAFETY requirements.
  - <u>ANSI-B11.7</u> for Cold machines and <u>B24.1</u> for Hot machines.
  - Machine <u>OPERATOR SAFETY manuals</u> (see enclosed).
. Inspect machinery for SAFETY especially in the following areas:
  - Proper <u>Guards</u> AT All "<u>POINTS of OPERATION</u>" and <u>INTERLOCKS</u>.
  - Guarding of <u>Unused</u> "POINTS of OPERATION".
  - Proper <u>Brake</u> function.
  - <u>Two Hand Jog Control.</u>
  - <u>Safety Blocks.</u>
  - Proper and SAFE <u>ELECTRICAL components.</u>
  - Use of <u>HAND TOOLS</u> if required.
  - Safety <u>Warning Signs</u> (see enclosed).

**Enclosed are <u>SAFETY WARNING SIGNS</u> and <u>Pocket Sized SAFETY MANUALS</u> for the National Machines you have, based on our records (see enclosed listing). <u>Please install the SAFETY WARNING SIGNS on your machines</u> in a clearly visible location, if they do not already have them. <u>Please give the Pocket Sized SAFETY MANUALS to your employees.</u>**

**Please advise me, Dave Kleinhenz, of any National machines you have that are not on the enclosed list. We will send you FREE of CHARGE <u>SAFETY WARNING SIGNS</u> and <u>Pocket Sized SAFETY MANUALS</u> for them. FAX number = 419-443-2380 or Phone = 419-443-2211.**

Sincerely,

**Dave Kleinhenz**
**Manager - Product Safety**

Enclosures:    safety warning signs
               safety manual
               listing of your machines

**NMLLC 01631**

National Machinery Co./P.O. Box 747/Tiffin, Ohio USA 44883-0747/Telephone (419) 447-5211/Telefax (419) 447-5299

Please locate the <u>SAFETY SIGNS</u> sent to you on the <u>TYPE MACHINE/s indicated on the ENVELOPE/s</u> and per instructions below.
Each <u>SAFETY SIGN</u> has a <u>number.</u>
Locate the <u>SAFETY SIGN number</u> below and <u>LOCATE as instructed</u>.

Sign No. 3121A8638-01
To be used on all electrical panels.
Locate on doors close to latch.

Sign No. 3121A8639-01
Locate on guards covering pinch points.

Sign No. 3121A8660-01
Locate near operator's station.

Sign No. 3121A8662-01
Locate near operator's station.

Sign No. 3121A8664-01
Locate near operator's station.

Sign No. 3121A8666-01
To be used on Thread rollers and Reducerolls.
Locate near operator's station.

Sign No. 3121A8668-01
Locate on guards covering pinch points.

Sign No. 3121A8669-01
To be used on machines with wire straighteners.
Locate on guard covering straightener or near by.

Sign No. 3121A8670-1
Locate on guard covering inlet of conveyor and/or auger.

Sign No. 3121A8671-01
Locate near operator's station.

Sign No. 3121A8672-01
Locate on operator's console.

The <u>Pocket sized SAFETY CARD/s</u> are numbered:

Card No. <u>GA1650</u> is for COLD FORMING machines.
Card No. <u>GA1651</u> is for HOT FORGING machines.
Card No. <u>GA1788</u> is for FORMAX machines.

The Pocket sized SAFETY CARD are for:
Operators,
Setup people and
Maintenance people responsible for National machines.

Additional signs for National Machines can be obtained at no charge by contacting us by one of the following methods:
Letter---National Machinery Co. - Tiffin, Ohio 44883 --Attention Sales Department
Fax ------419-443-2379 ----------------------------------------Attention Sales Department
Phone --419-443-2205 ----------------------------------------Attention Sales Department

NMLLC 01632

THERMO ELECTRONIC
METALS DIVISION
115 EAMES STREET
WILMINGTON, MA       01887
U S A

## This is a list of National Machines that you own, based on our records as of August 10, 2000

| Size & Type Mchine | Machine Number |
|---|---|
| 2 FM | 13962 |
| 700 MP | 18225 |
| 1300 MP | 18730 |
| Total machines = | 3 |

If the above is NOT correct please let us know by:

Letter---National Machinery Co. - Tiffin, Ohio 44883 --Attention

Sales Department

Fax -----419-443-2379 ----------------------------------------Attention

Sales Department

Phone --419-443-2205 ----------------------------------------Attention

Sales Department

Thank You,

----------------------------------------------------------------------------------------------------

NMLLC 01633

SAFETY SIGNS FOR
MAXIPRESES - SCREWPRESES

Thank you for requesting safety signs for your National machine/s.  We are happy to enclose the following quantities of safety signs for the specified machine/s:

_1__  Sign No.  3121A8664-01
      Locate near operator's station.

_3__  Sign No.  3121A8638-01
      To be used on all electrical panels.
      Locate on doors close to latch.

_3__  GA1651
      Pocket sized SAFETY CARD for:
          Operators
          Setup people
          Maintenance people
      responsible for National machines.

Please mount the signs accordingly to the instructions on the back side of the sign or by the above explanation.

Additional signs for National Machines can be obtained at no charge through our parts service department. Please order by providing the size, type and serial numbers of the machines you need signs for.

We appreciate the opportunity of providing these safety signs, and trust you will install them as soon as possible for your employees' safety.

Sincerely,

DeWitt Lewis
Manager - Product Safety

safety signs mp-sp

NMLLC 01620



NMLLC 01621



NMLLC 01624



# SAFETY INSTRUCTIONS

For
National Machinery's Hot Forging Machines

Professor Safe says:

## ⚠ WARNING

### NEVER

- Work on machine before reading manual
- Operate or service unless qualified and authorized
- Operate unless familiar with employer's safety procedures

## ⚠ WARNING

### NEVER

- Jog at high speeds
- Form cold stock in tooling designed for hot forging
- Cold form parts without proper safeguards
- Service air or hydraulic systems without relieving pressure
- Exceed machine specifications

**National Machinery** ®

ANY OPERATION OR MAINTENANCE POINTS NOT COMPLETELY UNDERSTOOD SHOULD BE CLARIFIED BY CONTACTING:

NATIONAL MACHINERY
TIFFIN, OHIO 44883
Phone 419-447-5211

GA 1651

NMLLC 01625

# SAFETY INSTRUCTIONS

For
National Machinery's Hot Forging Machines



 **WARNING**

## NEVER

Operate unless brake is properly adjusted and maintained

Operate unless clutch is properly adjusted and maintained

Leave foot trip unlocked when not using

Reach into machine when power is on - USE TONGS

Work in machine before disconnecting power, and blocking ram

Reach in machine when flywheel is moving

**WARNING**

## NEVER

Use flywheel bar unless it is spring loaded

Run machine with cracked flywheel or sheave





**WARNING**

## ALWAYS

Use correct replacement parts

Replace safety signs that are no longer readable

Report unsafe conditions to your supervisor

NMLLC 01626



1

Volume:  I

Pages:   1-254

Exhibits: A-I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11419-MLW

- - - - - - - - - - - - - - - - - - - - - x

Salvatore Vacirca,

      Plaintiff,

  v.

National Machinery Company and

National Machinery, LLC,,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF SALVATORE VACIRCA

Tuesday, October 24, 2006

10:00 a.m.

THE MCCORMACK FIRM, LLC

One International Place

Boston, Massachusetts 02110

Reporter: Lori-Ann London, RPR

0010

1   A   I'm sorry.

2   Q   -- or our nice court reporter here will

3   have a lot of problems.  She only has one machine

4   and two hands, so....

5         So you mentioned before that your

6   house in Tewksbury you own jointly with your wife.

7   The property in Lowell, who owns that?

8   A   Me and my wife.

9   Q   And how long have you been married?

10  A   24 years.  It's gonna be 24 years.

11  Q   And where were you married?

12  A   Where was I married?  In Revere.

13  Q   In Massachusetts?

14  A   Yes.

15  Q   Do you have any children?

16  A   Yes.

17  Q   How many children do you have?

18  A   Two.

19  Q   How old are they?

20  A   23 and 20.

21  Q   And are they boys or girls?

22  A   A boy and a girl.

23  Q   Which one is the 23-year-old?

24  A   The girl.

4

0032

1    Q    You said you started working there in

2    1981; is that correct?

3    A    '81.

4    Q    So is it fair to say you left in 1986?

5    A    '86, yeah.  Yeah, '86, and then I went

6    to work at Thermo Electron.

7    Q    When did you start working at Thermo

8    Electron?

9    A    1986.

10    Q    Did you have any time when you were

11    -- strike that.

12         Did you have any time between when

13    you left Barwood and when you started working at

14    Thermo Electron that you were unemployed?

15    A    Any time in between?  Maybe a month or

16    two.

17    Q    Did you collect unemployment during that

18    time?

19    A    Yes.

20    Q    How did you find the job at Thermo

21    Electron?

22    A    Friends.

23    Q    Do you remember the name of the friends?

24    A    What was his name?  I don't remember it.

0033

1    Q    Do you remember how you met this person?

2    A    Just friends, people, from people.

3    Q    Did you have to apply for the job at

4    Thermo Electron?

5    A    Yes, I did.

6    Q    Were you interviewed?

7    A    Yes.

8    Q    Do you remember who interviewed you?

9    A    The manager.

10    Q    Do you remember the name of the manager?

11    A    Joe Dimaggio.

12         (Off record.)

13         MR. FRIM:  Back on the record.

14    Q    When you were hired at Thermo Electron,

15    did you have a job title?

16    A    No.

17    Q    When you were hired at Thermo Electron,

18    what were your job responsibilities?

19    A    Just general work, wherever they put me

20    to work.

21    Q    What kind of work did the general work

22    include?

23    A    Helping out other people, helping out

24    the other employees.  It all depends, whatever

0035

1    A    No, just brought the metal down smaller.

2    Q    Did it roll the bar?

3    A    No, the machine rolled, the machine went

4    around, around the bar, as you were pushing,

5    pushing the bar in.

6    Q    From the time you started working at

7    Thermo Electron, how long did you work as a

8    general worker?

9    A    I thought I always was a general worker.

10    Q    During the time you worked at Thermo

11    Electron, did your job duties change at all?

12    A    What do you mean?

13    Q    You said you started off as a general

14    worker helping other employees out with things

15    they needed done; is that correct?

16    A    Right.

17    Q    Did there come a time where you had

18    other responsibilities besides just helping out

19    other employees with things they needed done?

20    A    Well, they put me in different places,

21    different jobs, grinding, grinding parts.

22    Q    Before I go any further with that, what

23    kind of business is Thermo Electron in?

24    A    Medical.

0036

1    Q   When you say medical, what do you mean?

2    A   They make artificial parts; hips, knees,

3   tibia and fibia [sic] rods.

4    Q   What materials are those parts made out

5   of?

6    A   Some of them were stainless steel, some

7   were titanium, some were cobalt steel.

8    Q   Were they all made out of metal?

9    A   Yes.

10   Q   When you were hired at Thermo Electron,

11  did you receive any training of any sort?

12   A   No.

13   Q   When you were working at Thermo

14  Electron, were you taught how to use any

15  particular kinds of machines there?

16   A   No, it was just everything, all

17  hands-on.

18   Q   When you say "hands-on," what do you

19  mean?

20   A   You learned on your own.

21   Q   Did anybody show you how to use machines

22  there?

23   A   You usually work with other -- with

24  another employee.

0037

1    Q    How long did you work at Thermo

2    Electron?

3    A    15 years.

4    Q    And when did you stop working at Thermo

5    Electron?

6    A    The day I got hurt.

7    Q    Do you remember that date?

8    A    I believe it was October -- August --

9    no, wait a minute.  August -- August 2nd,

10   August 2nd.

11   Q    What year was that?

12   A    '01.

13   Q    During the time you worked at Thermo

14   Electron, you said you worked on different

15   machines; is that correct?

16   A    Yes.

17   Q    What different kinds of machines did you

18   work on at Thermo Electron?

19   A    The grinding machine, belt grinding.

20   Q    Any other kind of machines?

21   A    Press machine.

22   Q    Anything else?

23   A    Swages.

24   Q    Did you work on any other kind of

0038

1    machines at Thermo Electron?

2    A    No.

3    Q    So just grinding -- a belt grinding

4    machine, a press machine, and swages?

5    A    Swages.

6    Q    What's the first kind of machine you

7    started working on at Thermo Electron?

8    A    Swager.

9    Q    When you started working on a swager,

10    how much of your time did you spend at work

11    working on the swager machine?

12    A    I didn't understand.

13    Q    When you started working on swager

14    machines, what part of your time at work did you

15    spend on that?  Was it -- for instance, was it

16    half of your time, three-quarters of your time?

17    A    It was a full day.

18    Q    So you worked full-time just doing --

19    doing work on the swager machine?

20    A    Swagers, yeah.

21    Q    And when did you start working on swager

22    machines?

23    A    The day I got hired.

24    Q    And how long did you -- how long after

0062

1    A    I went to the press.

2    Q    And when you say a press, what exactly

3    do you mean?

4    A    It was a stamping press.

5    Q    Do you remember approximately when you

6    started working on a stamping press?

7    A    Right after I left the grinders. He

8    just needed a guy at the press. I don't remember

9    exactly the time and date.

10    Q    You said you worked on belt grinders for

11    about three or four years after you worked on the

12    swaging machines; is that right?

13    A    Yeah.

14    Q    So would it be fair to say that you

15    worked on stamping presses starting about eight or

16    nine years after you started at Thermo Electron?

17    A    Yes.

18    Q    And how long did you work on stamping

19    presses?

20    A    Five to six years.

21    Q    While you were working on stamping

22    presses, did you work on any other kind of

23    machinery at Thermo Electron?

24    A    If it went slow on the stamping press,

0063

1  I'd be working on the grinders or the swages.  It

2  depends, whatever they needed me to do.

3      Q    About how much of your time during those

4  five or six years of working on stamping presses

5  did you work on other kind of machines?

6      A    Not much.

7      Q    Would you say it was more than a tenth

8  of your time?

9      A    Yes, you could say that.

10     Q    Was it more than a quarter of your time?

11     A    No.

12     Q    Did you receive any training on how to

13  use a stamping press?

14     A    Just to turn it on and off, put the dies

15  in the machine, and the rest was all up to me.

16     Q    Did anyone show you how to use a

17  stamping press?

18     A    The guy that was working on it before.

19     Q    Do you remember the name of the guy who

20  showed you how to use a stamping press?

21     A    Frank Guciardi.

22     Q    What did Mr. Guciardi show you how to

23  do?

24     A    Excuse me?

0064

1    Q    What did Mr. Guciardi show you how to do

2    on a stamping press?

3    A    Turn off and on the machine, put the

4    dies in the machine, lock them in --

5    Q    How --

6    A    -- that's about it.

7    Q    How do you turn the machine on and off?

8    A    The off and on button.

9    Q    Where is the off and on button located

10   for a stamping press?

11   A    On the machine.

12   Q    How do you put a die into a stamping

13   machine?

14   A    Just slide them in.

15   Q    How do you lock a die into a stamping

16   machine?

17   A    With a steel wedge.

18   Q    Is the steel wedge part of the stamping

19   machine?

20   A    No.

21   Q    Do you know how many stamping presses

22   Thermo Electron owned when you worked there?

23   A    Three.

24   Q    Were there any differences between those

0065

1  three presses?

2      A    Yes.

3      Q    What were the differences between them?

4      A    One of them was called a screw press.

5      Q    Can you describe the other two?

6      A    The other ones -- the other -- the one I

7  worked on, and then the other one was just about

8  the same, Maxi Press.

9      Q    Were they both Maxi Presses?

10     A    I'm not sure if the bigger one was a

11  Maxi Press.

12     Q    Have you ever heard the term "forge

13  press"?

14     A    Yes.

15     Q    Were they forge presses?

16     A    Yes.

17     Q    So there was a screw press and two forge

18  presses?

19     A    Yes.

20     Q    Do you know how many tons each forge

21  press was?

22     A    Mine was 700.  I believe the bigger one

23  was -- the other one was 1600 tons, these are

24  tons.  And the screw press, I don't know what it

0067

1    A    It forges, forges parts.

2    Q    And what does it mean to forge parts?

3    A    Stamps.  I guess stamping.

4    Q    What are the parts made out of?

5    A    Metal.

6    Q    And what kinds of metal?

7    A    Titanium, stainless steel, cobalt steel.

8    Q    Can you describe the -- let's use an

9    example.

10        MR. FRIM:  If I can prevail upon

11    Mr. Sullivan, I know we have a little sample of

12    something from a forge press.  I'm not gonna mark

13    this as an exhibit.

14    Q    But if you have a piece of metal and you

15    want to turn it into an implement, like a piece of

16    a knee, for instance, how would that process work

17    on a forge press?

18    A    You get the slug, the slugs, put them in

19    the oven.

20    Q    What's a slug?

21    A    A piece of metal.

22    Q    And how big is that piece of metal?

23    A    It all depends what I was stamping out.

24    It could have been -- it could have been -- the

0068

1  knee part, did you say?

2    Q    Let's use that as an example, yeah.

3    A    The knee part, that there, was, what,

4  2-inches long.

5    Q    And then -- so you take the slug and put

6  it into the --

7    A    You put it into the oven, you let it

8  warm up, let it reach the temperature.

9    Q    How far is the oven from the forge

10  press?

11    A    6 feet away.

12    Q    And how would you put the metal into the

13  oven?

14    A    Tongs.

15    Q    And how would you take it out of the

16  oven?

17    A    Tongs.

18    Q    And then what would you do with the

19  metal?

20    A    Put it into the press.

21    Q    And where would it go in the press?

22    A    In the die.

23    Q    And can you describe what a die is,

24  please?

0069

1    A    A die is two blocks of metal shaped as a

2    part, shaped to the part I was making.

3    Q    Is a die like a mold?

4    A    Yes.

5    Q    And the die is shaped like the part that

6    you want to make?

7    A    Yes.

8    Q    Okay.  Once you put the metal into the

9    die, then what's the next thing that you do to

10    forge a piece?

11    A    You stamp -- you step on the pedal.

12    Q    Where is the pedal located?

13    A    It was on the machine.

14    Q    Before we go any further, can you

15    describe the forge press to me, please?

16    A    Can I describe the forge press?  Yes.

17    It was a tall machine, with an opening, that went

18    up and down when you hit the pedal.

19    Q    Okay.  How far away from the machine is

20    the pedal?

21    A    How far away the machine was the pedal?

22    Q    Specifically talking about the forge

23    press that you worked on -- I guess you called it

24    a Maxi Press; is that correct?

0070

1    A    Yeah.

2    Q    -- how far away from the machine is the

3    pedal?

4    A    It was mounted right onto the machine.

5    Q    How high up was it mounted?

6    A    It wasn't.  It was right there near the

7    ground, right near the floor.

8    Q    All right.  Was there any housing built

9    around the pedal?

10    A    No.

11    Q    What kind of parts did you forge on the

12    Maxi Press when you worked on it at Thermo

13    Electron?

14    A    Parts of the knee, hips, ankles.

15    Q    These were all artificial joints?

16    A    (No response.)

17    Q    These were all artificial joints?

18    A    Yes.

19    Q    Was the process the same for making all

20    these different kinds of parts?

21    A    Yes, it's all the same.

22    Q    And I assume different dies were used

23    for different parts, correct?

24    A    Yes.

0076

1   for a second.

2          (Off record.)

3          MR. FRIM:  Go back on the record and

4   read back the last question.

5          (Question read.)

6   A   Was there anything that I did?

7   Q   Let me rephrase the question.

8          Was there anything you did -- you

9   testified before that a forge press is dangerous

10  because you can hit the pedal.

11  A   Right.

12  Q   Okay.  And you can get hurt if that

13  happens; is that correct?

14  A   Right.

15  Q   Let me ask another question first.

16         How can you get hurt by hitting the

17  pedal on a forge press?

18  A   The machine coming down.

19  Q   And how can the machine come down on

20  you?

21  A   From stepping on the pedal.

22  Q   Where do you have to be for the machine

23  to come down on you?

24  A   Right on the machine.

0077

1    Q    And is the machine open?

2    A    Yes.

3    Q    Does the machine come out at you when

4    you press the pedal?

5    A    No.

6        MR. FRIM:  Do you have to put a part

7    of your body inside of the machine for it to come

8    down on you?

9    A    Yes.

10    Q    So in order to be injured by a machine,

11    you have to first put -- put a part of your body

12    inside the machine and then hit the pedal; is that

13    correct?

14    A    Yes.

15        MR. SULLIVAN:  Objection to the

16    form.

17    Q    Did you ever put your hand inside a

18    forge press with the -- with the power on?

19    A    Did I ever put my hand into the press

20    when the power was on?

21    Q    While the power was on, yes.

22    A    Yes.

23    Q    Did anybody ever tell you not to put

24    your hand inside a forge press when the power was

0078

1  on?

2     A    No.

3     Q    On the forge press on which you worked,

4  the 700-ton forge press, was there any safety

5  guard anywhere near the pedal?

6     A    No.

7     Q    Was the pedal totally open to the

8  outside?

9     A    Yes.

10    Q    How would you turn the power off on the

11  700-ton forge press?

12    A    How would I shut the power off on the

13  press?

14    Q    Yes.

15    A    Just shut off the off button.

16    Q    And you testified that the off button

17  was on the machine?

18    A    On the machine.

19    Q    In order to operate the machine, you

20  testified you have to turn the power on; is that

21  correct?

22    A    Yes.

23    Q    How long after you turn the power on was

24  it possible to step on the pedal and make the

0079

1  machine work?

2  A   Two seconds.

3  Q   So was there -- other than the delay of

4  going from the power switch to the pedal, was

5  there anything else that would delay you from

6  making the machine work between the time you

7  turned the power on and the time you got to the

8  pedal?

9  A   No, the machine would run automatically.

10  The minute you turned it on the machine was

11  running.

12  Q   When you turned the power switch off,

13  how long did it take for the power to go off on

14  the machine?

15  A   That took -- that took a little time.

16  About a minute.

17  Q   When you turn the power switch off on

18  the machine, and we're talking about the 700-ton

19  forge press, between the time you turn off the

20  power switch and the time the power is completely

21  off, if you step on the pedal, what happens?

22  A   In between....

23  Q   Let's say you turn off the power switch.

24  A   Okay.

0080

1    Q    Let me rephrase the question.

2    A    Okay.

3    Q    If you turn off the power switch, you

4   testified it takes about a minute for the power to

5   be completely off?

6    A    Right.

7    Q    Is that correct?

8    A    Right.

9    Q    During that minute when the power isn't

10   completely off, what would happen if you put your

11   foot on the pedal?

12    A    The machine would come down.

13    Q    Would it come down with the same force

14   as if the power switch was on?

15    A    I -- no, not really, but it will come

16   down. It won't have that full stroke.

17    Q    So it would come down with less force

18   than --

19    A    Less force but --

20    Q    You've got to wait until I'm done

21   talking and then you'll have your turn.

22         So if the power switch is off,

23   before it has completely powered down, is that a

24   fair way to phrase it?

0082

1   rephrase that.  Do you know if the 700-ton forge

2   press that you worked on was ever inspected while

3   you worked at Thermo Electron?

4      A    I believe so.

5      Q    Did you ever see it being inspected?

6      A    No, but I believe what I understand from

7   what they tell me.

8      Q    From -- who told you?

9      A    My lawyers.

10     Q    Okay.  Did anybody at Thermo Electron

11  ever say anything to you that led you to believe

12  that the machines were inspected at any time?

13     A    No one ever told me.

14     Q    Did you ever see anybody walking around

15  and looking at the machine -- the forge press that

16  you worked on?

17          MR. SULLIVAN:  Objection.

18     Q    You can answer the question.

19          MR. SULLIVAN:  The question is:  Did

20  you ever see anybody walking around looking at the

21  machine.

22     A    No.

23     Q    Did the forge press that you worked on

24  at Thermo Electron ever break down?

0083

1   A   Forge press ever break down?

2   Q   Yeah.

3   A   No.

4   Q   During the whole --

5   A   Not the time I was working there, no.

6   Q   And that's for the five or six years

7   that you worked on the machine?

8   A   Yes.

9   Q   So it was in -- would you say that the

10   machine was in perfect working order the whole

11   time you worked on it?

12         MR. SULLIVAN:  Objection.

13   Q   You can answer.

14   A   Was in perfect working order?

15   Q   Yeah.

16   A   It worked, yeah.

17   Q   Was there any way to make that

18   machine -- and I'm talking about the 700-ton forge

19   press -- was there any way to make that machine

20   cycle without stepping on the pedal?

21   A   No.

22   Q   Did you ever see that 700-ton forge

23   press cycle without someone stepping on the pedal?

24   A   No.

0093

1    A    No.

2    Q    Was there any sort of a lock on the

3    pedal on the 700-ton forge press on which you

4    worked at Thermo Electron?

5    A    Not that I know of.

6    Q    Did anybody ever tell you not to work on

7    the -- in the machine before disconnecting the

8    power and blocking the ram?

9    A    No.

10    Q    Do you know what a ram is?

11    A    The part that comes down.

12    Q    Did you have anything to use as a block

13    for the ram on your 700-ton forge press?

14    A    No.

15    Q    Have you ever seen any other block for

16    any other ram on any other machine at Thermo

17    Electron?

18    A    No.

19        MR. FRIM:  Can we go off the record

20    for a second?

21        (Off record.)

22        MR. FRIM:  We're now going to mark

23    as Exhibit B a seven-page document of photographs,

24    and if you could mark them with internal page

0094

1   numbers, that would be great.

2          (Document marked as Exhibits B1-B7.)

3          MR. FRIM:  And let's mark this as

4   Exhibit C.

5          (Document marked as Exhibit C.)

6    Q    Mr. Vacirca, please look at the single

7   page that has Exhibit C written on it.

8          (Document exhibited to witness.)

9    Q    This is a picture of a document that has

10  the word "Warning" across the top.  It's a little

11  hard to read because of the photocopy.  Have you

12  ever seen this before?

13   A    No.

14   Q    Okay.  Now, if you look at the documents

15  that we marked as Exhibit B, so the seven pages of

16  photographs.

17          (Photographs exhibited to witness.)

18   Q    Actually, please look at the second

19  page, the one that's marked B2.  It helps if you

20  take the paper clip off.  That's fine.

21          Have you ever -- if you look at the

22  photograph on the left to start with, have you

23  ever seen that -- what's in the picture before?

24   A    I see the press, yes.

0095

1    Q    Yeah. Is this the 700-ton forge press

2  on which you worked at Thermo Electron?

3    A    Yes.

4    Q    And if you look at the picture on the

5  right, it has a pretty good size yellow tank up

6  near the top of it. Is that, again, a picture of

7  the forge press that you worked on at Thermo

8  Electron?

9    A    Excuse me, I didn't....

10    Q    If you look at the picture on the other

11  side of the page --

12    A    Okay.

13    Q    -- is that another view of the forge

14  press?

15    A    Yes, it's the back of the press.

16    Q    It's the same 700-ton forge press on

17  which you worked?

18    A    Yes.

19    Q    Now, if you will look at the first page,

20  it's marked B1, can you tell us -- these two

21  pictures look very similar to me, but can you tell

22  us what either of these pictures is?

23    A    That's the inside of the machine.

24    Q    And you're talking about the 700-ton

0102

1    Q    All right.  And how is the die attached

2  to the top?

3    A    With a wedge.

4    Q    Okay.  Can you please look at page B3?

5    A    3.

6    Q    And I believe the best way -- angle to

7  look at it is if you turn it this way with the

8  foot pointing up; you'll probably get a better

9  view there.  Can you identify what the top picture

10  is a picture of?

11    A    It looks like the pedal.

12    Q    Are you -- do you mean the pedal on the

13  700-ton forge press?

14    A    Yes.

15    Q    Okay.  Do you see there's two hands in

16  the picture and they're holding onto some -- a

17  yellow sheet of what looks like metal on the top?

18    A    Yes.

19    Q    What are those hands holding onto?

20    A    Some type of guard.

21    Q    Um-hm.  Was that guard in place when you

22  worked on the forge press?

23    A    Yes, but it still wasn't guarding the

24  pedal.

0103

1    Q    I just asked you if it was in place.

2          When you worked on the 700-ton forge

3    press when you were at Thermo Electron, did that

4    guard look like that?

5    A    Yes.

6    Q    All right.  Were there any changes to

7    that guard between the time you left Thermo

8    Electron and the time it -- well, strike that.  We

9    don't have any time frame for this.

10         Can you look at page B4, please?

11   A    Okay.

12   Q    Can you identify what this is a picture

13   of?

14   A    The pedal.

15   Q    And by that you mean the pedal on the

16   700-ton forge press?

17   A    Yes.

18   Q    Looking at this picture, what you've

19   identified as the yellow guard, does it look the

20   same in this picture as it did when you were

21   working on the forge press?

22   A    Yes.

23   Q    Can you please look at page B5?

24   A    (Witness complied.)

0106

1  tank, and just a little bit down; is that where

2  you're pointing?

3      A    Yes.

4      Q    Okay.  And there's a little notch in

5  that -- in a -- it looks like a little green shelf

6  and there's a little dark-colored notch in the

7  middle of it; is that what you're talking about?

8      A    Yes.

9      Q    Okay.  Can you please look at page B6?

10     A    (Witness complied.)

11     Q    Again, there's two pictures on this

12  page.  They appear to be a picture -- different

13  views of the same thing.  Can you identify what's

14  in these pictures?

15     A    That's -- that's the off and on buttons.

16     Q    And you mean the off and on buttons for

17  the 700-ton forge press on which you worked?

18     A    Yes.

19     Q    Which side of the machine are these on

20  and off buttons on?

21     A    The right-hand side.

22     Q    The right-hand side as you're facing it

23  from which end, from the front or the back?

24     A    Facing it in the front of the machine.

0114

1  on in the machine?

2      A    When I had to work inside the machine?

3      Q    Yeah.  Was the power on when you had to

4  work inside the machine?

5      A    No, the power was always on.

6      Q    Let me rephrase that.  I'm not sure we

7  got a clear answer.

8          When you were working inside the

9  machine, was the power on or off?

10     A    When I had to -- yeah, the power was

11  always on when I was working on the machine.

12     Q    Did you ever have occasion to turn the

13  power off on the machine?  When I say machine,

14  just for -- if we can agree that the machine, from

15  this point forward, is going to be the 700-ton

16  forge press that you worked on at Thermo Electron,

17  okay?

18     A    Okay.

19     Q    Did you ever have occasion to turn the

20  power off on the machine?

21     A    Yes, when I had to take the dies out.

22     Q    Okay.  Did you ever take dies out with

23  the power still on, on the machine?

24     A    Yes.

0115

1    Q    Okay.  Why would you --

2    A    If I just had to take the bottom die

3    out, yes; the top die, no.

4    Q    Why would you turn the power off for the

5    top die and not the bottom die?

6    A    Because I had to lower the die down,

7    loosen up the wedge, then bring it back up, and

8    then shut off the machine.  That's the only way I

9    can move the machine up and down to take the dies

10   out.

11   Q    I'm gonna need you to explain to me a

12   little bit how that worked, because I'm not

13   picturing it too well.  When you say you had to

14   take the top -- you would turn the power off on

15   the machine to take out the top die; is that

16   correct?

17   A    Only when -- after -- after I unloosened

18   the die --

19   Q    Yes.

20   A    -- I'd bring the machine back up --

21   Q    Yes.

22   A    -- bring the ram back up, then shut off

23   the machine to take the -- to take the dies out of

24   there --

0116

1    Q    Why --

2    A    -- because I didn't need to use the

3    machine anymore.

4    Q    Okay.  But why would you turn the power

5    off for that particular task.

6    A    Because I was done with the job.

7    Q    And how often would you shut down the

8    machine?

9    A    How often did I shut down the machine?

10   Once a day.

11   Q    And when -- what time of day would you

12   do that?

13   A    When I was done with the job.

14   Q    Would that be at the end of the day?

15   A    It all depends what time I was done with

16   the job.

17   Q    Would you ever start another job on the

18   machine after finishing a first job on the same

19   day?

20   A    Yes.

21   Q    Okay.  And would you turn the power off

22   on the machine between those two jobs?

23   A    Would I shut off the machine in

24   between -- the machine would be off between the

0117

1  jobs, yes.

2     Q   And you'd turn off the electricity?

3     A   I'd shut the power off on the machine

4  and press the off button.

5     Q   Okay.  So when you testified before that

6  the power on the machine was always on, what did

7  you mean by that?

8     A   The machine was always running when you

9  had to run the job.

10    Q   I understand.  I'm not talking about

11  just when you're running jobs, though.  During the

12  course of your day -- let's go through a typical

13  day working on this -- the machine.

14    A   Okay.

15    Q   What time did you get to work in the

16  morning?

17    A   7:00.

18    Q   And when would you start working on the

19  machine?

20    A   7:00.

21    Q   And what would be the first thing you

22  would do when you'd come in in the morning to work

23  on the machine?

24    A   If the job wasn't already set up, I will

0120

1    Q    All right.

2    A    Place it onto the die, step on the

3  pedal.

4    Q    Would you ever use your hands to put the

5  piece into the die?

6    A    No.

7    Q    So you always use tongs?

8    A    Tongs.

9    Q    Why did you use tongs?

10    A    The part was hot.

11    Q    Then what would happen after you put the

12  part into the die and you -- I'm gonna use the

13  word "cycled the machine." Is that something you

14  understand?

15    A    Yes.

16    Q    All right. So you would put the part

17  into the die and then what would you do next?

18    A    Step on the pedal.

19    Q    And what would happen?

20    A    Let the machine -- let the stroke -- the

21  ram come down, strike the part.

22    Q    All right. Then what would happen?

23    A    That would make the imprint of the part,

24  and then take it out and put it in the basket.

0121

1    Q    Let's back up a little.  It would make

2  the imprint of the part, and then step by step

3  what would the machine do next?

4    A    Well, after it makes the stroke, the

5  machine goes back up.

6    Q    Is that an automatic function or do you

7  have to make it happen?

8    A    It's automatic.

9    Q    And after the ram goes back up -- I

10  assume it was the ram that goes back up?

11    A    Yes.

12    Q    Then what would you do?

13    A    Take the part out of the die.

14    Q    How would you take the part out of the

15  die?

16    A    With the tongs.

17    Q    Would you always use tongs to get the

18  part out of the die?

19    A    Yes.

20    Q    And why is that?

21    A    Because the part was hot.

22    Q    Were the parts always hot after they

23  were pressed in the machine?

24    A    Yes.

0128

1  any medication that morning for any reason?

2     A    No.

3     Q    Had you had anything to drink that

4  morning?

5     A    Besides coffee, no.

6     Q    All right.  When you came to work that

7  morning, let's go through -- through the day and

8  what had happened.  What's the first thing you did

9  when you came to work that morning?

10    A    I set up the machine, like I normally

11  do.

12    Q    And by setting up the machine, did that

13  include inserting a die into the machine?

14    A    Yes.

15    Q    All right.  And was the power on, on the

16  machine when you put the die in that morning?

17    A    I slid the dies in and then I turned on

18  the machine to lower the ram to get -- to get the

19  top die in place.

20    Q    Is that the same procedure that you just

21  described a moment ago?

22    A    Yeah, same -- same procedure.  It was

23  early in the morning, nothing's turned on.

24    Q    Okay.  So that morning you got started

0129

1  with a job, the same as pretty much any other

2  morning; is that correct?

3      A    Yes.

4      Q    Okay.  Then what's the next thing that

5  happened?

6      A    I racked up my parts.  I put the three

7  pieces in the oven, let the parts warm up to the

8  temperature I needed --

9      Q    Um-hm.

10     A    -- put the piece in the -- took the

11  piece out of the oven and hit the -- and put it

12  into the die and stepped on the pedal.

13     Q    Okay.  Now, I -- what -- strike that.

14         What's the next thing that happened

15  that morning, other than routinely putting pieces

16  in and pressing them and taking them out of the

17  machine?

18     A    I got hurt.

19     Q    Okay.  Let's start there.  What happened

20  immediately before you got hurt?

21     A    What happened before that?

22     Q    Yeah.

23     A    It was just a regular normal routine.

24     Q    Had you put a piece in the die, in the

0130

1  machine?

2      A    Yeah, I took a piece out of the oven and

3  I put it in the machine and I stepped on the pedal

4  and made the part.

5      Q    Then what happened?

6      A    The part got stuck in the die.

7      Q    How did the part get stuck in the die?

8      A    I couldn't tell you.

9      Q    All right.  When the part got stuck in

10  the die, were you working on the machine by

11  yourself?

12      A    No, I was working with Manny.

13      Q    What's Manny's full name?

14      A    Manny Rodriquez.

15      Q    And what was Manny doing with you on the

16  machine that morning?

17      A    He was lubing the die.

18      Q    How often does the die need to be lubed?

19      A    Every part.

20      Q    And when is the lubricating done?

21      A    Right after I took -- right after I take

22  the part out of the die.

23      Q    And when you say -- we discussed this a

24  little earlier, but when you say lubricating the

0131

1 die, you mean spraying it with graphite from

2 the --

3    A    Right.

4    Q    -- the spray gun?

5    A    Yes.

6    Q    And what part of the die is lubricated?

7    A    The imprint in the die.

8    Q    Okay.  So the part that's molded for the

9 part is lubricated?

10    A    Right, the molding part.

11    Q    So the part was stuck in the die.  And

12 what's the next thing that happened?

13    A    We started trying to get it out of the

14 die.

15    Q    All right.  How did you start trying to

16 get it out of the die?

17    A    Screwdriver, hammer, whatever it took to

18 get it out.

19    Q    So you reached in with a screwdriver and

20 a hammer?

21    A    With a long screwdriver and a hammer to

22 try to knock it out of the die.

23    Q    Okay.  So you were holding a screwdriver

24 in one hand, is that correct, and a hammer in

0132

1   another hand?

2   A   Yes.

3   Q   And were you the one holding the

4   screwdriver and the hammer?

5   A   Yes.

6   Q   And you reached into the machine?

7   A   We finally got the die -- the piece out

8   of machine -- out of the -- excuse me --

9   Q   Let me back up.  You need to answer my

10  questions in order, otherwise we'll get very

11  confused here.

12        Did you reach into the machine with

13  the screwdriver to try and get the piece out --

14  A   Yes.

15  Q   -- of the die?

16  A   Yes.

17  Q   And where did you place the screwdriver

18  to try and get the piece out of the die?

19  A   Right on the piece itself.

20  Q   And what did you do to the screwdriver

21  to try and get the piece out of the die?

22  A   Hit it with the hammer.

23  Q   Did that work?

24  A   Yeah, it popped it -- it popped it out;

0133

1  it popped out of -- out of the die.

2      Q    And where were you standing when you

3  reached into the machine with the screwdriver and

4  the hammer?

5      A    Right in the front.

6      Q    In relation to the pedal, where were you

7  standing?

8      A    Right next to the pedal.

9      Q    Where was Manny while you were standing

10  next to the pedal and banging on the screwdriver

11  to get the piece out of the die?

12      A    Probably behind me.

13      Q    Do you know for a fact he was there?

14      A    Yes.

15      Q    Okay.  You said "probably behind me."

16  Maybe --

17      A    I didn't know exactly whereabouts behind

18  me, but he's behind me.

19      Q    Could you see him at that moment?

20      A    No, I was looking inside of the machine.

21      Q    What's the next thing that happened

22  after you popped the piece out of the die with the

23  screwdriver and the hammer?

24      A    I put the screwdriver down, the hammer

0134

1  down.

2  Q  And then what happened?

3  A  By that time, the part was cool enough

4  for me to get it by hand, because it was a very,

5  very small part.  It wasn't really that hot.

6  Q  Did you reach in with your hand to take

7  the part out?

8  A  I reached in with my hand and I

9  accidentally stepped on that pedal.

10  Q  When you reached in with your hand, you

11  at that point stepped on the pedal at the same

12  time?

13  A  At the same time.

14  Q  And then what happened?

15  A  I jumped back, didn't realize it.  I --

16  I -- I seen the -- I seen -- in the corner of my

17  eye, I seen the machine go back up.

18  Q  Um-hm.

19  A  It was a split -- all in a split second.

20  Q  How long did it take for the ram to come

21  down on the die?

22  A  Split second.

23  Q  It's a very quick operation?

24  A  Yeah, just bam-bam, that's it.

0205

1    Q    Do you have plans to buy more property?

2    A    Not right now, no.

3    Q    Okay.  Now, did you tell anyone at

4  Thermo Electro -- is that the name of -- Thermo

5  Electron, did you tell anyone there that you had

6  difficulty reading?

7    A    No.

8    Q    Do you know if anyone knew that you had

9  difficulty reading?

10   A    I don't know.

11    Q    If you saw signs on machinery, how would

12  you find out what the sign said?

13   A    It all depends.  I would ask people.

14   Q    Okay.  On -- if you can look at

15  Exhibit B -- B7, you see that's a picture of the

16  machine you were using at the time of the

17  accident, right?

18   A    Okay.

19   Q    You see that?  Up in the upper

20  right-hand corner, do you see that picture?

21   A    Which picture am I looking at?  This one

22  on the right-hand side?

23   Q    Yeah, the front of the machine?

24   A    Yes.

0206

1    Q    And right up at the top, do you see

2    there's a sign?  I'm not asking you to read it,

3    because it's so blurry you can't, but you see

4    there's a white -- it looks like a white sign with

5    red trim around it?

6    A    Yes.

7    Q    Was that sign on the machine when you

8    were working on it on the day of your accident?

9    A    Yes.

10    Q    Do you know what the sign said?

11    A    No.

12    Q    Did you ever ask anyone?

13    A    No, because it was all burnt up, the

14    letters were all missing.

15    Q    Okay.  But did you ever ask anyone why

16    it was there?

17    A    No.

18    Q    Did you pay attention to any of the

19    signs on the machine that you were working on on

20    the day of the accident?

21    A    No.

22    Q    Now, up in the -- see if you go off to

23    the left at an angle from that white sign, you see

24    another warning sticker on there?  You see a

0208

1  accident.

2  Q  Okay.  Did you go by yourself?

3  A  No, I went with my wife.

4  Q  Okay.  And did you -- did you look at

5  the machine that was involved in your accident?

6  A  No.

7  Q  Do you know whether you had any experts

8  go out and look at that machine?

9  A  Do I know if any experts went out on the

10  machine?

11  Q  Right.

12  A  As far as I know, no, but what I

13  understand.

14  Q  All right.  I just want to make clear,

15  did you ever go out to look at the machine with

16  any experts or any lawyers?

17  A  Oh, me?  No.  No.

18  Q  Okay.  On the day of your accident, foot

19  pedal itself had a -- let's see if we can -- if

20  you look at the picture B4, is that -- was there a

21  metal plate that is at the -- the top of that

22  picture that covers part of the pedal?

23  A  I don't see what you're looking at.

24  Q  Okay.  B4, right here?  (Indicating.)

0209

1    A    Okay.

2    Q    Was that a piece of metal plate that was

3    covering at least part of the --

4    A    Well, it was covering something, but it

5    ain't covering the pedal.

6    Q    Okay.  It didn't cover -- did it cover

7    any of the pedal?

8    A    No.

9    Q    What was the plate -- was the plate

10    welded onto the machine?

11    A    I got no idea.

12    Q    Could you move the pedal back and forth

13    underneath that plate?

14    A    No.

15    Q    Was the pedal secured to the ground, do

16    you know?

17    A    It was mounted on the machine, I

18    believe.

19    Q    Okay.  Now, if you look at B4, do you

20    see it looks like a little wire sticking out at

21    the top of the picture, right up here?

22    (Indicating.)  I'm calling it a wire.  I'm gonna

23    ask you if you know what it is?

24         MR. SULLIVAN:  Off the record.

# EXHIBIT 5












































# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - -

Salvatore Vacirca,        )
                          )
          Plaintiff,      )
                          )
     vs.                  )   Case No. 05-11419-MLW
                          )
National Machinery Company )
and National Machinery LLC, )
                          )
          Defendants.     )

- - -

        Deposition of Gary Stroup, a witness herein,

called on behalf of the plaintiff for oral

examination, pursuant to the Federal Rules of Civil

Procedure, taken before Jacqueline L. Reichert,

court reporter and Notary Public in and for the

State of Massachusetts, pursuant to notice, at the

Hampton Inn, Conference Room B,

2492 South State Route 231, Tiffin, Ohio on

Wednesday, December 6, 2006, commencing at 9:18 a.m.

- - -

2e00b874-2fde-4b4c-913e-494ef44b43fa

1    A    I don't recall.  I remember something about

2         two-handed controls there.

3    Q    Why don't we mark --

4    A    I'd like to review that.

5    Q    Absolutely, sir.

6              MR. SULLIVAN:    Could you mark this

7         as the next exhibit, please?

8              (Plaintiff's Exhibit 5

9              marked for identification.)

10   Q    We've now marked as Exhibit Number 5 a copy of

11        the machine evaluation for Thermo Electron,

12        comment -- I'm butchering it -- for 700 TMP

13        ton multipres, serial number 18225, in the

14        1300 ton multipres, serial number 18730.  This

15        starts with a Bates number of 1652 and runs

16        through Bates number 1664.

17             And, sir, why don't you take a look at

18        this and once you've had a chance, let me

19        know.

20   A    Sure.  No two-hand jog.

21   Q    You've had occasion to review

22        Exhibit Number 5?

23   A    Yes.

24   Q    Did you look at specifically there were two

25        separate evaluations within Exhibit 5?

2e00b874-2fde-4b4c-913e-494ef44b43fa

| | | |
|---|---|---|
| 1 | A | I'm sorry.  The 1300 and the 700 are there. |
| 2 | Q | If you look at the 700, which is 18225, the |
| 3 | | page you have in front of you? |
| 4 | A | Yes. |
| 5 | | MR. WHITT:        I'm sorry, what is |
| 6 | | the question? |
| 7 | Q | He's looking at it -- he wanted to look at it, |
| 8 | | I'm going to ask him once he's done. |
| 9 | A | Okay.  No two-hand jog on either machine. |
| 10 | Q | So you've commented twice.  That either the |
| 11 | | 700 ton nor the 1300 ton press, that there was |
| 12 | | no two-handed jog control for either machine? |
| 13 | A | Uh-huh. |
| 14 | Q | Is that yes? |
| 15 | A | Yes, that's correct. |
| 16 | Q | But when you look at these evaluations, do you |
| 17 | | see that on the first page of each they're |
| 18 | | entitled machine evaluation? |
| 19 | A | Yes. |
| 20 | Q | It says page 1 of 5, and it's form 939, look |
| 21 | | at that, that's Bates number 1653 for the 700 |
| 22 | | ton press? |
| 23 | A | Yes. |
| 24 | Q | And the form itself, do you recognize that |
| 25 | | form? |

| | | |
|---|---|---|
| 1 | A | This is our standard machine evaluation for |
| 2 | | hot forging machine, right.  Uh-huh. |
| 3 | Q | Is that the form that we talked about earlier |
| 4 | | that you and your co-service manager designed |
| 5 | | sometime after 1984 and before 1999? |
| 6 | A | Yes. |
| 7 | Q | And you'd agree with me, sir, that when you |
| 8 | | and your co-manager designed what was to be |
| 9 | | part of the machine evaluation, you |
| 10 | | specifically put into it the two-hand -- |
| 11 | | evaluation for the two-hand jogging system, |
| 12 | | correct? |
| 13 | | MR. FRIM:        Objection to form. |
| 14 | Q | Can I see it?  I'll direct you from where I |
| 15 | | want to bring to your attention. |
| 16 | A | Yes. |
| 17 | Q | If you look at page 4 of 5, if you go down the |
| 18 | | first section it's heat indicators, second |
| 19 | | section says kick out timing, third section |
| 20 | | says air system leaks.  Fourth section says |
| 21 | | pitman bolts. |
| 22 | | What are pitman bolts? |
| 23 | A | Pitman bolts are the connection rod. |
| 24 | Q | The fifth section says friction slip. |
| 25 | A | Uh-huh. |

Page 63

1   Q   And then the sixth section in bold is

2       safety/two-hand jog/guard/brick?

3   A   Uh-huh.

4   Q   Do you see that, sir?

5   A   Yes.

6   Q   Does that help to refresh your recollection

7       that when you devised the safety evaluation or

8       machine evaluation -- excuse me -- sometime

9       after '84 and prior to '99 when this was one

10      was completed, that you saw fit to put in the

11      specific check for two-hand jogging?

12  A   Yes.

13  Q   But on older machines such as the 700 ton

14      press, there was no two-hand jogging, it was

15      done by the foot pedal?

16  A   That's correct.

17  Q   So does that mean to you, sir, since you saw

18      fit to put in a section for two-hand jogging,

19      that at some point between '46 and '99 that

20      National Machinery made two-hand jogs standard

21      on the presses they manufactured?

22  A   Yes, we did.  The two-hand jog is an

23      additional safety feature.  There's no

24      question.

25  Q   When was it that National Machinery added

2e00b874-2fde-4b4c-913e-494ef44b43fa

Page 64

1          two-hand jog, if you know?

2     A    I do not recall.

3     Q    Why do you say it's an additional safety

4          feature, what does it add?

5     A    Two-hand jog requires that you either have two

6          hands on two separate electrical switches, or

7          that they be at least beyond the width of your

8          hand to be able to engage both bottoms on the

9          control panel.  And it prevents a hand in a

10         press.

11    Q    Well, would you agree with me, sir, that if

12         National Machinery saw fit to design presses

13         with a two-hand jog to prevent a hand in the

14         press, they recognize it's foreseeable that

15         someone may put their hand in the press?

16              MR. FRIM:         Objection to form.

17    A    If they're properly trained, they should know

18         better.

19    Q    Well, if they're properly trained, you expect

20         every operator to be and there would be no

21         reason to have a two-hand jog now would there?

22              MR. FRIM:         Objection to form.

23    A    Any additional safety has value.

24    Q    Is there any reason you know of why the 700

25         ton press manufactured in 1946 could have been

2e00b874-2fde-4b4c-913e-494ef44b43fa

1    retrofitted to have a two-hand jog on it?

2  A    It could have been retrofitted very easily.

3  Q    Is that one of the parts of the evaluation

4    that is recommended to owners of

5    National Machinery machines such as

6    Thermo Electron that they should have a

7    two-hand jog?

8  A    Definitely.

9  Q    Can you show me where it is in

10    Exhibit Number 5 where your service technician

11    recommended that that a two-hand jog should be

12    added to the 700 and 1300 press?

13        MR. FRIM:        Objection to form.

14  A    It's not pointed out specifically, but if we

15    were to rebuild this press, I can assure you

16    we would have had it on there.

17  Q    Thermo Electron called and asked you to

18    evaluate their machine?

19  A    Uh-huh.

20  Q    Is that a yes?

21  A    Yes.

22  Q    And your service department held yourselves

23    out as experts on the 700 ton press, correct?

24  A    Yes.

25  Q    And you would go and tell Thermo Electron what

2e00b874-2fde-4b4c-913e-494ef44b43fa

1    they needed to do to bring their machine up to

2    date?

3              MR. FRIM:          Objection to form.

4              You can answer.

5    A    Evaluations provide the major issues with a

6    particular piece of machinery.  There are many

7    issues that come up on 60 year old machines,

8    and I highly doubt we could document all of

9    those.  However, if we do the work,

10    National Machinery would make sure that

11    machine is safe and to the latest standards.

12    And while it may not be written in bold print

13    that we recommend a two-hand jog, it's

14    understood any rebuilt machine would have had

15    it on.

16    Q    Are you telling me, sir, that when

17    National Machinery quoted Thermo Electron

18    $112,000 to rebuild their machines, that part

19    of that $112,000 was to add the two-hand jog

20    to both the 1300 ton press and the 700 ton

21    pres?

22              MR. FRIM:          Objection to form.

23    A    No.  I'm saying that we have a clause that

24    says additional equipment can be added.  This

25    was in the other exhibit that Mr. Dunlap had

2e00b874-2fde-4b4c-913e-494ef44b43fa

Page 67

1      prepared.  And if we find any other issues, we

2      would take care of it.

3               MR. FRIM:        Can we go off the

4      record for a second?

5               MR. SULLIVAN:     Sure.

6          (Discussion off the record.)

7               (Recess taken.)

8   Q    Sir, as a former service manager, do you

9        remember if there was ever a time that

10       National Machinery added two-hand jogs, a jog

11       guard for a machine that did not have it in

12       its original design?

13  A    Yes, we had a kit.  And we had kits available

14       to buy in our repair operation to add two-hand

15       jog.

16  Q    And in this -- would you take a look at your

17       five page form?  Are there any other safeties

18       that are identified within the five page form

19       that are to be examined by the technician?

20  A    No.  Let's make clear this is an evaluation of

21       the condition of the machine.  If we were

22       asked to make an actual safety evaluation, we

23       would look for any issues of safety.  Not to

24       say that we don't look for safety issues, now

25       we're always looking for safety issues.  But

2e00b874-2fde-4b4c-913e-494ef44b43fa

Page 68

1          the point here is our focus on this evaluation
2          is the condition of the machine.
3     Q    If you hold the evaluation, sir, where in
4          those five pages would you have expected your
5          technician to have noted the condition of the
6          foot pedal if he saw any problems with it?
7     A    In he could have seen the foot pedal
8          completely, in other words if it were not
9          shrouded, I'm sure he would have commented.
10    Q    Where would they be?  Where would you expect
11         those comments to be on that form?
12    A    Under safety.
13    Q    Which is what page and what section?
14    A    Either that or air control.
15    Q    Could you give me the two places within the
16         form it may be, the page and heading?
17    A    The air system is shown on page 4 of 5, and
18         the heading safety is shown on page 4 of 5 as
19         well.
20    Q    And under air system it says what, if
21         anything, did this Mr. Wise note?
22    A    Under air systems, "No noticeable air leaks in
23         the system."
24    Q    Have you ever seen in the evaluations that
25         you've reviewed with your service technicians

Page 81

1          this call would have certainly been, of

2          course, based on Mr. Fehmel wanting our

3          quotation for Mike Wise's recommendations.

4    Q    Well, I'm going to show you what's been Bates

5          stamped 1647.  It's a letter from Gary Stroup

6          to Mr. Fehmel, dated August 20th, 1999

7          referencing the chance to evaluate the

8          machine.

9    A    Okay.

10   Q    Does that say that three copies are being sent

11        to Thermo Electron of each of the evaluations?

12   A    Yes.

13   Q    And so as of August 20th, the evaluation had

14        been completed and the quote for $112,000 had

15        been sent out to Thermo Electron?

16   A    We need that date that Don Dunlap responded

17        with the quotation.  He called -- Mr. Fehmel

18        called, we sent the evaluations on

19        August 20th, we got a call then on

20        October 21st from Mr. Fehmel to request our

21        quote, and then I believe you have the

22        documentation from Mr. Dunlap on when the

23        quote was done.

24   Q    Give me a moment, sir.

25              MR. WHITT:        I think it's

2e00b874-2fde-4b4c-913e-494ef44b43fa

1        Exhibit 1.

2    Q    Could you go to Exhibit Number 1, sir?  That's

3        dated November 1st, is it?

4    A    Yes.

5    Q    And November 1st, page 2, will you look

6        through Exhibit 1 and tell me what page is

7        related to the recommended work for the

8        700 ton press?

9    A    This would be page 2.  The project would

10       include -- let me clarify.  I call this page

11       2, but then I see this is typed page 2.

12    Q    It's page 2 of the document.

13          MR. FRIM:      For the sake of

14       simplicity, just use the Bate stamp number

15       down at the bottom.  That would be easiest.

16    A    This is NMLLC 01635.

17    Q    Is that the entire quotation for the 700 ton

18       press or does it continue onto 636.

19    A    Well, with the exception of the service

20       charges which were outlined on NMLLC 01636.

21    Q    01635, the specific areas of work, anywhere in

22       there does it list the two-hand jog?

23    A    No, we didn't inspect to determine it had to

24       be replaced.  Oh, I'm sorry.  I beg your

25       pardon.

2e00b874-2fde-4b4c-913e-494ef44b43fa

1           The two-hand jog -- two-hand jog.

2           Okay.  It does not include two-hand jog.

3    Q    And you agree with me, sir, that since as of

4           1999 -- since your evaluation form included

5           the area to specifically check for two-hand

6           jog, that as of 1999 National Machinery had a

7           retrofit kit for machines that did not have a

8           two-hand jog in place?

9    A    That's true, yes.

10          MR. FRIM:           Object to form.

11   Q    But nowhere in this evaluation did

12          National Machinery recommend that a two-hand

13          jog retrofit be part of the work done on the

14          machine?

15          MR. FRIM:           Object to form.

16   A    That's correct.

17   Q    And there's no mention of the foot pedal

18          anyplace within the work that needed to be

19          performed?

20   A    That's correct.

21   Q    When Mr. Wise came back to discuss with you,

22          the manager, his evaluation, would you have

23          gone through those five pages for this

24          particular machine and gone through the fact

25          that it had no two-hand jog, and discussed the

2e00b874-2fde-4b4c-913e-494ef44b43fa

Page 84

1          necessity to put on a retrofit kit?

2                    MR. WHITT:          Object to form.

3                    MR. FRIM:           Object to form.

4     A    It's understood that the two-hand jog is

5          always available for a customer to purchase.

6          And we had sales literature that made it -- it

7          was available to customers and they knew that.

8     Q    Well, could you go through Exhibit Number 1,

9          what was quoted for the price, and then take

10         the exhibit that is the evaluation of the

11         700 ton press and match the work that is

12         recommended with the evaluation?

13                   Do you understand what I'm asking you

14         to do?

15    A    Yes.

16    Q    I have it right here, sir.  I'm sorry.

17    A    How do you want me to do this, just item by

18         item?

19    Q    Please.  Would the easiest way to do it is go

20         to the evaluation sheet and see if there's

21         something recommended and see if it appears on

22         your quotation?

23    A    On our evaluation we said that our

24         recommendation was to rebuild both the clutch

25         and the brake.  And so on the quotation the

1        areas here that cover that would be a new

2        brake band, requalify the brake piston, new

3        clutch hub keys, and a new clutch hub, because

4        of the wear on the teeth of the hub.  And

5        requalify the main drive clutch bearings with

6        new bearings in the clutch.

7    Q   Now, those areas that you actually quoted, are

8        they contained within those first four pages

9        as specific portions of the evaluation?

10   A   Yes.  It's noted that the clutch had a little

11       over three-sixteenths travel on the clutch.

12       And quite frankly our clutch -- anything of

13       over an eighth inch of travel stresses the

14       diaphragm of the clutch, the steel diaphragm,

15       so it would need to be rebuilt.

16            And then continuing on, the

17       recommendation was for the heading slide at

18       the pitman to be taken out and new brass put

19       in both ends of the pitman.  And so we had as

20       a quote on Mr. Dunlap's November 18th,

21       requalify heading slide, re-machine the

22       heading slide caps.  Caps are cast iron and

23       they wear, we would have flattened them up.

24       Furnish heading slide liners, and requalify

25       the main pitman.  Now, re-qualifying the main

2e00b874-2fde-4b4c-913e-494ef44b43fa

1    pitman here would be furnishing new large and

2    small and brass in the pitman.

3         And then the additional quotation here

4    would have included all parts cleaned

5    completely, inspected, and partially

6    re-assembled at our shop, and then

7    re-installation into the machine.

8  Q  Is there any quotation for anything regarding

9    safety on Exhibit Number 1?

10  A  No.

11  Q  Back to your handwritten notes, sir.

12  A  Yes.

13  Q  Do they give you any indication that people at

14    Thermo Electron told you personally that they

15    didn't want to consider safety?

16  A  No.

17  Q  What do they tell you?

18  A  They just recall to request our quotation to

19    do the work to put the machine in good working

20    condition.

21  Q  Did the work ever get done?

22  A  To my knowledge we were not hired to do this

23    work.

24  Q  I want to show you what's -- it hasn't been

25    marked, but it's been numbered 1648 and 1649,

Page 94

1            MR. WHITT:        Object to form.

2            (Discussion off the record.)

3   Q    From the photographs that you've reviewed of

4        the Thermo Electron 700 ton press, could the

5        1971 foot pedal have been adapted to it?

6   A    Yes, without their guard.

7            MR. SULLIVAN:        Thank you, sir.  I

8        have no further questions.

9            THE WITNESS:        Thank you.

10           MR. FRIM:        You may not be done

11       yet.  I have just have a few questions to get

12       a few things on the record.

13                  DIRECT EXAMINATION

14  By Mr. Frim:

15  Q    Mr. Stroup, in the case of the 700 ton press

16       that was owned by Tecomet, which was involved

17       in the accident in which Mr. Vacirca was

18       injured, an evaluation was done; is that

19       correct?

20  A    Correct.

21  Q    And I believe you testified before that

22       Mike Wise physically inspected the machine; is

23       that correct?

24  A    That's correct.

25  Q    During the course of your employment as a

2e00b874-2fde-4b4c-913e-494ef44b43fa

1    Q    Just follow along with me, sir.  The only --

2         of your evaluation, one of the safety features

3         that is asked to be commented on was the

4         two-hand jog, which was commented on, yet

5         never appears in the evaluation, you would

6         agree with me wouldn't you, sir?

7    A    Yes.

8              MR. FRIM:          Objection.

9              MR. WHITT:          Object to form.

10   Q    Excuse me.  In the quotation of the evaluation

11        that was then given to Thermo Electron, no

12        place did your company, National Machinery,

13        give any price or time for anything to deal

14        with safety, specifically a two-hand jog?

15   A    That's correct.

16   Q    And you don't remember the reason why you

17        chose to ignore it in this particular case, do

18        you, sir?

19             MR. FRIM:          Objection.

20   A    Yes, I do.

21   Q    You do?

22   A    This is an evaluation of the condition of the

23        machine.  If we had conducted a full safety

24        evaluation, we would probably have included

25        it.

2e00b874-2fde-4b4c-913e-494ef44b43fa

Page 100

1    Q    But since it was only an evaluation of the
2         machine and not full a safety evaluation, then
3         you have no memory, as you sit here today,
4         whether this technician told you the condition
5         of the foot pedal, correct?
6              MR. WHITT:        Objection.
7    A    It's been too long.  I cannot truthfully
8         recall.
9    Q    Thank you, sir.  I just want to show you one
10        other document.
11             MR. SULLIVAN:        Could you please mark
12        that as well?
13             (Plaintiff's Exhibit 10
14             marked for identification.)
15             MR. WHITT:        Number is it?
16             MR. SULLIVAN:        10.
17   Q    Sir, this is a computer generated record I'd
18        ask you to look at, specifically Bates number
19        1640.  The bottom half of the page refers to
20        machine number 18225, which would you agree
21        with me is the 700 ton Maxipres serial number?
22   A    Yes, it is.
23   Q    And within that you see that it talks about
24        who the original owner was and there's a code
25        for them?  It mentions the year 1946 and a

2e00b874-2fde-4b4c-913e-494ef44b43fa

1          code?  Original customer, it has "99999, 999,

2          see original invoice."

3               Do you see that?

4     A    Yes.

5     Q    If you start from halfway down the page, it

6          gives the machine number and then it gives the

7          date originally shipped, November 1946?

8     A    Yes.

9     Q    And some machine codes 700 MP, that's

10         Maxipres?

11    A    Right.

12    Q    And then it says current customer and they're

13         given a number 11551?

14    A    Right.

15    Q    Thermo Wil?

16    A    Wilmington.

17    Q    That's Thermo Electric located in

18         Wilmington, Massachusetts?

19    A    Yes.

20    Q    And it says date add last charge, what dates

21         does that have?

22              MR. WHITT:        I'll object to the

23         interpretation of the document.

24    Q    Well, do the words say date, add/last --

25    A    Change.

2e00b874-2fde-4b4c-913e-494ef44b43fa

1          started this?

2    A     I understand.  But, quite frankly, our record

3          means that it well was in our system before

4          then.

5    Q     If you just -- if you agree with me when we

6          first started this deposition you thought your

7          company, National Machinery, didn't know of

8          Thermo Electron until 1999, but this document

9          number 10 --

10   A     May I correct that?

11   Q     Sure.

12   A     I personally did not know of them as a

13         customer.  I didn't deal with them on the

14         phone prior to our being asked to do this

15         evaluation.

16   Q     And now my question is:  You see where it says

17         date, add last, CHG, whatever that means --

18   A     Change.

19   Q     -- 7/22/1994, does that mean to you that your

20         company, National Machinery, knew of

21         Thermo Electron owning this press since

22         July 22nd of 1994?

23              MR. WHITT:         Object to form.

24   A     I assume.

25   Q     Well, what does it mean to you?  Do you

2e00b874-2fde-4b4c-913e-494ef44b43fa

1      have --

2  A   It was in our records.  It might honestly have

3      been before 1994.  This is a change record.

4      What changed, I can't tell you.

5  Q   When you found out about them as of

6      July of 1994, National Machinery, if there had

7      been any service or parts shipped to them,

8      would there be additional information on this

9      data sheet?

10      MR. WHITT:      Object to form.

11  A   No.  This is strictly a user file, ownership

12      of machines for our sales and engineering

13      records.

14  Q   And now I want to go back as to when we

15      started this deposition, I believe when you

16      told me you took over the service department

17      in 1984, that one of the areas of business

18      that you tried to promote and develop was to

19      go out and check your list of existing

20      customers who owned machinery and offer this

21      evaluation system and go out to see if you

22      could service the existing machines?

23  A   Right.

24      MR. FRIM:       Object as to form.

25  Q   Now, that you've seen Exhibit Number 10 and

2e00b874-2fde-4b4c-913e-494ef44b43fa





NMLLC 01652

# Machine Evaluation

# Thermo Electron
# Tecomet

700 T MP    18225

1300 T MP    18730

EXH. Q

# *Machine Evaluation*

Customer: <u>Thermo Electron Tecomet</u>    Machine Type: <u>700 Ton MaxiPres</u>

Customer Machine No.: _____    Serial No.: <u>18225</u>

Please mark with an asterisk (*) the following items needing disassembly to be checked.

**Backlash of main gear & pinion -** <u>.030</u>

---

### Bearing Diameters

| | | | |
|---|---|---|---|
| Main journal bearing | R.H. _____ | L.H. _____ |
| Main journal shaft | R.H _____ | L.H. _____ |
| Eccentric bearing | | |
| Eccentric shaft | | |
| Wrist pin | | |
| Small pitman bush | | |
| Heading slide bush | R.H. _____ | L.H. _____ |
| Heading slide end play | .086 - Jack Test | |

---

### Slide Clearances

| | |
|---|---|
| Side clearances | _____ |
| Front of slide | .018 |
| Tail of slide | .014 |
| Clearance under gibs | .018 Bottom, .008 Top |

---

**Die box alignment (Parallelism between face of slide & wedge -** <u>From front</u>

<u>of die area to the back it showed .026 difference. Side to side was good.</u>    **NMLLC 01653**

Machine Type:    700T MP                Serial No.:    18225

---

### Kickout

Length of pin                    _____
Length of kick                   _____
Length of connection rod         _____

---

## Please comment on the condition of the following areas:

**Clutch -**  A little over 3/16" total travel on clutch.  Needs to be rebuilt.

**Brake -**  3/8" travel on brake cylinder.  Need new lining on brake band and

cylinder needs to be rebuilt.

**Rotary limit switch -**  In good working condition, stops machine where it is

supposed to.

**Wedge condition & travel -**  They do not use wedge, any adjustment that they

need they shim.

**Safety switches for oil & air -**  No actual safety switch on lube system,

operator just looks at sight gauge on tank.

**Mechanical tonnage indicator -**  Did not see any tonnage indicators on

machine.

**Lube cycles per minute -**  Every 30 strokes of the ram, machine get 15 sec. of

lube.  Machine must complete 30 strokes before lube cycles.  Lube does not run before

start up of machine.

**NMLLC 01654**

Machine Type:    700T MP                Serial No.:  18225

**Free coast down of machine -**   18 coast down.

**Belts -**   Good condition.

**Kickout cams & connection -**   They do not use the kickout at all.  Everything

is there except for the pins and sleeves.

**Electrics -**   Good condition.

**Lubrication system - blocks & tubing -**   Good working condition, but not quite

sure that machine is getting enough lube.

**Pinion shaft -**   No bearing noise or hot spots in this area after running.

**Machine in jog - One shot - Continuous -**   All positions operate normally.

**General bed condition -**   Good condition.

**Drive fit pins -**   Not able to check.

**NMLLC 01655**

Machine Type:    700T MP                    Serial No.:    18225

**·Heat indicators -**   No heat indicators.

**Kickout timing -**   Do not use kickout.

**Air system (leaks) -**   No noticeable air leaks in system.

**Pitman bolts -**   Nuts are tight and cotter pins are in place.

**Friction slip -**   Did not check.

**Safety - Two-hand jog-Guards-Brake -**   No two-hand jog.  All guards are in place and in good condition.

**Comments -**   Lower K.O. mechanism is not hooked up and they are missing a few parts to it.  When running, machine has a loud slapping noise.  It seems to be coming from around the pitman area.  A while back, they found some brass chips in the grease in that area.  That would seem to be the reason for the extra clearance in the Jack Test.

**NMLLC 01656**

7/97                          Page 4 of 5                          Form 939

Machine Type:      700T MP                    Serial No.:    18225

**Recommendations -**  Both the clutch and the brake need to be rebuilt.  The

heading slide and pitman should also be taken out and new brass put in the

pitman at both ends, and the slide should be refit in the bed.

_____

_____

_____

_____

**NMLLC 01657**



# NOTES

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**NATIONAL MACHINERY COMPANY**

NMLLC 01658

## *Machine Evaluation*

Customer:  __Thermo Electron Tecomet__    Machine Type:  __1300 Ton MaxiPres__

Customer Machine No.:  _____    Serial No.:    __18730_____

Please mark with an asterisk (*) the following items needing disassembly to be checked.

**Backlash of main gear & pinion -**  __.062_____

```
┌─────────────────────────────────────────────────────────────┐
│              ┌─────────────────────────────┐                  │
│              │      Bearing Diameters       │                  │
│              └─────────────────────────────┘                  │
│                                                               │
│   Main journal bearing    R.H. _____  L.H. _____    │
│   Main journal shaft      R.H _____   L.H. _____    │
│   Eccentric bearing       _____       │
│   Eccentric shaft         _____       │
│   Wrist pin               _____       │
│   Small pitman bush       _____       │
│   Heading slide bush      R.H. _____  L.H. _____    │
│   Heading slide end play  .055 - Jack Test _____       │
└─────────────────────────────────────────────────────────────┘
```

```
┌──────────────────────────────────────────────┐
│         ┌─────────────────────────┐           │
│         │     Slide Clearances     │           │
│         └─────────────────────────┘           │
│                                               │
│   Side clearances      _____   │
│     Front of slide      .025                  │
│     Tail of slide       .023                  │
│     Clearance under gibs .023                 │
└──────────────────────────────────────────────┘
```

**Die box alignment (Parallelism between face of slide & wedge -**   __Could not__

__check properly because dies were in._____     — NMLLC 01659

Machine Type:    1300T MP                    Serial No.:   18730

```
┌─────────────────────────────────────────────────────┐
│            ┌───────────────────────┐                 │
│            │       Kickout         │                 │
│            └───────────────────────┘                 │
│                                                       │
│   Length of pin            _____          │
│   Length of kick           _____          │
│   Length of connection rod _____          │
│                                                       │
└─────────────────────────────────────────────────────┘
```

## Please comment on the condition of the following areas:

**Clutch -**  ¼" total travel.  They've been having trouble breaking heads off of

cap bolts.  Clutch needs to be rebuilt.

**Brake -**  Set travel of brake at ½".  Needs new brake lining and cylinder needs

to be rebuilt.

**Rotary limit switch -**  Operating well.  Stopping machine where it should.


**Wedge condition & travel -**  They do not use the wedge.  They shim when

needed.

**Safety switches for oil & air -**  They have a low lube warning light on lube

system.

**Mechanical tonnage indicator -**  Did not see any indicators on machine.


**Lube cycles per minute -**  Was not able to check correctly, but machine

showing that it gets plenty of grease.

**NMLLC 01660**

Machine Type:    1300T MP                Serial No.:   18730

**Free coast down of machine -**  18 coast down.

**Belts -**  Good condition.

**Kickout cams & connection -**  No K.O. mechanism on this machine.

**Electrics -**  Good working condition.

**Lubrication system - blocks & tubing -**  Good working condition.  Did not notice any broken or loose lines.

**Pinion shaft -**  Did not notice any bearing noise or any hot spots in this area after running.

**Machine in jog - One shot - Continuous -**  All positions work the way that they should.

**General bed condition -**  Good condition.

**Drive fit pins -**  Not able to check.

**NMLLC 01661**

Machine Type:     1300T MP                Serial No.:    18730

**Heat indicators -**   None

**Kickout timing -**   None

**Air system (leaks) -**   Air leak around clutch cover and air leak around the
flywheel brake.

**Pitman bolts -**   Tight and cotter pins are in place.

**Friction slip -**

**Safety - Two-hand jog-Guards-Brake -**   All guards are on machine.  No two-
hand jog.

**Comments -**   This machine is going to need some work done to it, like
rebuilding the clutch, brake cylinder, new lining on the brake band and
clearances closed up on ram.  The ram surfaces and liner surfaces are starting
to show a lot of wear.

NMLLC 01662

# NOTES

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**NATIONAL MACHINERY COMPANY**

NMLLC 01663

# Your Aftermarket Support Team

Call **Denny Reiter** at 419-443-2341 in our **Parts Service Department** when you need to: get a quote for a repair part, order a repair part or check on the delivery of a part that is already on order.

Call **Gene Englehart** at 419-443-2318, **Gary Stroup** at 419-443-2326, or **Jim Phillips** at 419-443-2104 in our **Customer Service Department** when you need technical help on your existing machines (mechanical, electrical, training, etc.). You will also want to call these fellows to arrange a visit by one of our Service Technicians. They can also put you in contact with the proper people to answer any tooling questions that you may have.

Call **Don Dunlap** at 419-443-2277 or **Gary Neisler** at 419-443-2276 in our **Remanufacturing Department** when you have a need to remanufacture (rebuild) one of your existing machines. This can be a 100% rebuild where the machine comes back to our factory or a partial rebuild in your plant. It can also be a mechanism repair in our factory. (i.e. feedbox, punch rocker, transfer etc.)

Call **Steve Anatra** at 419-443-2203 or **John Eves** at 419-443-2205 our **Sales Department** to discuss your future new machine requirements.



National Machinery ®

NMLLC 01664





# EXHIBIT 9

Page 1

1                IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS

2

3                          - - -

4    Salvatore Vacirca,           )
                                  )
5              Plaintiff,         )
                                  )
6         vs.                     )   Case No. 05-11419-MLW
                                  )
7    National Machinery Company   )
     and National Machinery LLC,  )
8                                 )
               Defendants.        )

9

10                         - - -

11

12        Deposition of Gary Stroup, a witness herein,

13   called on behalf of the plaintiff for oral

14   examination, pursuant to the Federal Rules of Civil

15   Procedure, taken before Jacqueline L. Reichert,

16   court reporter and Notary Public in and for the

17   State of Massachusetts, pursuant to notice, at the

18   Hampton Inn, Conference Room B,

19   2492 South State Route 231, Tiffin, Ohio on

20   Wednesday, December 6, 2006, commencing at 9:18 a.m.

21                         - - -

22

23

24

25

Page 15

1    A.   Never.

2    Q.   **Were you aware of any safety mechanisms**

3         **connected to the foot pedal on the 700 ton**

4         **Maxipress?**

5    A.   The only safety thing was the little latch.

6    Q.   **Can you describe the latch, please?**

7    A.   It's about three inches long.  It's a little

8         lever you flip over with your toe or hand,

9         one or the other.

10   Q.   **How did that latch work?**

11   A.   You just tip it over.  You tip it by hand,

12        unlock the pedal.

13   Q.   **When the pedal -- I'll show you some**

14        **pictures in a minute so you can identify**

15        **whether it's there or not.**

16   A.   Okay.

17   Q.   **You said there was a lever.  Was that**

18        **located next to the pedal?**

19   A.   It was part of the foot pedal.

20   Q.   **What position did that lever have to be in**

21        **in order for the pedal to have to operate?**

22   A.   Well, if you stood in front of the pedal if

23        you flip it to the left, it was

24        counterclockwise.  It would be -- you could

Werner Fehmel                                        12/11/2006

Page 16

1       activate the lever.  If you flip it

2       counterclockwise, you lock the trigger.  I'm

3       90 percent sure that's how it was.  It would

4       just flip over left to right.  It was a

5       mechanical lock.

6   Q.  **Over the course of time that you have worked**

7       **at Tecomet was that lever used to secure the**

8       **pedal on the machine when it was not in use?**

9   A.  Well, the rule was when we work on the

10      machine everything had to be shut down and

11      you lock all the safety devices.  You put

12      the hand control on brake and you lock the

13      trip lever on the foot pedal and unblock the

14      rim.  Those are the three things, kind of

15      the standard thing to do.

16  Q.  **Did you ever tell the operators of the**

17      **machines about locking the lever on the**

18      **pedal when the machine was not in use?**

19  A.  When I first started here I wasn't that

20      familiar with the machine.  I started

21      reading some of the service manuals and

22      stuff like that.  A lot of the operators

23      told me most of how these things were

24      working.

Werner Fehmel                                    12/11/2006

Page 17

1   Q.  Did any operators ever tell you how the

2       lever worked to secure the pedal?

3   A.  Of course I know.

4   Q.  Did anyone ever tell you?

5   A.  I don't recall if they told me or not, no.

6   Q.  Do you recall the names of any of the

7       operators of the 700 ton Maxipress during

8       the time you were at Tecomet?

9   A.  There was Manny.

10  Q.  Manny meaning Manny Rodriguez?

11  A.  Yes.

12  Q.  Do you remember anybody else who worked on

13      the Maxipress?

14  A.  Sal.

15  Q.  That's Salvatore Vacirca?

16  A.  Yes.

17  Q.  Do you remember anyone else?

18  A.  Jamie.  I don't remember his last name.

19      Manny would know.  There was Winski.

20  Q.  Do you know his full name?

21  A.  Pardon?

22  Q.  Winski you said?

23  A.  Yes.

24  Q.  Do you remember anyone else who operated

Page 18

1      that 700 ton Maxipress?

2   A.   There was one more kid.  I can't think of

3        his name right now.  They used to switch

4        around.  They usually operated all the

5        equipment, the operators.

6   Q.   **During the course of your time at Tecomet**

7        **how many shifts a day worked on on the 700**

8        **ton Maxipress?**

9   A.   Operators.

10  Q.   **How many shifts a day of operators?**

11  A.   Two.

12  Q.   **Did any operators ever work consecutive**

13       **shifts?**

14  A.   Not that I know of.

15  Q.   **How many hours long was a shift?**

16  A.   Usually nine hours.

17  Q.   **Do you know if each of the operators you**

18       **just identified was aware of the lever that**

19       **locked the pedal?**

20  A.   Well, I would say every one would know that

21       it's there.  I would say all of them.

22  Q.   **On the 1,300 ton Maxipress was that machine**

23       **also operated by pedal?**

24  A.   Both identical, the operation of them.

Werner Fehmel                                    12/11/2006

Page 23

1   Q.   When you say you have the book on that what

2        do you mean?

3   A.   The report.

4   Q.   By report do you mean the report you

5        received from National Machinery Company?

6   A.   Yes.

7   Q.   In 1999 when National came and did the

8        evaluation on the machine who initiated that

9        transaction?

10  A.   We called the manufacturer and they

11       inspected both machines actually.

12  Q.   By both machines do you mean the 700 ton

13       Maxipress and the 1,300 ton Maxipress?

14  A.   Correct.  Yes.

15  Q.   Specifically what did you request that

16       National Machinery Company did in connection

17       with the 700 ton Maxipress?

18  A.   The main objective was inspecting the ram

19       because of the tolerance and the thicknesses

20       on the parts.  It required a lot of shimming

21       on the dyes that hold the tolerances on the

22       part.  We knew we had a lot of play inside

23       the rams and stuff.  We didn't know exactly

24       where.

Werner Fehmel                                    12/11/2006

Page 24

1   Q.   Was there any other reason you had National

2        come and inspect the Maxipress?

3   A.   When they come for inspection they look the

4        whole machine over.  They don't just check

5        one item.  They look over the whole machine.

6   Q.   Did Tecomet have any other reason for asking

7        them to inspect the machine?

8   A.   No.  We were considering to get it rebuilt

9        and we got a quote.

10  Q.   When National Machinery came to inspect the

11       machine did anyone ask National Machinery to

12       inspect any other safety features in the

13       machine?

14  A.   They checked the guards and stuff, yes.

15  Q.   Which guards did they check?

16  A.   Around the belts and the front of the

17       machine.  All the machine guarding, they

18       inspected that too.

19  Q.   Did anyone at Tecomet ask that National

20       Machinery inspect the control mechanisms on

21       the machine?

22  A.   If you look at the report it will probably

23       give you what you're looking for.  I don't

24       really know every little.  You ask the

Page 25

1    person to do it.  He comes and looks at the

2    machine and he gives a whole checking out.

3    If there was something sticking out they

4    would have let us know, you know what I

5    mean.

6  Q.  **Did anyone at Tecomet specifically request**

7      **that National Machinery inspect the pedal on**

8      **the 700 ton Maxipress?**

9  A.  Well, they basically just come and analyze

10     the whole machine pretty much.  The specific

11     purpose of the call was for the ram

12     inspection, but they did take the time.

13     They were here for a day or more and

14     inspected the whole machine.  They did not

15     just look at the ram.  They looked at it.

16  Q.  **But did anyone at Tecomet ask National**

17      **Machinery to look at the pedal?**

18  A.  No.  They just check whatever they were

19     analyzing, checking the whole machine.  We

20     didn't specifically ask somebody to check

21     the pedal and check this and check that.

22  Q.  **After National Machinery inspected the**

23      **machine did National Machinery provide you**

24      **with a written report?**

Werner Fehmel                                    12/11/2006

Page 26

1    A.   Yes.

2    Q.   **Do you recall what was in the report?**

3    A.   I got it in my office if you want to see it.

4         I can get that for you.  I think you might

5         have a copy of it here.

6                   (Report marked Exhibit No. Q for

7         Identification.)

8    Q.   **Mr. Fehmel, I'm showing you a document we've**

9         **marked as Exhibit Q.  Can you look at it and**

10        **tell me if you've seen it before.**

11   A.   Yes.  Of course.  That's the report I got

12        back from the manufacturer.

13   Q.   **Can you take a look at the second page of**

14        **the report, please.  It's page two of five.**

15   A.   Okay.

16   Q.   **Take a moment and just look through this**

17        **page and the next page of the report.**

18   A.   Go to the next one too?

19   Q.   **Yes, please.  Mr. Fehmel, do you recall**

20        **seeing this report in 1999 when it was**

21        **produced?**

22   A.   As soon as they shipped it back to me.  It

23        wasn't that day.  They didn't give me

24        anything that day they were here.  They

Werner Fehmel                              12/11/2006

Page 37

1    than the electronic controls on the new

2    machine?

3    A.   In order to make a stroke?

4    Q.   What's the stroke?

5    A.   To make the cycle.

6    Q.   Yes.  To make the machine stroke.

7    A.   The two hands.  That's it.

8    Q.   Other than the electronic two hand controls

9         are there any other operating controls that

10        need to be triggered to make the machine

11        cycle and stamp?

12   A.   That's the only one you can make it cycle

13        with.

14   Q.   During the time Tecomet had the old

15        Maxipress did it ever cycle and stamp

16        without the pedal being depressed?

17   A.   Not that I know of.  Never heard a complaint

18        or anything.

19   Q.   Did anyone at Tecomet ever complain about

20        the operation of the foot pedal on the old

21        700 ton Maxipress?

22   A.   Not that I know of.

23   Q.   When operators were finished with their run

24        of parts on a particular job on the old 700

Werner Fehmel                                        12/11/2006

Page 38

1    ton Maxipress were they required to lock the

2    foot pedal with the lever?

3   A.  I don't know.  That's something you would

4    have to talk to their supervisor.  I know

5    when we worked on it that's what we did, the

6    maintenance people.

7   Q.  You said the operators were aware that lever

8    was there?

9   A.  Oh, yeah.  They know.  They're the ones that

10   showed me where it was.

11  Q.  Do you know if Sal Vacirca knew that the

12   lever was there?

13  A.  Now you want me to guess.  I would say

14   ninety percent yes.  Maybe ninety nine even.

15  Q.  On the old 700 ton Maxipress were there any

16   other guards around the pedal other than the

17   lever?

18  A.  No.  There was a metal shield over, a metal

19   cover over the pedal.

20  Q.  Do you know the purpose of the metal cover?

21  A.  I assume so somebody wouldn't step on the

22   pedal.  I'm not sure that came from the

23   manufacturer like this or if this was later

24   on, other safety thing added to it at a

Werner Fehmel                                    12/11/2006

Page 39

1      later time.  I looked at some photos from

2      the original picture of the machine.  It

3      shows the pedal all exposed.  When you look

4      at the -- I think you have a picture over

5      here.

6    Q.   When you say you looked at photos of the

7         original condition of the machine what

8         photos are you talking about?

9    A.   Pardon?

10   Q.   You said you looked at some photos of the

11        original condition.

12   A.   On the service manual, operator's manual.

13        It shows a picture of the machine.

14   Q.   Is it your understanding that picture of the

15        machine was its original condition when it

16        was manufactured?

17   A.   I would say yes.

18   Q.   Were you aware of any other hazards

19        presented by the old 700 ton Maxipress other

20        than injury that could happen if someone had

21        their hand in the press when it was

22        operated?

23   A.   Other injuries?

24   Q.   Other hazards that the machine presented

Page 44

1       know where he went, off into the sunset.

2   Q.  Mr. Fehmel, please look at Exhibit G.  Can

3       you tell me what's in this photograph.

4   A.  The control valve of the machine.

5   Q.  Is this the old 700 ton Maxipress?

6   A.  Both machines look identical, so I would say

7       if that's where they took the picture it

8       would be the machine.  The 1,300 ton looks

9       identical to it.  The valve would be in the

10      same place and everything.  I need to see a

11      little bit more than the machine to be sure.

12      All the pictures hopefully come from the

13      same.

14  Q.  Please look at Exhibit H.  Does that appear

15      to be the 700 Ton Maxipress?

16  A.  Yes.

17  Q.  If you look near the top of the picture

18      there's a sticker with an orange stripe on

19      it?

20  A.  Yes.

21  Q.  It has the word "warning" at the top?

22  A.  Yes.

23  Q.  Do you recall if that sticker was in place

24      on the machine at the time it was inspected

Page 45

1          by National Machinery Company?

2     A.   I would say absolutely.

3     Q.   Just to the right and slightly below that

4          sticker there's another sign in red

5          lettering?

6     A.   Right.

7     Q.   Do you recall if that sign was in place on

8          the machine at the time it was inspected by

9          National Machinery Company?

10    A.   Same thing.  I would say yes.

11    Q.   If you'll look at Exhibit N, please.  Do you

12         recognize what's in the picture in Exhibit

13         N?

14    A.   What it is?

15    Q.   Yes.

16    A.   It's a foot valve.

17    Q.   Does that appear to be the foot valve that

18         was attached to the 700 ton Maxipress?

19    A.   It's possible.  Again, like I said before,

20         both machines are the same.  If you took all

21         those pictures, then that would be the

22         valve.

23    Q.   After Mr. Vacirca's accident was the foot

24         pedal also removed from the 1,300 ton

Page 48

1    A.   1,300.  You can tell by the clutch.  It's a

2         bit larger clutch.

3    Q.   **At the time of Mr. Vacirca's accident was**

4         **the metal cover in place above the foot**

5         **pedal on the 700 ton Maxipress?**

6    A.   Was it replaced?

7    Q.   **The metal cover in place on top of the foot**

8         **pedal on the 700 ton Maxipress.**

9    A.   It was there.  It was there.

10   Q.   **At the time of Mr. Vacirca's accident was**

11        **the lever that locked the pedal in place**

12        **operational?**

13   A.   Yes.

14   Q.   **At the time of Mr. Vacirca's accident did**

15        **the fly wheel brake setting on the machine**

16        **function properly?**

17   A.   Yes.

18   Q.   **At the time of Mr. Vacirca's accident did**

19        **all the electronic controls that would turn**

20        **the power on and off on the machine operate**

21        **properly?**

22   A.   Yes.

23   Q.   **After National Machinery Company inspected**

24        **the 700 ton Maxipress did Tecomet ask any**

Werner Fehmel                                    12/11/2006

Page 56

1      on the machine even if you didn't send it

2      out to be overhauled?

3   A.  We discussed other options.  We had other

4      people look at different things.

5   Q.  Who else did you have look at it?

6   A.  Banner.

7   Q.  When was that?

8   A.  About a year before we had it rebuilt.

9   Q.  Mr. Vacirca's accident was in August of

10      2001?

11   A.  Right.

12   Q.  From any time before Mr. Vacirca's accident

13      did you talk to anybody else about other

14      options of keeping the machines running?

15   A.  Mr. Dimascio.

16   Q.  Did you bring in any vendors?

17   A.  Yes.

18   Q.  Who did you bring in?

19   A.  We had Banner.

20   Q.  Where's Banner from?

21   A.  From Worcester area over there, Marlborough,

22      Worcester area.

23   Q.  Was there a contact person there that you

24      dealt with?

Werner Fehmel                                    12/11/2006

Page 57

1    A.  I'd have to look at my files.

2    Q.  **You have them?**

3    A.  I probably could find the name.

4    Q.  **Sounds like you don't throw anything away.**

5    A.  Well.

6    Q.  **It's a good thing.**

7    A.  I was electrician at the time myself.  We

8         were going different light curtains, mats,

9         all kinds of stuff.

10   Q.  **What's a light curtain?**

11   A.  If you break a curtain, the machine won't do

12        anything.  It shuts down.

13   Q.  **So in other words, if someone like Mr.**

14        **Vacirca accidently put his hand in the**

15        **machine the machine would just not activate?**

16   A.  They're lasers like.

17   Q.  **Is that something you discussed with Banner?**

18   A.  Banner came in.  We looked at it.  We looked

19        at some masks.  We looked at some fencing,

20        almost like an electronic fence around the

21        machine.  This was a lot of discussions.

22   Q.  **Was this before Mr. Vacirca's accident or**

23        **after?**

24   A.  Couple of years before.

Page 58

1    Q.   Who made the final decision not to pursue

2         that?

3    A.   Well, all I can do is gather information and

4         bring it to the plant manager and he made a

5         decision we do or we don't.

6    Q.   The discussions with Banner, was that before

7         the discussions with National Machinery or

8         after?

9    A.   No.  There was probably when I took the job

10        over.  It was a little bit before.

11   Q.   Other than Banner did you talk to anyone

12        else about other safety features that could

13        be put on the machines?

14   A.   No.  That's pretty much.  This didn't go

15        nowhere so I didn't go any further.  What do

16        I want to waste my time for when nothing

17        happens.

18   Q.   What was your reason for trying to get those

19        features in shortly after you started

20        working?  Was that in '96?

21   A.   I would have to find out when he left.  I

22        don't know exactly what the dates were.  My

23        boss was Bruce Linkman when I started work

24        here in '96.  I probably took the job over

Page 59

1    maybe a year, year and a half after, '97,

2    '98.

3  Q.  **What was the reason you thought of a need**

4     **for more safety features on the presses at**

5     **that time?**

6  A.  People being around the machines we wanted

7     to make sure nobody could get too close, you

8     know.  We could put up some fences and

9     railings.

10  Q.  **Were there any fences or railings on the**

11     **700?**

12  A.  At one time every machine was inside of a

13     room like this separately.  Then it got so

14     hot that people couldn't work in there so we

15     had to remove all the walls for the air

16     flow.  It was like 150 degrees inside these

17     little cubicles where they were working.

18  Q.  **What other features did you discuss before**

19     **Mr. Vacirca's accident concerning safety for**

20     **the operators of the machine?**

21  A.  Basically we're looking into some light

22     curtain, mats.  Banner makes all the

23     products.

24  Q.  **What's a mat?**

Page 60

1  A.  It's like a rubber mat.  If somebody else

2      steps on it other than the operator the

3      machine would shut down and let you know

4      there's somebody close by the machine.  You

5      wouldn't want somebody around.

6  **Q.  Were you working for Tecomet when the 700**

7      **ton press was originally brought in?**

8  A.  No, sir.

9  **Q.  Do you know when it was brought in?**

10  A.  No.

11  **Q.  Do you know who set it up, who installed it?**

12  A.  No.

13  **Q.  Do you have any records that would show that**

14      **anywhere?**

15  A.  I'm not sure.  Probably with some deep

16      digging maybe could find out.

17  **Q.  So it's fair to say that at least as far**

18      **back as '96 you knew there was some problems**

19      **with the very thing that caused Mr.**

20      **Vacirca's accident, right?**

21  A.  No.  Again, we have safety meetings.  We

22      talk about different things, options to try

23      to make things better.  There's nothing that

24      everybody was afraid of anything.  It was

Werner Fehmel                                    12/11/2006

Page 61

1      just trying to see what we could do as a

2      company to upgrade and make the equipment a

3      little safer in general.

4   Q.  **One of the differences was that a machine**

5      **might activate on someone's hand, right?**

6   A.  That was never brought up, believe me.

7      We're more afraid of people walking around

8      machines all the time.  You'd be afraid

9      somebody would go behind it and do

10     something.  That's what we kind of wanted to

11     get into that light curtain.  People mill

12     around.  Other operator come over and want

13     to look around and all of a sudden you have

14     a couple of guys there.

15  Q.  **But the light curtain would have stopped**

16     **this accident from happening if it was**

17     **installed right?**

18  A.  If it was installed right and was working.

19  Q.  **These safety meetings that you were talking**

20     **about, did Mr. Vacirca attend any of those?**

21  A.  I don't think so.

22  Q.  **We have a bunch of reports from your**

23     **company.  I'm just wondering if you can tell**

24     **me what they are, if we can identify them.**

Werner Fehmel                                    12/11/2006

Page 62

1  A.  These are PM's.

2  Q.  **Preventive maintenance reports?**

3  A.  Right.

4  Q.  **It looks like in the beginning there was**

5      **preventive maintenance once a month and then**

6      **it went to once a week?**

7  A.  It was always weekly and then there's a

8      monthly one.

9  Q.  **There's both?**

10 A.  Right.  Like main components is monthly and

11     then you have regular routine, lubrication

12     and adjustments.  Oils and stuff like that

13     is weekly.  Then we put it all together into

14     weekly now only.  Weekly is here and then

15     you have monthly ones (indicating).

16 Q.  **Some of those reports have your initials on**

17     **them?**

18 A.  Lot of them.  For the first couple of years

19     I was the only one doing it.

20 Q.  **Did you write that in yourself, VF?**

21 A.  My initials, yes.

22 Q.  **Some of the reports have JM on them?**

23 A.  Joe Muscado.

24 Q.  **Does he still work here?**

Werner Fehmel                                    12/11/2006

Page 63

1    A.  He now works for me, yes.

2    Q.  Was Mr. Dimascio the manager when the

3        accident happened?

4    A.  Yes.

5    Q.  After the accident was there any discussions

6        between you and Mr. Dimascio about putting

7        in a two hand jog or the light curtain or

8        the mats that you had talked about before

9        the accident?

10   A.  After the accident when the machine was shut

11       down for a while OSHA was here for -- they

12       had it shut off for at least a month or so

13       at most.  They were going over.  They took

14       the foot valve apart.  They took this apart.

15       They made tests on the valves and all that

16       stuff.  Then we had a change of people.

17       Then Viasys took over and the rules got

18       changed a little bit at that time.

19   Q.  I apologize if I asked this.  Did

20       Mr. Dimascio ever give you a reason why he

21       did not want to install a two hand jog or

22       light curtain or the mats that you were

23       talking about any time before Mr. Vacirca's

24       accident?

Werner Fehmel                                      12/11/2006

Page 64

1    A.   Not specific reason, no, sir.  He just kind

2         of said get more estimates, get this.  It

3         kept going on and on and on.

4    Q.   **Is it Banner B-A-N-N-E-R-?**

5    A.   Yes.

6    Q.   **Are they still in business?**

7    A.   Oh, God, yeah.  Big company.

8    Q.   **Do they sell you some things here now?**

9    A.   No.  Right now we don't have any of their

10        products.  They're a big safety company.

11        That's all they make is safety products.

12   Q.   **Who installed the two hand jog on the 700**

13        **after the accident?**

14   A.   Who installed it?  We had an electrical

15        contractor.

16   Q.   **Who is that?**

17   A.   All Service.

18   Q.   **Had they ever installed any two handed jogs**

19        **or safety equipment at the plant before the**

20        **accident?**

21   A.   Over here?

22   Q.   **Yes.**

23   A.   No.

24   Q.   **But they'd installed it at other companies?**

LegaLink Boston, Merrill Legal Solutions
(617) 542-0039

Page 71

1    Q.   Is that one of the reasons why you wanted to

2         bring in light curtains before?

3    A.   It was part of it.  It was a scary time when

4         you watch people doing it.

5    Q.   You know the dial that was on the machine?

6    A.   On the left?

7    Q.   Yes.  The yellow dial.

8    A.   Yes.  That's where you put the machine when

9         you shut it down.  You put it on brake and

10        then you have a jog position, a run

11        position.  I mean a single stroke and

12        continuous.

13   Q.   If you put it on brake?

14   A.   The machine's shut down.  It would

15        disconnect all the air to the machine and

16        shut down.

17   Q.   If you put it on brake, even if you put your

18        foot on the pedal the machine won't engage?

19   A.   No.  You put it on jog, the pedal is active.

20        You put it on stroke, the pedal is active.

21        You put it on continuous, the pedal is

22        active.

23   Q.   If you had it on brake and then you put it

24        on to jog and you hit the pedal, would there

Page 72

1      be a delay because it was on brake?

2   A.   Well, split seconds.  The air valve would

3      open up and the machine start.  The rim

4      would start activating.

5   **Q.**   **But not a significant delay?**

6   A.   No.  The machine's capable of ninety strokes

7      a minute so you can do the math on how quick

8      it is.

9   **Q.**   **Do you know if any of the people were**

10      **trained to put it on brake before reaching**

11      **in to get a part, for instance?**

12   A.   That was part of the operator's functions.

13   **Q.**   **If they put it on brake even if you stepped**

14      **on the pedal by accident the machine would**

15      **not engage, right?**

16   A.   If you had put it on brake, yeah, but you

17      have to do that.

18   **Q.**   **After you got the proposal from National**

19      **Machinery that we marked as Exhibit P did**

20      **you have any other discussions with anyone**

21      **at National Machinery about the proposal?**

22   A.   They called maybe a couple of times and

23      asked me if anything was happening.  That

24      was about it.  It was a follow-up call or

Page 73

1    something like that.  That was about it.

2    Same person.

3    **Q.  Did you tell them that --**

4    A.  I was waiting for an answer from my people.

5    **Q.  Any other discussions other than that?**

6    A.  Nothing really.

7    **Q.  Just very brief?**

8    A.  Yeah.  One minute phone call kind of.  Guy

9        says what's going on, are we going to do

10       anything, not right now.  I checked back

11       with Mr. D and he said no, was still off the

12       burner.

13   **Q.  I know I asked this before but I'm confused**

14       **now.  Other than Banner was there any other**

15       **companies that you talked to about safety**

16       **devices for the presses before the accident?**

17   A.  Did we, no.  That was the only people I ever

18       talked to.  All service people got all the

19       components to build the thing.

20   **Q.  Did you ever talk to All Service about**

21       **putting any safety devices on before Mr.**

22       **Vacirca's accident?**

23   A.  No.

24   **Q.  You told us you probably have the records**

Werner Fehmel                                    12/11/2006

Page 74

1       from Banner when you first contacted them?

2   A.  Yes.

3   Q.  If you could just keep those in a safe

4       place, I would appreciate it.  We're going

5       to ask for those.

6   A.  I'll try to find the fellow's name.  He

7       actually gave me a bunch of different quotes

8       on things.

9   Q.  When you talked to Mr. Dimascio about the

10      light curtains did you discuss one way or

11      the other whether the 700 press was OSHA

12      compliant at that time?

13  A.  We were talking about light curtains for all

14      the machines basically, not anything

15      specific.  We had upsetters.  We have a

16      couple of upsetters, the same thing.  We

17      were talking about those.  Again, it was

18      curtains, mats and then they have these

19      they're like little posts like an electric

20      fence so if somebody breaks the beam.  There

21      was three or four different options.

22  Q.  At that same period of time were you talking

23      about two handed jogs as an option too?

24  A.  No.  That kind of came in after we got the

Werner Fehmel                                    12/11/2006

Page 89

1    Q.   You never spoke to the operators about

2         safety?

3    A.   No.  We had a lock out/tag out.  We have our

4         own criteria for maintenance on the

5         machines.

6    Q.   That's what I'm saying.  You described your

7         three step lock out/tag out on a press when

8         you were doing maintenance on the machine.

9    A.   Right.

10   Q.   The operators of the press didn't observe

11        those three steps between each piece being

12        forged, did they?

13   A.   I don't follow you exactly.

14   Q.   What are the three steps you use before you

15        put your hand in?

16   A.   In that condition of the machine right now

17        what you showed me there?

18   Q.   Yes.

19   A.   Okay.  First you shut off the power, main

20        power.  Shut off the air.  Put the machine

21        on brake and put a block of wood underneath

22        the ram if you're going inside the forging

23        area.

24   Q.   That's what you trained to your employees to

Werner Fehmel                                          12/11/2006

Page 90

1     do?

2   A.   Yes.

3   Q.   Did you ever train any operators in doing

4        that?

5   A.   I can't train operators.

6   Q.   Going back to '99 when the tolerances were a

7        problem and you called National.  Did you

8        contact them because they were the

9        manufacturer?

10  A.   Right.

11  Q.   You didn't contact any other service

12       provider?

13  A.   No.

14  Q.   You said you talked to a man named Stroup?

15  A.   Yes.

16  Q.   How did you reach him within that company?

17  A.   I called the manufacturer and asked for the

18       service department.

19  Q.   Did he tell you he was the service manager?

20  A.   Yes.

21  Q.   I want to be clear.  You said that he told

22       you that they would need to come out and see

23       the machine?

24  A.   I told him what was happening, what was the

Page 91

1    problem with the machine.  He said we need

2    to, we need to make an inspection of the

3    machine, so we set up an appointment and

4    they came out and did their inspection.

5  Q.  Did they charge you for the doing of the

6      inspection?

7  A.  God, yeah.

8  Q.  What did they charge you for that?

9  A.  I think it was like $2,000 or something like

10     that.

11  Q.  As a result of that inspection did they

12      actually do any work on the machine?

13  A.  No, sir.

14  Q.  So they never made any adjustment to the

15      tolerances?

16  A.  Never touched anything.  Basically inspected

17     it.

18  Q.  They told you they would have to come and

19      inspect it?

20  A.  Yes.

21  Q.  And they did that and charged you for it?

22  A.  Correct.

23  Q.  And then they gave you a bunch of numbers

24      and ideas about what else they would do with

Page 92

1      it that would cost 112,000?

2   A.  Yes.

3   Q.  **Did Mr. Stroup ever tell you that he could**

4       **do this work without the machine leaving the**

5       **building?**

6   A.  Well, the nature of the thing is because of

7       the frame needed to be ground and the tables

8       and all of these things there was too many

9       things that needed to be done that can't be

10      done on location.  If it was just the

11      camshaft, it would have been one thing.  But

12      everything needed to be ground so they

13      needed it at their plant.  They would have

14      came and disassembled the machine and

15      shipped it in pieces back to the factory.

16  Q.  **And done the work and brought it back?**

17  A.  Right.

18  Q.  **They never told you they could do this on**

19      **site?**

20  A.  This would not be an on site repair.

21  Q.  **Banner, is that somebody's name or the name**

22      **of the company?**

23  A.  That's the name of the manufacturer, safety

24      products, Banner Safety.

Werner Fehmel                                    12/11/2006

Page 93

1    Q.   You had talked to Banner about safety

2         products before '99?

3    A.   Yes.

4    Q.   But when you called National in '99 you

5         weren't calling about safety products?

6    A.   We didn't talk about it, no.  The only thing

7         that came up, like I said to you, was back

8         to upgrading the electrical.  Basically that

9         was going to be part of the rebuild.

10   Q.   Are you aware on one occasion there was

11        another accident with this 700 pound press

12        where a piece of metal shot out and hit an

13        employee?  Do you know anything about that?

14   A.   On the 700 ton press?

15   Q.   Yes.

16   A.   No.

17   Q.   In National's report they say they checked

18        all the guards and the machine doesn't have

19        the two hand jog.  What do you understand

20        the guards to have been that they checked?

21   A.   For the belt and the fly wheel.

22   Q.   So nothing to do actually --

23   A.   The clutch and the fly wheel.  They got it

24        so you can't touch it while they're

Page 94

1    spinning, plus they're not that high off the

2    ground.  It would be easy for you to put a

3    hand on the fly wheel.

4    Q.   **What about the foot pedal?  Did they**

5         **actually check the foot pedal?**

6    A.   He ran -- he had to run the machine for

7         testing up and down.  He operated it.  Of

8         course.  There's something in that report.

9         I don't know if you've seen it.  It says the

10        free stroke 18 or something.  He did a run

11        down test.  He started the machine.  He shut

12        the motor off.  You step on the foot pedal

13        in jog position and you count the strokes

14        the machine makes up and down until it shuts

15        down, which was 18.

16   Q.   **So even after you shut the fly wheel off**

17        **it's still possible for the thing to fire 18**

18        **times?**

19   A.   The one we're looking at (indicating)?

20   Q.   **Yes.**

21   A.   Shut the motor off and put that on jog and

22        hold the foot pedal on and the machine will

23        coast.  That's what the test was.

24   Q.   **With the fly wheel brake on?**

Werner Fehmel                                          12/11/2006

Page 95

1   A.   Bring the motor to full speed.

2   Q.   **Then hit the fly wheel brake?**

3   A.   No.  Then shut the motor off.  Just power

4        off to the motor.  Turn that to jog.  Step

5        on the pedal.  Then you count how many times

6        the machine goes up and down and makes full

7        counts.

8   Q.   **It makes 18 full strokes?**

9   A.   Right.  Until it came to a dead stop.  It

10       made 18 strokes before the energy from the

11       fly wheel is gone and the machine will stop.

12       That's what it means.  So in order for you

13       to do that you have to step on the foot

14       pedal.  The guy used the pedal more than

15       once for different tests.  Never discussed

16       the pedal much.  He looked at it and

17       everything was working.

18            MR. SULLIVAN:  I have nothing

19       further.  Thank you.

20            MR. FRIM:  I have a couple of quick

21       things.

22                REDIRECT EXAMINATION

23       BY MR. FRIM:

24   Q.   **Just to clarify, if you'd look at Exhibit F.**

**LegaLink Boston, Merrill Legal Solutions**
**(617) 542-0039**

Werner Fehmel                                    12/11/2006

Page 96

1    You noted that there was a yellow metal

2    cover attached to the machine over the

3    pedal.  Is that correct?

4  A.  Yes.

5  Q.  Do you know if that metal cover was part of

6    the original design of the 700 ton Maxipress

7    or if it was added later?

8  A.  That's how it was when I started work here.

9    I never seen anybody touch it or do anything

10   to it.  That's how I saw it when I came

11   here.

12  Q.  Do you have any knowledge as to when it was

13   affixed to the machine before you started

14   working at Tecomet?

15  A.  It was here before I came here, yes.

16  Q.  Do you know how long before?

17  A.  Got no idea.

18  Q.  When you were describing a little while ago

19   about how you lock down and tag out a

20   machine I believe you testified that you

21   turn off the power on the machine, set the

22   fly wheel brake and put a wooden block

23   inside between the dyes.  Is that correct?

24  A.  Yes.

Werner Fehmel                                    12/11/2006

Page 97

1   Q.  Did you also lock the pedal?

2   A.  If I have to work inside the ram I would.

3       Most of the time we automatically did that.

4   Q.  So as part of locking down and tagging out

5       the machine you would flip the lever on the

6       pedal also?

7   A.  Yes, and shut the air off too.

8   Q.  Is there anything else you did to lock down

9       the machine?

10  A.  Not really.  There's nothing else left to do

11      after that.

12  Q.  You also testified when National Machinery

13      had its representative out inspecting the

14      machine that he had to operate the machine?

15  A.  Yes.

16  Q.  Do you know if he did that himself or if he

17      had an operator from Tecomet do that for

18      him?

19  A.  He took the complete test by himself.  I was

20      there with him, but he did everything

21      himself.  He operated the machine himself.

22  Q.  Did you see him step on the pedal?

23  A.  Of course.

24  Q.  Other than Banner safety did you ever have





# EXHIBIT 11



NMLLC 01652

# Machine Evaluation

# Thermo Electron
# Tecomet

700 T MP    18225

1300 T MP    18730

EXH. Q 

## *Machine Evaluation*

Customer:  Thermo Electron Tecomet    Machine Type:  700 Ton MaxiPres

Customer Machine No.: _____    Serial No.:    18225

Please mark with an asterisk (*) the following items needing disassembly to be checked.

**Backlash of main gear & pinion -**  .030 _____

---

### Bearing Diameters

| | | |
|---|---|---|
| Main journal bearing | R.H. _____ | L.H. _____ |
| Main journal shaft | R.H _____ | L.H. _____ |
| Eccentric bearing | | _____ |
| Eccentric shaft | | _____ |
| Wrist pin | | _____ |
| Small pitman bush | | _____ |
| Heading slide bush | R.H. _____ | L.H. _____ |
| Heading slide end play | .086 - Jack Test | |

---

### Slide Clearances

| | |
|---|---|
| Side clearances | |
| Front of slide | .018 |
| Tail of slide | .014 |
| Clearance under gibs | .018 Bottom, .008 Top |

---

**Die box alignment (Parallelism between face of slide & wedge -**  From front

of die area to the back it showed .026 difference. Side to side was good. _____  **NMLLC 01653**

Machine Type:    700T MP                    Serial No.:    18225

---

| **Kickout** |
| --- |
| Length of pin                     _____ |
| Length of kick                   _____ |
| Length of connection rod     _____ |

## Please comment on the condition of the following areas:

**Clutch -**  A little over 3/16" total travel on clutch.  Needs to be rebuilt.

**Brake -**  3/8" travel on brake cylinder.  Need new lining on brake band and cylinder needs to be rebuilt.

**Rotary limit switch -**  In good working condition, stops machine where it is supposed to.

**Wedge condition & travel -**  They do not use wedge, any adjustment that they need they shim.

**Safety switches for oil & air -**  No actual safety switch on lube system, operator just looks at sight gauge on tank.

**Mechanical tonnage indicator -**  Did not see any tonnage indicators on machine.

**Lube cycles per minute -**  Every 30 strokes of the ram, machine get 15 sec. of lube.  Machine must complete 30 strokes before lube cycles.  Lube does not run before start up of machine.

**NMLLC 01654**

Machine Type:     700T MP                    Serial No.:   18225

**Free coast down of machine -**   18 coast down.

**Belts -**   Good condition.

**Kickout cams & connection -**   They do not use the kickout at all.  Everything
is there except for the pins and sleeves.

**Electrics -**   Good condition.

**Lubrication system - blocks & tubing -**   Good working condition, but not quite
sure that machine is getting enough lube.

**Pinion shaft -**   No bearing noise or hot spots in this area after running.

**Machine in jog - One shot - Continuous -**   All positions operate normally.

**General bed condition -**   Good condition.

**Drive fit pins -**   Not able to check.

**NMLLC 01655**

Machine Type:      700T MP                    Serial No.:    18225

**Heat indicators -**   No heat indicators.

**Kickout timing -**   Do not use kickout.

**Air system (leaks) -**   No noticeable air leaks in system.

**Pitman bolts -**    Nuts are tight and cotter pins are in place.

**Friction slip -**   Did not check.

**Safety - Two-hand jog-Guards-Brake -**   No two-hand jog.  All guards are in place and in good condition.

**Comments -**   Lower K.O. mechanism is not hooked up and they are missing a few parts to it.  When running, machine has a loud slapping noise.  It seems to be coming from around the pitman area.  A while back, they found some brass chips in the grease in that area.  That would seem to be the reason for the extra clearance in the Jack Test.

**NMLLC 01656**

Machine Type:    700T MP                    Serial No.:    18225

**Recommendations -**    Both the clutch and the brake need to be rebuilt.  The

heading slide and pitman should also be taken out and new brass put in the

pitman at both ends, and the slide should be refit in the bed.

**NMLLC 01657**



**NATIONAL MACHINERY COMPANY**

NMLLC 01658

## *Machine Evaluation*

Customer:   Thermo Electron Tecomet    Machine Type:   1300 Ton MaxiPres

Customer Machine No.: _____    Serial No.:   18730 _____

Please mark with an asterisk (*) the following items needing disassembly to be checked.

Backlash of main gear & pinion - .062 _____

```
┌─────────────────────────────────────────────────────────┐
│              ┌─────────────────────────┐                  │
│              │    Bearing Diameters     │                  │
│              └─────────────────────────┘                  │
│                                                            │
│   Main journal bearing    R.H. _____  L.H. _____ │
│   Main journal shaft      R.H _____   L.H. _____ │
│   Eccentric bearing       _____      │
│   Eccentric shaft         _____      │
│   Wrist pin               _____      │
│   Small pitman bush       _____      │
│   Heading slide bush      R.H. _____  L.H. _____  │
│   Heading slide end play  .055 - Jack Test                │
└─────────────────────────────────────────────────────────┘
```

```
┌───────────────────────────────────────────────────┐
│           ┌─────────────────────────┐              │
│           │    Slide Clearances      │              │
│           └─────────────────────────┘              │
│                                                     │
│   Side clearances                                   │
│     Front of slide        .025 _____     │
│     Tail of slide         .023 _____     │
│     Clearance under gibs   .023 _____    │
└───────────────────────────────────────────────────┘
```

Die box alignment (Parallelism between face of slide & wedge -   Could not

check properly because dies were in. _____ — **NMLLC 01659**

Machine Type:    1300T MP            Serial No.:   18730

---

| Kickout |
|---------|

Length of pin                    _____
Length of kick                   _____
Length of connection rod         _____

---

## Please comment on the condition of the following areas:

**Clutch -**  ¼" total travel.  They've been having trouble breaking heads off of

cap bolts.  Clutch needs to be rebuilt.

**Brake -**  Set travel of brake at ½".  Needs new brake lining and cylinder needs

to be rebuilt.

**Rotary limit switch -**  Operating well.  Stopping machine where it should.


**Wedge condition & travel -**  They do not use the wedge.  They shim when

needed.

**Safety switches for oil & air -**  They have a low lube warning light on lube

system.

**Mechanical tonnage indicator -**  Did not see any indicators on machine.


**Lube cycles per minute -**  Was not able to check correctly, but machine

showing that it gets plenty of grease.

**NMLLC 01660**

Machine Type:    1300T MP                    Serial No.:  18730

**Free coast down of machine -**  18 coast down.

**Belts -**  Good condition.

**Kickout cams & connection -**  No K.O. mechanism on this machine.

**Electrics -**  Good working condition.

**Lubrication system - blocks & tubing -**  Good working condition.  Did not notice any broken or loose lines.

**Pinion shaft -**  Did not notice any bearing noise or any hot spots in this area after running.

**Machine in jog - One shot - Continuous -**  All positions work the way that they should.

**General bed condition -**  Good condition.

**Drive fit pins -**  Not able to check.

**NMLLC 01661**

Machine Type:    1300T MP                Serial No.:    18730

Heat indicators -    None
_____

_____

Kickout timing -    None
_____

_____

Air system (leaks) -    Air leak around clutch cover and air leak around the

flywheel brake.
_____

Pitman bolts -    Tight and cotter pins are in place.
_____

_____

Friction slip -
_____

_____

Safety - Two-hand jog-Guards-Brake -    All guards are on machine.  No two-

hand jog.
_____

_____

Comments -    This machine is going to need some work done to it, like

rebuilding the clutch, brake cylinder, new lining on the brake band and

clearances closed up on ram.  The ram surfaces and liner surfaces are starting

to show a lot of wear.
_____

_____

_____

_____

**NMLLC 01662**

# NOTES

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**NATIONAL MACHINERY COMPANY**

NMLLC 01663

# *Your Aftermarket Support Team*

Call **Denny Reiter** at 419-443-2341 in our **Parts Service Department** when you need to: get a quote for a repair part, order a repair part or check on the delivery of a part that is already on order.

Call **Gene Englehart** at 419-443-2318, **Gary Stroup** at 419-443-2326, or **Jim Phillips** at 419-443-2104 in our **Customer Service Department** when you need technical help on your existing machines (mechanical, electrical, training, etc.). You will also want to call these fellows to arrange a visit by one of our Service Technicians. They can also put you in contact with the proper people to answer any tooling questions that you may have.

Call **Don Dunlap** at 419-443-2277 or **Gary Neisler** at 419-443-2276 in our **Remanufacturing Department** when you have a need to remanufacture (rebuild) one of your existing machines. This can be a 100% rebuild where the machine comes back to our factory or a partial rebuild in your plant. It can also be a mechanism repair in our factory. (i.e. feedbox, punch rocker, transfer etc.)

Call **Steve Anatra** at 419-443-2203 or **John Eves** at 419-443-2205 our **Sales Department** to discuss your future new machine requirements.



# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


C.A. No. 05-11419-MLW


*****************************
SALVATORE VACIRCA,
      Plaintiff;

      vs.

NATIONAL MACHINERY COMPANY
AND
NATIONAL MACHINERY, LLC,
      Defendants.
*****************************



     DEPOSITION OF MANUEL RODRIGUEZ, a

witness called on behalf of the Defendants,

pursuant to the Federal Rules of Civil

Procedure, before Kristin Kelley, a

Registered Professional Reporter and Notary

Public in and for the Commonwealth of

Massachusetts, at the offices of Tecomet,

Inc., 115 Eames Street, Wilmington,

Massachusetts, on Monday, December 11, 2006,

commencing at 1:25 p.m.

Manuel Rodriguez                                    12/11/2006

Page 47

1          part from the machine?

2     A.   Sal would.

3     Q.   How would Sal do that?

4     A.   With tongs.

5     Q.   Do you recall about how many times -- have

6          you been able to refresh your recollection

7          as to how many parts got stuck in the

8          machine that morning?

9     A.   I don't remember the size of the lot, no.

10    Q.   Did any parts not get stuck in the machine

11         that morning?

12    A.   Not that I can remember.

13    Q.   So all the parts that you were stamping that

14         morning got stuck?

15    A.   That I can remember.

16    Q.   Typically about how big was a lot of parts

17         that you would press?

18    A.   I don't remember how big was the lot.

19    Q.   At some point that morning a part got stuck

20         in the machine and then Sal had his

21         accident.  Is that correct?

22    A.   That's correct.

23    Q.   Can you describe what happened, the sequence

24         of events of what happened immediately

1       **before Mr. Vacirca was injured.**

2   A.  I'm trying to remember.  What I can

3       remember, if I'm correct, is I hit the part

4       out and the part went to the back.  It was

5       the last piece on the line, if I'm correct.

6       I'm not sure.  It had to be the last piece

7       on the line that I can remember because I

8       put the screwdriver and the hammer on the

9       cart that I can remember and then I was

10      walking away because it was the last piece.

11          While I'm walking away all I hear is

12      -- every time you hit the pedal you hear

13      like a click.  All I heard was a click.

14      That's all I heard was a click.  I turn

15      around and I see him going down.  The press

16      is like pushing him down.  Even with all

17      that I didn't know what actually happened

18      until he pulled out his hand.  He had his

19      glove.  I could see the glove.  He just,

20      when he whipped it like this the glove went

21      off and he started screaming he lost his

22      hand.

23  Q.  **After you had knocked the part out that time**

24      **you said you turned and started walking**

Page 79

1    Q.  Do you know what other ones he worked on?

2    A.  I think he also might have worked on a 1,300

3        ton.

4    Q.  Was that a Maxipress too?

5    A.  Yes.

6    Q.  Any other ones?

7    A.  Not that I can remember.

8    Q.  Did Sal ever tell you that he could not

9        read?

10   A.  No.

11   Q.  Did he ever ask you to read a manual to him

12       or anything?

13   A.  No.  Not that I can remember, no.

14   Q.  Did you ever see Sal put on the brake before

15       reaching into the machine to get a part?

16   A.  Yeah.  He always put the brakes on.

17   Q.  You'd seen him do that in the past, right?

18   A.  Yeah.

19   Q.  Had you ever seen him shut off the machine

20       completely before reaching in to get a part?

21   A.  When you say completely.

22   Q.  Just turning it off.

23   A.  I'm not sure.

24   Q.  Did you say it takes about 30 seconds to