IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SALVATORE VACIRCA,**<br>　　　　　Plaintiff<br><br>v.<br><br>**NATIONAL MACHINERY COMPANY,**<br>**and NATIONAL MACHINERY, LLC,**<br>　　　　　Defendants. | CIVIL ACTION NO. 05-11419-MLW |

### COUNSEL FOR DEFENDANT NATIONAL MACHINERY COMPANY'S CERTIFICATION REGARDING MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the above-named Defendant certifies that counsel for the respective parties have conferred and have attempted to resolve or narrow the issues presented by Defendants' motion for summary judgment, including the primary issue of whether the Defendant's affirmative defenses defeat the Plaintiff's breach of warranty and negligence claims. The parties have not been able to reach an accord as to these issues; therefore, the Defendants are filing the accompanying motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　**National Machinery Company,** Defendant
　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　 /s/ Gerald S. Frim
　　　　　　　　　　　　　　　　　　　　　Mark E. Cohen　　　　[BBO #089800]
　　　　　　　　　　　　　　　　　　　　　Robert J. Maselek　　[BBO #564690]
　　　　　　　　　　　　　　　　　　　　　Gerald S. Frim BBO　[BBO # 656204]
　　　　　　　　　　　　　　　　　　　　　THE MCCORMACK FIRM, LLC
　　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　　Ph: 617-951-2929

**CERTIFICATE OF SERVICE**

    I, Gerald S. Frim, hereby certify that the foregoing document and all exhibits thereto, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.

**Dated:** May 4, 2007                                                         */s/ Gerald S. Frim*

97495.1