UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVATORE VACIRCA,<br>    Plaintiff<br><br>v.<br><br>NATIONAL MACHINERY COMPANY,<br>    Defendant | C.A. No. 05-11419-MLW |

**STIPULATION OF DISMISSAL**

Now come the parties in the above-entitled action and stipulate, pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 41, that said action be dismissed with prejudice and without costs to either party. The parties waive any and all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>Salvatore Vacirca,<br>By his attorneys, | The Defendant<br>National Machinery Company<br>By its attorneys, |
| /s/ Richard J. Sullivan | /s/ Gerald S. Frim |
| Richard J. Sullivan BBO # 554085<br>SULLIVAN & SULLIVAN, LLP<br>40 Washington Street<br>Wellesley, MA 02481<br>Ph: 781-263-9400 | Gerald S. Frim BBO # 656204<br>THE MCCORMACK FIRM, LLC<br>One International Place<br>Boston, MA 02110<br>Ph: 617·951·2929 |